**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA GUASTO,

       Plaintiff,                             CASE NO.: 1:22-cv-21004-DPG

    v.

THE CITY OF MIAMI BEACH, FL,
a Florida municipality, *et al*.

       Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel J. Barroukh of the Derek Smith Law Group, PLLC, is hereby entering an appearance as counsel for the Plaintiff in the above-captioned action, and requests that this Court and counsel for all interested parties serve the undersigned with all pleadings, orders, and other papers filed herein at the address below.

  Dated:  Miami, Florida
                February 26, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
danielb@dereksmithlaw.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 26, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**CITY ATTORNEY'S OFFICE OF MIAMI BEACH**
Benjamin Z. Braun
benjaminbraun@miamibeachfl.gov
Florida Bar No.: 1017937
Henry Joseph Hunnefeld
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811
1700 Convention Center Drive
Miami Beach, Florida 33139
Telephone: (305) 673-7470
Facsimile: (877) 673-7002

**MLE LAW**
Michael Lewis Elkins
melkins@mlelawfirm.com
Florida Bar No.: 523781
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: (954) 401-2608

*Counsel for Defendants*