**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA GUASTO,

      Plaintiff,                              CASE NO.: 1:22-cv-21004-DPG

     v.

THE CITY OF MIAMI BEACH, FL,
A Florida municipality, et al.

      Defendants.
_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT AND AMENDED EXPERT DISCLOSURE**

THIS CAUSE is before the Court on Plaintiff's *Unopposed* Motion for Extension of Time to Respond to Defendant's Motion to Strike Plaintiff's Expert Report and Amended Expert Disclosure [D.E. 46] filed February 26, 2024, and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Plaintiff shall file their response to Defendant's Motion to Strike Plaintiff's Expert Report and Amended Expert Disclosure [D.E. 43] on or before March 11, 2024.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2024.

                                                      _____
                                                      THE HONORABLE DARRIN P. GAYLES
                                                      UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*