**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA GUASTO,

      Plaintiff,                        CASE NO.: 1:22-cv-21004-DPG

v.

THE CITY OF MIAMI BEACH, FL,
a Florida municipality, *et al*.

      Defendants.
_____/

## PLAINTIFF'S MOTION FOR HEARING

Plaintiff, JESSICA GUASTO (hereafter referred to as the "Plaintiff"), has called up for hearing on the Court's calendar before the Honorable Edwin G. Torres, on the date and time set forth below, the following matter to be heard:

**DATE AND TIME:**     March 21, 2024, at 2:30 p.m.

**JUDGE:**             The Honorable Edwin G. Torres

**LOCATION:**          **James Lawrence King Federal Justice Building**
                       **99 N.E. Fourth Street**
                       **Courtroom No. 5**
                       **Miami, Florida, 33132**

## MATTER TO BE HEARD

1. The parties dispute whether the Defendant's non-party subpoenas to Plaintiff's former employers are overly broad and irrelevant to the extent they seek "[a]ll documents relating to [Plaintiff]'s separation from employment, which which [*sic*] includes but is not limited to emails and text messages relating to [Plaintiff]'s separation from employment."

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Plaintiff has conferred with counsel for Defendant, City of Miami Beach, in a good faith effort to resolve the issues raised. The parties conferred both by telephone conference and then by email and in doing so, they very significantly narrowed the Subpoena dispute, leaving only the single issue that is raised at this time.

Dated: Miami, Florida
March 13, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 13, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**CITY ATTORNEY'S OFFICE OF MIAMI BEACH**
Benjamin Z. Braun
benjaminbraun@miamibeachfl.gov
Florida Bar No.: 1017937
Henry Joseph Hunnefeld
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811
1700 Convention Center Drive
Miami Beach, Florida 33139
Telephone: (305) 673-7470
Facsimile: (877) 673-7002

**MLE LAW**
Michael Lewis Elkins
melkins@mlelawfirm.com
Florida Bar No.: 523781
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: (954) 401-2608

*Counsel for Defendants*