UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21004-CIV-DAMIAN/Torres

**JESSICA GUASTO**,

    Plaintiff,

v.

**THE CITY OF MIAMI BEACH, FL,**
a Florida municipality,
**RICHARD M. CLEMENTS,**
in his individual capacity, and
**STEVEN COSNER,**
in his individual capacity,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, the City of Miami Beach, FL's ("Defendant"), Motion to Strike Plaintiff's Amended Initial Disclosures, Motion for Sanctions, and Incorporated Memorandum of Law [ECF No. 58 (the "Motion to Strike")], filed May 4, 2024. Pursuant to 28 U.S.C. § 636(b)(1), and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Strike [ECF No. 58] is **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this <u>10th</u> day of May, 2024.

                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**