

MIAMIBEACH

## REPORT TO WORK

To: _Police / Patrol_
**Department/Division**

_Salabarria, Jessica_
**Employee name (Last, First)**

_19928_
**Employee ID Number**

_Police Officer_
**Classification**

Will report on _01/31/12_
**Date**

at _7 am_
**Time**

At the rate of $ _23.55_ /hour

_Full-time / Probationary_
**Status**

**Human Resources Department**

By: _Galyna Kingston_

**City of Miami Beach Loyalty Oath:** I, the undersigned, being employed by or an officer of the City of Miami Beach, Florida, and a recipient of public funds as such employee or officer, do hereby solemnly swear or affirm that I will support the Constitution of the United States and of the State of Florida.

**Employee Handbook Receipt:** I, the undersigned, acknowledge that I have received a copy of the City of Miami Beach Employee Guide. I understand that I am responsible for reading, knowing and following the guidelines contained therein. I understand that a violation of the guidelines may result in disciplinary action, up to and including termination.

I further understand that I must furnish and wear recommended safety-type clothing and shoes, and obey all regulations regarding my personal safety and that of my fellow workers.

I declare that I have read the foregoing and that I agree to everything stated.

_____
**Signature of Employee**

_01 / 27 / 2012_
**Date**

**New Hire Orientation Session:**

Date: _____   Time: _____   Location: _____

Rev. 11/08 - F:\huma\$all\HUMATECH\FORMS\Report to Work 03-31-10 USE THIS ONE.docx

City 001220

 MIAMI**BEACH**                              Revision: 3 – 19DEC08

# IT Business Use & Software Installation Policy

**3.0**

## <u>Employee Acknowledgement</u>

I have read and understand the City of Miami Beach's Business Use and Software
Installation Policy.  I agree to abide by it as consideration for continued employment by
[The City of Miami Beach]. I understand that violation of any of the above policies may
result in my termination.

_____                    01 /21 /2012
Employee Signature                                          Date

Jessica Salabarria

City of Miami Beach                                                                    2008

City 001221