EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> ☐ FEPA <br> ☒ EEOC | Agency(ies) Charge No(s): <br><br> 510-2018-06495 |
|---|---|---|

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* <br> **Miss Jessica Salabarria** | Home Phone *(Incl. Area Code)* | Date of Birth <br> **1991** |
|---|---|---|

| Street Address        City, State and ZIP Code <br> **460 East 51st Street, Hialeah, FL 33013** |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name <br> **MIAMI BEACH POLICE DEPARTMENT** | No. Employees, Members <br> **15 - 100** | Phone No. *(Include Area Code)* <br> **(305) 673-7901** |
|---|---|---|

| Street Address        City, State and ZIP Code <br> **1100 Washington Avenue,  Miami Beach, FL 33139** |
|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN <br> ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION <br> ☐ OTHER *(Specify)* | Earliest       Latest <br> **06-01-2018**    **08-07-2018** <br><br> ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female. I have been a police officer since 2012. In June of 2018, I was placed on a performance action plan. On August 7, 2018, Daniel Oates, Chief of Police, informed me that I was being demoted from the position of Sergeant to Officer because I was not meeting performance standards. This is not true. Lieutenant Marlen Rivero, Lieutenant Scott Flanagan, and Lieutenant Eduardo Garcia, whom supervised me during this period, stated that I was meeting performance standards and that I will successfully pass the probationary period.

On August 7, 2018, when Ms. Rivero and Michael Muley, Sergeant, informed Mr. Oates that I should not be demoted because I successfully passed the probationary standards. However, he informed them that I was not being demoted because of my performance but due to an open internal affairs case that was filed against me. However, Kenny Espada, male Sergeant Police Officer, who currently has an open active internal case, passed his probationary period and was not demoted.

I believe that I was discriminated against due to my sex/female in violation of Title VII of the 1964 Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| **Aug 31, 2018**      *[signature]* <br> Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> *(month, day, year)* |

City 001225