**From:** Prieto, AJ <AJPrieto@miamibeachfl.gov>
**Subject:** Sgt. Salabarria
**To:** Clements, Rick <RickClements@miamibeachfl.gov>
**Cc:** Michael Elkins <melkins@mlelawfirm.com>
**Sent:** January 25, 2021 9:00 AM (UTC-05:00)
**Attached:** Salabarria Laptop.jpg, POLISALJ - Excel Files U drive.JPG

Chief,

Sgt. Salabarria stated to us during the meeting that she was in her patrol car working on Officer Stella's evaluation on December 28-29, 2020. We located Officer Stella's evaluation on her laptop and it showed that Officer Stella's evaluation was not created until January 10, 2021 (see attached). We had the IT department check to see if Stella's evaluation was created or saved anywhere else in the network (U Drive, F Drive, Cloud, etc.) They did not located Stella's evaluation anywhere else in the network. The second attachment on this email shows all the Excel files that Sgt. Salabarria had on her U Drive. Lastly, if you closely at the screenshot of her laptop, you will notice the cloud symbol on the Stella file icon. This cloud icon indicates the file was never downloaded to her laptop.


MIAMIBEACH

**Commander A.J. Prieto**
**Office of the Chief of Police**
*Internal Affairs Unit*
Miami Beach Police Department
1100 Washington Avenue, Miami Beach, FL 33139
Tel: 305-673-7776 ext. 5649   Fax: 786-394-5198
ajprieto@miamibeachfl.gov

*Mission:*  Address crime and community concerns.

*Vision:*  A safe and welcoming environment for everyone.

*Values:* Honorable, Professional, and Resilient.

*Our Daily Goals: Use innovative approaches to address crime; Maintain and enhance a professional and well trained workforce; Enhance the public's perception of the Miami Beach Police Department.*



Complete the Census today! *Click Here*



| Name | Date modified | Type | Size | Folder |
|---|---|---|---|---|
| South of Fifth Officers.xlsx | 11/19/2019 4:11 PM | Microsoft Excel Worksheet | 18 KB | SUPERVISOR FORMS, EMAIL TEMPLATES (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER) |
| Alex Piedra ID # 852 2019 Annual Evaluation.xlsx | 10/24/2019 12:35 AM | Microsoft Excel Worksheet | 102 KB | 2019 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Frederick Dominguez ID # 880 2017 Annual Evaluation.xlsx | 10/23/2019 11:34 PM | Microsoft Excel Worksheet | 94 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 19 Salabarria Annual Sergeant.xlsx | 9/19/2019 2:07 PM | Microsoft Excel Worksheet | 104 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 19 Salabarria Annual Evaluation.xlsx | 8/10/2019 11:19 AM | Microsoft Excel Worksheet | 104 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 18 Kenne Espada - Completion of Probation.xlsx | 8/11/2018 12:47 AM | Microsoft Excel Worksheet | 85 KB | Action Plan Observation Emails, Demotion, Probation, Reinstatement, FTS, 2017-2020 (\\miamibeach.gov\files\Users\poli\SUPERVISOR FOLDER\EMAILS) |
| Elizabeth Vidal ID # 1084 2018 Annual Evaluation.xlsx | 6/18/2018 2:16 PM | Microsoft Excel Worksheet | 106 KB | 2018 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Robert Sabater ID # 997 2018 Annual Evaluation.xlsx | 1/13/2018 11:13 AM | Microsoft Excel Worksheet | 100 KB | 2018 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Nelson Gonzalez ID # 996 2018 Annual Evaluation.xlsx | 1/13/2018 11:07 AM | Microsoft Excel Worksheet | 110 KB | 2018 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Manuel Cano ID # 998 2018 Annual Evaluation.xlsx | 1/13/2018 8:10 AM | Microsoft Excel Worksheet | 107 KB | 2018 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Gustavo Villamil ID # 1003 2018 Annual Evaluation.xlsx | 1/13/2018 7:46 AM | Microsoft Excel Worksheet | 109 KB | 2018 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 17 Salabarria, Jessica - Annual.xlsx | 11/16/2017 2:41 PM | Microsoft Excel Worksheet | 86 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Michael Garcia ID # 1046 2017 Annual Evaluation.xlsx | 9/9/2017 6:40 AM | Microsoft Excel Worksheet | 106 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Frederick Dominguez ID # 880 2017 Annual Evaluation (2).xlsx | 8/12/2017 11:33 AM | Microsoft Excel Worksheet | 96 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| David Socarres ID # 849 Mid-Term.xlsx | 6/17/2017 10:42 AM | Microsoft Excel Worksheet | 119 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Gustavo Villamil ID # 1003 Mid-Term.xlsx | 6/17/2017 10:37 AM | Microsoft Excel Worksheet | 119 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Manuel Cano ID # 998 Mid-Term.xlsx | 6/17/2017 10:35 AM | Microsoft Excel Worksheet | 119 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Robert Sabater ID # 997 Mid-Term.xlsx | 6/17/2017 10:32 AM | Microsoft Excel Worksheet | 119 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| Nelson Gonzalez ID # 996 Mid-Term.xlsx | 6/17/2017 10:27 AM | Microsoft Excel Worksheet | 119 KB | 2017 (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 17 Salabarria Annual.xlsx | 1/30/2017 12:34 PM | Microsoft Excel Worksheet | 131 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 16 Salabarria, Jessica Annual.xlsx | 3/31/2016 2:22 PM | Microsoft Excel Worksheet | 97 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |
| 14 Salabarria, Jessica annual NEW EVAL FORMAT.xlsx | 1/19/2014 11:39 PM | Microsoft Excel Worksheet | 174 KB | My Evaluations (\\miamibeach.gov\files\Users\poli\POLISalJ\SUPERVISOR FOLDER\OFFICERS INFORMATION\EVALUATIONS) |