# Sgt. Jessica Salabarria

ALLEGATION OF EMPLOYEE MISCONDUCT 12/28/2020

# Allegations

- Failure to Supervise
- Conduct Unbecoming
- Insubordination
- Neglect of Duty
- Untruthfulness
- Performance of Duties
- Failure to Monitor Radio

# Telestaff

- Sgt. Salabarria was scheduled to work the afternoon shift (1400-0000).

- Due to staffing, Lt. Cosner advised Sgt. Salabarria that she was being forced to work as the Area 3 Sergeant for the midnight shift (0000-0600).

- Sgt. Salabarria acknowledges verbally and in writing that she is assigned to Area 3. Prior to 0000 hours she submits a signed OT slip to Lt. Cosner, where she writes that her assignment is in Area 3.

# 12/27/2020 arriving for her shift.

- Keycard- Sgt. Salabarria uses her issued key card to enter the station via 11 street gate 10 minutes late at 1410 hours.

- Sgt. Salabarria does not arrive in her assigned police vehicle (17004). She is observed driving a dark SUV bearing FL Tag NYTV70. Vehicle is registered to Ofc. Nick Guasto.

- AVL reading indicated that Sgt. Salabarria's police vehicle was in the station garage at the beginning of the shift and does not turn on until 1749 hours.

# 12/27/20 CCTV

▶ Sgt. Salabarria arriving at 1410 hours via 11 St gate.




# AVL locations for vehicle 17704

- Avl for vehicle number 17704 indicates that Sgt. Salabarria leaves the station at 1753 via 11 St and drives around Area 1 and Area 2.

- Returns to the station via 12 St gate at 2040.

- Vehicle shuts off between the 2nd and 3rd floor of the station garage at 2042.

- Sgt Salabarria then enters the station via 3rd floor using her key card at 2044 hours. She then exits the building and turns her vehicle on at 2056 hours.

- Vehicle remains on and stationary at the station from 2056 hours until 2212 hours where it is turned off.

- Sgt. Salabarria enters the station at 2212 via second floor garage doors. She then exits the station at 2227 via the same doors and is not observed on camera again until her vehicle drives out of the station at 0424 hours. Her police vehicle is off during this time period.

# Continued CCTV



- Image #1- Sgt. Salabarria exiting the station via second floor garage door – 2227 hours.

- Image#2- Vehicle #17004 assigned to Sgt. Salabarria exiting the station via 12 St. Consistant with AVL. – 0424 hours.

# 12/28/20 AVL/CCTV/Keycard

- AVL indicates that Sgt. Salabarria's vehicle (17004) responds to Area 3 and remains stationary at 3 73rd St from 0440-0533.

- The vehicle then travels back to the South and arrives at the station via 11 St. at 0549 hours.

- Sgt. Salabarria is then observed keying in at the 11 St gate at 0549 via CCTV.

- Sgt. Salabarria keys into the station via 1st Floor rear door to what appears to be her docking her BWC.

- Her vehicle then drives up the garage and becomes stationary between the 2nd and 3rd floor. Shutting off at 0601.

- The same dark colored SUV that Sgt. Salabarria was observed arriving in, exits the parking lot at 0605 hours.

# CCTV Images

- Image 1- Sgt Salabarria arriving at the station at 0549 hours.

- Vehicle Sgt. Salabarria arrived in exiting via 11 St at 0605 hours.



# Key card Printout 12-27 thru 12-28

▶ Key card times are approximately 4 minutes ahead of AVL and CCTV.

