UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

       Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

       Defendant.

_____/

## JOINT  STATEMENT OF UNDISPUTED FACTS

The Parties, through their counsel and pursuant to the Court's May 9, 2024, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 59], file their Joint Statement of Undisputed Facts.

## UNDISPUTED FACTS

1.      On or about January 27, 2012, the City hired Plaintiff for the position of Police Officer. Plaintiff's New-Hire Paperwork is attached at **Exhibit 1**. *See* Exh. 1, Bates Nos. City 000856 – 000857.

2.      On August 31, 2018, Plaintiff filed a Charge of Discrimination ("2018 Charge") with the EEOC. The 2018 Charge is attached as **Exhibit 2**.

3.      On July 13, 2020, Plaintiff filed her second EEOC Charge against the City, EEOC Charge No. 510-2020-04794 ("2020 Charge"). The 2020 Charge is attached as **Exhibit 3**, Bates Nos. City 001232 – 001233.

1

4.      On or about December 18, 2023, Plaintiff, the FOP (Plaintiff's Union at the City), and the City entered into a Settlement Agreement and a Last Chance Agreement. A copy of the Settlement Agreement and the Last Chance Agreement are attached as **Exhibit 4**, Bates Nos. City 001235 – 001238; 001240 – 001246; 001248. As part of the Last Chance Agreement, Plaintiff executed an Irrevocable Letter of Resignation ("Resignation"). *See* Exh. 4, Bates Nos. City 001248.

5.      On January 25, 2021, then-Chief of Police Richard Clements, issued a Memorandum to Plaintiff. The January 25, 2021, Memorandum is attached as **Exhibit 5**, Bates Nos. City 001253 – 001267.

6.      On June 22, 2021, Plaintiff filed her third EEOC Charge against the City, EEOC Charge No. 510-2021-05270 ("2021 Charge"). The 2021 Charge is at DE 1-1.

7.      On April 2, 2022, Plaintiff filed her Complaint. *See* DE 1.

Dated: June 3, 2024.

Respectfully submitted,

By: /s/*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
melkins@mlelawfirm.com
**MLE LAW**
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: 954.401.2608
*Co-Counsel for Defendant*

By: /s/*Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811
henryhunnefeld@miamibeachfl.gov

By: /s/*Benjamin J. Braun*
Benjamin J. Braun, Esq.
Florida Bar No. 1017937
benjaminbraun@miamibeachfl.gov

**CITY OF MIAMI BEACH**
**CITY ATTORNEY**
City Attorney's Office
1700 Convention Center Drive
Fourth Floor- Legal Department
Miami Beach, FL 33139
Telephone: 305.673.7470
*Co-Counsel for Defendant*

By: /s/*Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Michael L. Elkins*
Michael L. Elkins

## <u>SERVICE LIST</u>

CASE NO.: 1:22-cv-21004-MD

Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*