**Kruglov, Galyna**

| | |
|---|---|
| From: | Kruglov, Galyna |
| Sent: | Friday, January 27, 2012 3:27 PM |
| To: | Sliman, Brian; Pfrogner, Colin; Martinez, Raymond; Patrick-Harris, Michelle; Rabelo, Octavio |
| Cc: | Alvarez, Yesenia; Cano, Indira; Dellacasa-Diaz, Sandra; Estevez, Frank; Fritz, Michael; Hall, Arnita; Hester, Samantha; Inguanzo, Ramiro; Radig, Sue; Ramos, Heather; Sicily, Sandra |
| Subject: | New Hire - Jessica Salabarria |

Employee ID # 19928



## CITY OF MIAMI BEACH HUMAN RESOURCES DEPARTMENT
## EMPLOYMENT REPORT

| FOR BENEFIT PURPOSE ONLY: | |
|---|---|
| POLICE BACKGROUND:  X | HR BACKGROUND: |
| REHIRE: | NEW HIRE:  X |

| EMPLOYEE INFORMATION: | |
|---|---|
| EMPLOYEE NAME:  Jassica Salabarria | |
| POSITION:  Police Officer | START DATE: 01/30/2012 |
| HOURLY RATE: 23.55 | DEPARTMENT:  Police/Patrol |
| PREVIOUS INCUMBENT: Derick Kuilan | |
| POSITION NUMBER: 5011-097 | |

| EMPLOYMENT STATUS: | | | |
|---|---|---|---|
| PROBATIONARY:  X | TEMPORARY: | FULL-TIME:  X | PART-TIME: |
| UNION:  FOP | | | |
| BUDGET CODE: 1120 | | | |
| MILITARY VETERAN *(YES/NO)*: No | | | |
| ORIENTATION: TBD | | | |

**TRAINING NEEDS**
*(Please note related Hyperlinks)*

City Wide Mandatory Trainings: Diversity, Sexual Harassment, Team Building, Ethics, and Service Excellence. **Consult Organizational Development Master Training Calendar or contact OBPI** for the next available dates

*FOR EMPLOYEES WORKING IN SUPERVISORY CAPACITY ONLY:*

Performance Appraisal (Offered by HR): n/a

Interview and Selection (Offered by HR): n/a

Disciplinary Action (Offered by HR): n/a

**SUPERVISOR'S CHECKLIST**
(Remember to go over everything that applies to the employee)
- **Essential Piece and Key Intended Outcomes**
- **Employee Guide (Employee Handbook)**
- **Service Excellence policy**
- **City and Department Policies and Procedures:**
  - **Work Hours**
  - **Location of time clock, instructions on how to use**
  - **Attendance and tardiness regulations**
  - **Safety on the job (Department/Division/unit rules)**
  - **Injury on the job (reporting procedure)**

13

CITY 000856

19928-PE-013012

range, the City Manager's approval is required. Please attach a memorandum justifying the request; this justification will be used by the Human Resources to make a recommendation to the City Manager. Are you requesting the starting salary over the minimum range?:

| Approvers | | |
|---|---|---|
| Level I Approval | Sliman, Brian | 12/06/11 04:35 PM |
| Level II Approval | Martinez, Raymond | 12/08/11 03:33 PM |

*Printed on December 09, 2011*

CITY 000857

https://secure.neogov.com/employers/Agency/Common/PersonnelActionForm.cfm?reqID... 12/09/2011