**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

JESSICA GUASTO,

       Plaintiff,                                        CASE NO.: 1:22-cv-21004-MD

      v.

THE CITY OF MIAMI BEACH, FL,
A Florida municipality, et al.

       Defendants.
_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

       THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [D.E. 73] filed June 4, 2024, and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby:

       ORDERED AND ADJUDGED that the Motion is hereby **GRANTED**. Plaintiff shall file her Response in Opposition to Defendant's Motion for Summary Judgment on or before July 8, 2024.

       **DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2024.

 

                                                            _____
                                                            THE HONORABLE MELISSA DAMIAN
                                                            UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*