UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21004-CIV-DAMIAN/Torres

**JESSICA GUASTO**,

    Plaintiff,

v.

**THE CITY OF MIAMI BEACH, FL,**
a Florida municipality,
**RICHARD M. CLEMENTS,**
in his individual capacity, and
**STEVEN COSNER,**
in his individual capacity,

    Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On June 3, 2024, Defendant, the City of Miami Beach, Florida, filed a Motion to Strike Plaintiff, Jessica Guasto's, Expert Witness and Amended Expert Report and Incorporated Memorandum of Law [ECF No. 72 (the "Motion")]. Pursuant to 28 U.S.C. § 636(b), it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 72]** is **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of July 2024.

                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record