# EXHIBIT 1



02-14-14

AND THE CHOCOLATE COVERED NUTS, TOO.

HAPPY VALENTINE'S DAY!

*Love You Sweetie !!*

*XXOO*