# EXHIBIT 2

JESSICA, I HOPE THIS IS THE BEST BIRTHDAY YET.  I LOVE YOU WITH ALL MY HEART AND AM SO HAPPY YOU HAVE COME INTO MY LIFE.  YOU ARE MY PRINCESS.  I LOVE YOU BABYDOLL.  LOVE STEVE.