# EXHIBIT 4

| | |
|---|---|
| **Subject:** | FW: Area 3 Details |
| **Date:** | Monday, December 28, 2020 at 3:55:27 AM Eastern Standard Time |
| **From:** | Cosner, Steven |
| **To:** | Salabarria, Jessica |
| **Attachments:** | image001.png |

Forgot to send this to you.  Please assign.  I need a DAL and stats by 0615.

*Steve Cosner, Lieutenant*
**MIAMI BEACH POLICE DEPARTMENT**
Operations Division/Third Platoon/Area 2
1100 Washington Ave, Miami Beach, FL 33139
Tel: 305-673-7776, ext. 5526  /  Fax: 786-394-4976
StevenCosner@miamibeachfl.gov

**Mission**:  Address Crime and Community Concerns
**Vision**:  A safe and welcoming environment for everyone
**Values**: Honorable, Professional, Resilient
**Our Daily Goals**: Use innovative approaches to address crime, maintain and enhance a professional and well trained workforce, enhance the public's perception of the Miami Beach Police Department



**From:** Dionne, Martin <MartinDionne@miamibeachfl.gov>
**Sent:** Friday, December 25, 2020 11:44 PM
**To:** Serrano, Steven <StevenSerrano@miamibeachfl.gov>; Romero Sierra, Hansel <HanselRomeroSierra@miamibeachfl.gov>; Garrido, Christopher <ChristopherGarrido@miamibeachfl.gov>; Otero, Michael <MichaelOtero@miamibeachfl.gov>; Horton, Reginald <ReginaldHorton@miamibeachfl.gov>; Zapata, Juan <JuanZapata@miamibeachfl.gov>
**Cc:** Cosner, Steven <StevenCosner@miamibeachfl.gov>
**Subject:** Area 3 Details

Guys,
**Please see below directives from Captain George. Please make sure you call off the details on a nightly basis. If you generate any stats or notice anything noteworthy, please let me know.**

Thank You


**Mule Detail**
- Mule/Golf Cart -Patrols Ocean Terrace, Library Parking Lot, Altos Del Mar Park, Bandshell Park, Beachwalk and surrounding area. This detail needs to be staffed for the **entire shift (24 hrs)** and can be rotated.
- Open Space Park & Altos Del Mar Park –  **Dayshift** Officers to sweep the park to ensure camps have not been established. **Afternoon** and **Midnight** shift conduct nightly sweeps of the park to enforce closure.
- Beach Area Check ==Garrido==

**Business Corridor**
•        73-75 Street/Collins Ave Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators: Otero/Zapata
NOBE Oceanside Park Otero/Zapata **Call off as 7800 Blk Collins Avenue**
•        North Shore Library and rear parking lot/restrooms: Garrido
•        72-77 Street/Ocean Terrace (UNIDAD & the Bandshell): Garrido
•        Parking Lots along Collins Ave.: Serrano- **Please pay particular attention to the parking lot at 80th and Collins. Check the alley way ref complaints of drug activity**.

**Traffic Details / Area Checks**
•        Parkview Island Romero
•        Parkview Park, Tatum Park and North Shore Park: Romero
•        Traffic Enforcement on Collins Avenue between 79-85 Street: Otero/Zapata
•        Traffic Enforcement on Collins Ave from 63-65 Street (Loud vehicle and motorcycles): Otero/Zapata

**Crespi/Hawthorne Loop Vehicle**
•        Food Detail / 87th Street & Collins (0630-0830) - only on Wednesdays until further notice
•        Biscayne Point Dionne
•        Hawthorne/Crespi/Stillwater Romero **Call of as 1000 BLK of Stillwater Drive**
•        All Parks in your AOR (i.e., Stillwater Park and Crespi Park) Romero

1300 BLK of Marseille:   **Pease drive up and down with your cruise lights on. This is a high visibility detail.**
1600 BLK of Bay Drive:   **Please drive up and down with your cruise lights on. This is a high visibility detail.**

**1070 S. Shore Drive. - Mitchell**


**71st Street Loop Vehicle**
•        Normandy Shores Horton **Call off as 2600 BLK of Biarritz**
•        Normandy Isles Horton
•        71 Street Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators. Horton

Please pay particular attention to the 1600 BLK of Bay Drive