# EXHIBIT 5

| | |
|---|---|
| **From:** | Romero Sierra, Hansel <HanselRomeroSierra@miamibeachfl.gov> |
| **Subject:** | FW: Details Area 3 |
| **To:** | Cosner, Steven <StevenCosner@miamibeachfl.gov> |
| **Sent:** | December 28, 2020 5:59 AM (UTC-05:00) |
| **Attached:** | image001.jpg |

**From:** Salabarria, Jessica <JessicaSalabarria@miamibeachfl.gov>
**Sent:** Monday, December 28, 2020 5:42 AM
**To:** Serrano, Steven <StevenSerrano@miamibeachfl.gov>; Garrido, Christopher <ChristopherGarrido@miamibeachfl.gov>; Albaladejo, Rodolfo <RodolfoAlbaladejo@miamibeachfl.gov>; Baumer, Werner <WernerBaumer@miamibeachfl.gov>; Suarez, Andy <AndySuarez@miamibeachfl.gov>; Romero Sierra, Hansel <HanselRomeroSierra@miamibeachfl.gov>
**Subject:** Details Area 3
**Importance:** High

**Squad per our conversation please note the below details for our shift.**

**Thank you.**

**Details:**

**Mule Detail**
- Mule/Golf Cart -Patrols Ocean Terrace, Library Parking Lot, Altos Del Mar Park, Bandshell Park, Beachwalk and surrounding area. This detail needs to be staffed for the **entire shift (24 hrs)** and can be rotated.
- Open Space Park & Altos Del Mar Park – **Dayshift** Officers to sweep the park to ensure camps have not been established. **Afternoon** and **Midnight** shift conduct nightly sweeps of the park to enforce closure.
- Beach Area Check Garrido

**Business Corridor**
• 73-75 Street/Collins Ave Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators: Romero/Albaladejo
NOBE Oceanside Park Romero/Albaladejo **Call off as 7800 Blk Collins Avenue**
• North Shore Library and rear parking lot/restrooms: Garrido
• 72-77 Street/Ocean Terrace (UNIDAD & the Bandshell): Garrido
• Parking Lots along Collins Ave.: Serrano- **Please pay particular attention to the parking lot at 80th and Collins. Check the alley way ref complaints of drug activity**.

**Traffic Details / Area Checks**
• Parkview Island Romero
• Parkview Park, Tatum Park and North Shore Park: Romero
• Traffic Enforcement on Collins Avenue between 79-85 Street: Baumer/Suarez
• Traffic Enforcement on Collins Ave from 63-65 Street (Loud vehicle and motorcycles):  Baumer/Suarez

**Crespi/Hawthorne Loop Vehicle**
• Food Detail / 87th Street & Collins (0630-0830) - only on Wednesdays until further notice
• Biscayne Point Romero
• Hawthorne/Crespi/Stillwater Romero **Call of as 1000 BLK of Stillwater Drive**
• All Parks in your AOR (i.e., Stillwater Park and Crespi Park) Romero

1300 BLK of Marseille:   **Pease drive up and down with your cruise lights on. This is a high visibility detail.**
1600 BLK of Bay Drive:   **Please drive up and down with your cruise lights on. This is a high visibility detail.**

1070 S. Shore Drive. - Mitchell

**71st Street Loop Vehicle**
- Normandy Shores Ocejo **Call off as 2600 BLK of Biarritz**
- Normandy Isles Ocejo
- 71 Street Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators. Ocejo

Please pay particular attention to the 1600 BLK of Bay Drive

MIAMIBEACH

**Jessica Salabarria**, Sergeant
Operations Division
MIAMI BEACH POLICE DEPARTMENT
1100 Washington Avenue, Miami Beach, FL 33139
Tel: 305-673-7776, Ext. 3123  |  Fax: 786-394-4950
jessicasalabarria@miamibeachfl.gov

**Mission:**  Address Crime and Community Concerns
**Vision:**  A safe and welcoming environment for everyone
**Values:** Honorable, Professional, Resilient
**Our Daily Goals:** Use innovative approaches to address crime, maintain and enhance a professional and well trained workforce, enhance the public's perception of the Miami Beach Police Department

| | |
|---|---|
| **From:** | Ocejo, Richard <RichardOcejo@miamibeachfl.gov> |
| **Subject:** | Fwd: Stats |
| **To:** | Cosner, Steven <StevenCosner@miamibeachfl.gov> |
| **Sent:** | December 28, 2020 6:06 AM (UTC-05:00) |
| **Attached:** | image001.jpg |

Begin forwarded message:

**From:** "Salabarria, Jessica" <JessicaSalabarria@miamibeachfl.gov>
**Date:** December 28, 2020 at 5:21:48 AM EST
**To:** "Garrido, Christopher" <ChristopherGarrido@miamibeachfl.gov>, "Serrano, Steven" <StevenSerrano@miamibeachfl.gov>, "Romero Sierra, Hansel" <HanselRomeroSierra@miamibeachfl.gov>, "Baumer, Werner" <WernerBaumer@miamibeachfl.gov>, "Suarez, Andy" <AndySuarez@miamibeachfl.gov>, "Albaladejo, Rodolfo" <RodolfoAlbaladejo@miamibeachfl.gov>, "Ocejo, Richard" <RichardOcejo@miamibeachfl.gov>
**Subject: Stats**

Squad please respond to this email with your statistics for tonight. I 06 at 0545, thank you.

