UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S FULLY DISPOSITIVE MOTION FOR SUMMARY JUDGMENT AND TO FILE ITS REPLY STATEMENT OF MATERIAL FACTS

This cause is before the Court on Defendant's Amended Unopposed Motion for Extension of Time to File Its Reply to Plaintiff's Response to Defendant's Fully Dispositive Motion for Summary Judgment and to File Its Reply Statement of Material Facts ("Amended Motion"). The Court, having reviewed the Amended Motion and otherwise being fully advised in the premises determines there is good cause for granting Defendant's Amended Motion. Accordingly, it is:

**ORDERED AND ADJUDGED** that Defendant's Amended Motion is **GRANTED**. Defendant shall file its Reply to Plaintiff's Response to Defendant's Fully Dispositive Motion for Summary Judgment and Reply Statement of Material Facts on or before July 22, 2024.

**DONE AND ORDERED** in Chambers this _ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

1

<u>Copies furnished to:</u>
All Counsel of Record