MIAMIBEACH

**Jessica Salabarria**, Sergeant
Operations Division
MIAMI BEACH POLICE DEPARTMENT
1100 Washington Avenue, Miami Beach, FL 33139
Tel: 305-673-7776, Ext. 3123  |  Fax: 786-394-4950
jessicasalabarria@miamibeachfl.gov

**Mission:**  Address Crime and Community Concerns
**Vision:**  A safe and welcoming environment for everyone
**Values:** Honorable, Professional, Resilient
**Our Daily Goals:** Use innovative approaches to address crime, maintain and enhance a professional and well trained workforce, enhance the public's perception of the Miami Beach Police Department

| | |
|---|---|
| **From:** | Salabarria, Jessica <JessicaSalabarria@miamibeachfl.gov> |
| **Subject:** | Area 3 Details / Midnight Shift Statistics 12/27-12/28 |
| **To:** | Cosner, Steven <StevenCosner@miamibeachfl.gov> |
| **Sent:** | December 28, 2020 5:36 AM (UTC-05:00) |
| **Attached:** | image001.jpg |

**Midnight Shift Statistics 12/27-12/28:**


Serrano- 1 UTC 5, written warnings, 1 report other
Baumer/PPO Suarez- 2 case reports, 1 arrest form, 4 warnings, 1 report other
Garrido â€" 1 warning citation
Albaladejo- 1 arrest form
Hansel- 3 UTC 1 written warning
Ocejo- 2 UTC 1 Tow


**Details:**

Mule Detail
- Mule/Golf Cart -Patrols Ocean Terrace, Library Parking Lot, Altos Del Mar Park, Bandshell Park, Beachwalk and surrounding area. This detail needs to be staffed for the **entire shift (24 hrs)** and can be rotated.
- Open Space Park & Altos Del Mar Park â€" **Dayshift** Officers to sweep the park to ensure camps have not been established. **Afternoon** and **Midnight** shift conduct nightly sweeps of the park to enforce closure.
- Beach Area Check Garrido

Business Corridor
€¢       73-75 Street/Collins Ave Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators: Romero/Albaladejo
NOBE Oceanside Park Romero/Albaladejo **Call off as 7800 Blk Collins Avenue**
€¢       North Shore Library and rear parking lot/restrooms: Garrido
€¢       72-77 Street/Ocean Terrace (UNIDAD & the Bandshell): Garrido
€¢       Parking Lots along Collins Ave.: Serrano- **Please pay particular attention to the parking lot at 80th and Collins. Check the alley way ref complaints of drug activity**.

Traffic Details / Area Checks
€¢       Parkview Island Romero
€¢       Parkview Park, Tatum Park and North Shore Park: Romero
€¢       Traffic Enforcement on Collins Avenue between 79-85 Street: Baumer/Suarez
€¢       Traffic Enforcement on Collins Ave from 63-65 Street (Loud vehicle and motorcycles):  Baumer/Suarez

Crespi/Hawthorne Loop Vehicle
€¢       Food Detail / 87th Street & Collins (0630-0830) - only on Wednesdays until further notice
€¢       Biscayne Point Romero
€¢       Hawthorne/Crespi/Stillwater Romero **Call of as 1000 BLK of Stillwater Drive**
€¢       All Parks in your AOR (i.e., Stillwater Park and Crespi Park) Romero

1300 BLK of Marseille:   **Pease drive up and down with your cruise lights on. This is a high visibility detail.**
1600 BLK of Bay Drive:   **Please drive up and down with your cruise lights on. This is a high visibility detail.**

1070 S. Shore Drive. - Mitchell


**71st Street Loop Vehicle**

- Normandy Shores Ocejo **Call off as 2600 BLK of Biarritz**
- Normandy Isles Ocejo
- 71 Street Business Corridor (Park and Walk). Officers should be visible and making contact with business staff. Midnight Shift to enforce curfew violators. Ocejo

Please pay particular attention to the 1600 BLK of Bay Drive

MIAMIBEACH

**Jessica Salabarria**, Sergeant
Operations Division
MIAMI BEACH POLICE DEPARTMENT
1100 Washington Avenue, Miami Beach, FL 33139
Tel: 305-673-7776, Ext. 3123  |  Fax: 786-394-4950
jessicasalabarria@miamibeachfl.gov

**Mission:**  Address Crime and Community Concerns
**Vision:**  A safe and welcoming environment for everyone
**Values:** Honorable, Professional, Resilient
**Our Daily Goals:** Use innovative approaches to address crime, maintain and enhance a professional and well trained workforce, enhance the public's perception of the Miami Beach Police Department