Office of Legal Affairs
300 N.E. 2nd Avenue, Room 1453
Miami, Florida  33132-2297
Office: 305-237-3694
Fax: 305-237-7654
fbacigal@mdc.edu • www.mdc.edu


# Miami Dade
# College

Franco D. Bacigalupo
Assistant General Counsel

## Wolfson Campus

April 4, 2024

### VIA CERTIFIED MAIL

Michael L. Elkins
MLE Law
1213 S.E. 3rd Ave
Fort Lauderdale, FL 33316

**RE:**  **Response to Subpoena pertaining to *Guasto v. City of Miami Beach* (Case No. 1:22-cv-21004-DPG)**

Dear Mr. Elkins:

The College has reviewed the Subpoena To Produce Documents relating to the above-referenced case.  The records responsive to the subpoena are enclosed.

Please be advised that the records deemed confidential under Federal and Florida Statutes have been redacted.

Please be further advised that due to the nominal number of pages, the College has waived any cost associated with the production of the enclosed records.

This completes the College's response to your subpoena for the above-referenced records.  Should you have any questions, please contact our office at 305-237-3694.  Thank you.

Sincerely,

Franco D. Bacigalupo
Assistant General Counsel
Miami Dade College

Enclosures

City 001381



**MIAMI DADE COLLEGE**
*PUBLIC SAFETY DEPARTMENT / HIALEAH CAMPUS*

# M E M O R A N D U M

## VERBALLY COMMUNICATED AND EMAILED (Jessica.guasto@gmail.com)

**Date:**    December 16, 2022

**To:**    Jessica Guasto, Public Safety Chief

**From:**    Andrea Forero, Director Campus Administration

Miami Dade College

1001196510

**Subject:**    Notice of Final Action of Termination

Based on your position of trust in the Public Safety Department, your service in a responsible position of Public Safety Chief, Hialeah Campus, and the severity of these offenses, this memorandum serves to advise you of the College's decision to terminate your employment from the position of Public Safety Chief, Hialeah Campus, effective, January 31, 2023, for violation of College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees, specifically, Performance Standard of Conduct, Section IV *(1)*:

(c)    Acts that disrupt or interfere with the administration or functions of the College.
(e)    Failure to inform the supervisor when leaving a work area.

On December 2, 2022, Ms. Larose met with you, in the presence of Dr. Sawyer (present as a resource since I was on leave. During this meeting, you were given a Notice of Administrative Leave with Pay Pending Investigation (see attached) for procedural violations

This Notice states: *"Based on your established work schedule – 8:00 am – 4:30 pm Monday through Friday on the following dates/times you left the workplace without notifying me or obtaining prior approval."*

Work schedule information has been provided to Ms. Guasto on several occasions, specifically,

- New Employee Supervisor Checklist, signed May 23, 2022, with the *"Scheduled work time: 8 A.M. to 4:30 P.M."*

- Email dated June 20, 2022, from Ms. Guasto stated, *"My schedule for now is Monday-Friday from 09:30 – 4:30."* Which references the following statement from Ms. Guasto, *"However, I mostly maintain the same schedule and just advise you and Andrea of any changes in scheduling."*

- In text exchanges on June 28, 2022, Ms. Larose acknowledged Ms. Guasto's clarification and further reiterated that the work schedule includes a one (1) hour meal break. In addition, Ms. Larose was clear in stating that waiving her meal break is acceptable "once in a while"; however, it should be a continuous pattern.



City 001382

- During their weekly meetings, Ms. Larose revisits the established 8:30am – 4:30pm schedule. However, found it necessary to remind Ms. Guasto of that fact on August 22, 2022 via email stating, *"Your summer schedule should have ended on July 29th. You will need to resume your regular schedule starting tomorrow, from 8am – 4:30pm."*

- On September 20, 2022, Ms. Larose emailed the link for College Procedures 2828 Workday-Workweek Shift/Alternative Work Schedule for Non-Instructional Personnel after another conversation about the workday.

- On September 26, 2022, Ms. Larose emailed Ms. Guasto asking if she was on campus? Approximately one hour later, at 5:12 PM Ms. Guasto responded, *"I left to a meeting with HPD for Wednesday. After the meeting I had my lunch. I will be on campus till 7pm tonight."* Ms. Larose responded, *"As I mentioned to you in the past, please let me know in advance and place meetings on your calendar."*

- On November 8, 2022, Ms. Larose emails Weekly Meeting recap regarding PEC employee scheduled workweek. *"7. Discussed what it means to be a PEC employee. PEC employees are expected to be here during the scheduled work week. If an event (i.e., open house, community event) happens outside of the normal work hours, we are still expected to work normal hours and the additional hours due to an event."*

Specific allegations listed is as follows:

Allegation: October 14, 2022, you left the workplace at 2:45pm

Ms. Guasto's partial response: *"Pursuant to my research, I left the workplace at 3:35 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. Last FOB activity is at 2:52pm. Camera footage shows Ms. Guasto at her car at 2:56pm then leaves the workplace at 3:35pm. Ms. Larose was not notified of early departure.

Allegation: October 18, 2022, you left the workplace at 2:48pm

Ms. Guasto's partial response: *"I left the workplace at 3:34 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. No FOB activity between 9:46am to 2:39pm. Camera footage shows Ms. Guasto leaving the workplace at 2:49pm. Ms. Larose was not notified of early departure.

City 001383

<u>Allegation: November 04, 2022, you left the workplace at 10:08am</u>

Ms. Guasto's partial response: *"I left the workplace at 5:37 PM."*

Findings: There is no evidence of FOB activity after 10:00am on this date for Ms. Guasto. 10:06am camera footage shows Ms. Guasto getting into the passenger side of her vehicle, then leaves the workplace. Camera footage later shows Ms. Guasto leaving the workplace at 5:35pm. Ms. Larose was not notified.

<u>Allegation: November 07, 2022, you left the workplace at 2:18pm</u>

Ms. Guasto's partial response: *"It was at 2:23 PM that I left in order to assist Security Officer ..."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. No FOB activity is recorded for this date. Camera footage shows Ms. Guasto leaving the workplace at 2:23pm. Ms. Larose was not notified of early departure.

<u>Additionally, the notice also referenced the following:</u>
> *"Separately, pursuant to a request form me: On October 26, 2022, you agreed to work from 5:00pm – 1:30 am, and left the workplace at 10:10 pm"*

> Ms. Guasto did not respond to this.

Findings: Email exchanges on October 21st and 24th regarding the instructions given to Ms. Guasto related to working the Family Night Out on October 26, 2022. For this day, Ms. Larose specifically adjusted Ms. Guasto's workday schedule, stating, *"Wednesday you will come in from 5pm – 1:30am."* FOB activity recorded only from 5:03pm to 9:29pm. Camera footage shows Ms. Guasto leaving the workplace at 10:10pm. Ms. Larose was not notified of early departure.

The College's decision is based on the findings of this investigation.

You may voluntarily resign from your position. Should you choose to voluntarily resign your position, you may utilize the enclosed resignation form for that purpose. Please submit your resignation to the attention of Ms. Sylvia Willin by email at swillin@mdc.edu or fax, 786-408-6427, by 4:30pm on Monday, December 19, 2022. Please follow-up by mailing your original resignation. Should you elect this option, the mailing address is Miami Dade College, Division of Human Resources, Kendall Campus, 11011 S.W. 104th Street, Room 1111, Miami, Florida 33176-3393.

If you elect not to resign from your position, the College will proceed with termination of your employment, effective January 31, 2023. You will not be expected to report for work after today's meeting.

City 001384

Please note the following information:

Your paycheck for the pay period of December 5, 2022, through December 18, 2022, was issued on pay date, December 15, 2022, and was directly deposited with your banking institution.

Your paycheck for the pay period of December 19, 2022, through January 1, 2023, was issued on pay date, December 16, 2022, and was directly deposited with your banking institution.

Pursuant to the annual employment contract, you will receive payment through January 31, 2023. Your paycheck for the pay period of January 2, 2023, through January 15, 2023, will be issued on pay date, January 13, 2023, and will be directly deposited with your banking institution.

Your paycheck for the pay period of January 16, 2023, through January 29, 2023, will be issued on pay date, January 27, 2023, and will be directly deposited with your banking institution.

Your final Paycheck for January 30th and 31st, 2023, will be issued on pay date February 10, 2023. Questions you have regarding retirement or insurance should be directed to the Office of Compensation and Benefits at 305-237-2010.

You will receive a separate paycheck, paid within 60 days of final pay, which will contain the payment for any vacation leave balance you currently have remaining. The total amount of this payment cannot exceed thirty (30) workdays or 225 hours. If the amount of this payment is $1,000.00 or more, the College will place this money in an account for you under the College's Terminal Leave Payment program, administered through BENCOR, Incorporated. BENCOR's contact information is 1-888-258-3422 or www.bencor.com.

Please make arrangements with me to return any College-issued property in your possession or to secure your personal items by today. I may be contacted at (305) 237-8825.

You may also address questions regarding this process to the Employee Relations department, Ms. Sylvia Willin at 305-237-0266 or by email at swillin@mdc.edu.

*Advisory Regarding Retaliation*
Please note that Federal law and College Policy I-21 Equal Access/Equal Opportunity, prohibit retaliatory conduct causing any interference, coercion, restraint or reprisal against a person complaining of discrimination or harassment or participating in the resolution of a complaint of discrimination, harassment or whistleblowing. This protection applies to all parties related to a complaint (i.e., complainants, respondents, witnesses). Report allegations of retaliation to the Office of EOP/ADA for review and resolution.

cc:    Employee File
       Dr. Georgette Perez, Campus President, Hialeah Campus
       Ms. Lynn Larose, Director, Campus Services
       Sylvia Willin, Employee Relations Officer

Attachments:

**Page 4 of 5**

City 001385

- College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees
- New Employee Supervisor Checklist, signed May 23, 2022
- Administrative Leave with Pay Pending Investigation dated December 2, 2022

Andrea Forero

_____
Signature of Director

12/16/2022
_____
Date

City 001386

**To Whom It May Concern at Miami Dade College:**

I, _____ Jessica Guasto _____, hereby resign from my position of

_____ Chief/Director _____ in the _____ Public Safety Department _____ Department at

Miami Dade College, effective, _____ January 31st, 2023 _____.

My EMPL ID# is _____ 1001196510 _____.

_____          _____ December 19th, 2022 _____
Signature                                                     Date

It is unfortunate and untimely, but at this time I will resign from my position at MDC. I have encountered adverse work conditions and have decided on advice of counsel, to resign as Chief of Public Safety and continue to pursue future endeavors. As is the case, I have met many outstanding individuals in the Organization and only wish them the best as well as the best for the Organization going forward.

Thank you.

Jessica Guasto

# Miami Dade College

## Request for Personnel Action

Required Forms for New Employees

**Effective Start Date:** 01/31/2023   **Action (Select One):** Termination (Exit Form Required)

FOR ALL TRANSFERS, PLEASE INCLUDE THE FORMER DEPARTMENT NUMBER IN THE EXPLANATION SECTION (D) BELOW.

### SECTION A – GENERAL INFORMATION

**Name:** Jessica Guasto   **Empl ID:** 1 0 0 1 1 9 6 5 1 0   **SSN, If new hire:**

**Title/Job Code/Grade:** Public Safety Chief/Director;321200;15   **Position #:** 00002165

Find Position Job Codes and Chartstrings

| Operating Unit | Fund Code | ICS | Campus Center | Department ID | Account | Budget Ref # |
|---|---|---|---|---|---|---|
| HI01 | 101 | 7200000 | 7000 | 100100 | 5300000 | |

**Grant Positions Only**
Project #   PC Bus. Unit   Activity

**Check all that apply:**
- ☑ Full-Time
- ☐ Part-Time
- ☐ Grant Position
- ☐ Interim

**Pay Group (Select One):** PEC - Professional Exempt Contractual

**Status (Select One):** Select one

**Department Name:** Public Safety

**Expected End Date (If applicable):**

**Location (Select One):** Hialeah Campus

**Reports To Position Number:** 00003869

If location is District, please check: ☐

**Reports To Name (First and Last):** Lynn Larose

### SECTION B – PAYMENT DESCRIPTION

**Base Annual Salary:**   **Hourly Rate:**

### SECTION C – REASON FOR ACTION (SELECT ONE):
Termination must include reason. Select from code list below. Rate increase requests require written justification with attached job description. Previous information for change must be included.

Resignation

### SECTION D – PROVIDE ADDITIONAL INFORMATION

Please refer to Employee Relations
ER Resignation -
in lieu of termination

### SECTION E – ACTION AUTHORIZATION

| Name | Extension | Signature | Date |
|---|---|---|---|
| Andrea Forero | 7-8825 | | 12-28-22 |
| Hiring Manager/Originator | | | |
| Andrea Forero | 7-8825 | | 12-28-22 |
| Budget Manager | | | |
| Dr. Georgette Perez | 7-8712 | Georgette Perez | Dec 28, 2022 |
| Campus/Division Head | | | |
| _illegible_ | 7-0000 | _illegible_ | 1/3/23 |
| Human Resources | | | |

COPY for BOARDS 2/3

ADDITIONAL JOBS IN SAME DEPARTMENT
Position   FLSA   Rate   Job Code

CONCURRENT ASSIGNMENT (WITHIN/OUTSIDE DEPT/OTHER POSITION)
Position   Rate   Job Code

### HUMAN RESOURCES ONLY- RECRUITING SERVICES

Check off if applicable (Posting Vacancy/ Candidate)
- ☐ External   ☐ Internal   ☐ New Position

Check off all degrees required for position, if applicable
- ☐ Associates   ☐ Bachelors   ☐ Masters   ☐ Doctorate

2080 Position, Please check: ☐ Yes ☐ No

- ☐ Transcripts on file   ☐ Not attached
- E-Verify: (mm/dd/yyyy)   Background Completed: (mm/dd/yyyy)
- Forward copy to E.R. to Follow-up (Check, if applicable)
- Secure degree/certification _____ within _____ months from hire date
- Degree Incentive $
- Job Posting Dates:   Opening   Closing

### HUMAN RESOURCES ONLY- EMPLOYEE SERVICES

**Data Entry Date:** 1/3/2023   **Audit Date:**

**HR Initials:** _illegible_   **HR Initials:**

### HUMAN RESOURCES ONLY- BENEFITS

Check off if applicable (Retirement)
- ☐ Retiree With Benefits   ☐ Retiree Without Benefits
- ☐ DROP   ☐ DROP S   ☐ DROP V   ☐ DROP SV
- DROP Start Date: mm/dd/yyyy   DROP End Date: mm/dd/yyyy

Revised 05/2022

HR - RPAS

City 001388

| Employee ID | Empl Recor | Check Dt | Last Name | First Name | Earn Code | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1001196510 | 0 | 2/23/2023 | Guasto | Jessica | PSB | 42.5 | 1491.33 |
| 1001196510 | 0 | 2/23/2023 | Guasto | Jessica | VAB | 37.5 | 1275.38 |
| 1001196510 | 0 | 1/27/2023 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 1/13/2023 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 1/13/2023 | Guasto | Jessica | ADM | 37.5 | 1275.29 |
| 1001196510 | 0 | 12/16/2022 | Guasto | Jessica | ADM | 37.5 | 1275.29 |
| 1001196510 | 0 | 12/15/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 12/15/2022 | Guasto | Jessica | SIC | 7.5 | 255.06 |
| 1001196510 | 0 | 12/2/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/18/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/18/2022 | Guasto | Jessica | VAC | 7.5 | 255.06 |
| 1001196510 | 0 | 11/4/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/4/2022 | Guasto | Jessica | SIC | 3.25 | 110.53 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | DSE | 7.5 | 255.06 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | SIC | 7.5 | 255.06 |
| 1001196510 | 0 | 10/7/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 10/7/2022 | Guasto | Jessica | PSA | 7.5 | 255.06 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | SIC | 15 | 510.12 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | VAC | 15 | 510.12 |
| 1001196510 | 0 | 9/9/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 8/26/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 8/12/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 7/15/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 7/1/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 6/17/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 6/17/2022 | Guasto | Jessica | TE4 | 0 | 30 |

City 001389

## Form W-2 Wage and Tax Statement — 2022

| Field | Value |
|---|---|
| 7 Social security tips | |
| 1 Wages, tips, other comp. | 40012.76 |
| 2 Federal income tax withheld | 4352.32 |
| c Employer's name, address, and ZIP code | MIAMI DADE COLLEGE 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 MIAMI FL 33176 |
| 8 Allocated tips | |
| 3 Social security wages | 41229.28 |
| 4 Social security tax withheld | 2556.22 |
| 9 | |
| 5 Medicare wages and tips | 41229.28 |
| 6 Medicare tax withheld | 597.82 |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a See instructions for box 12 | C 7.80 |
| e Employee's name, address, and ZIP code | JESSICA GUASTO 117 NW 42ND AVENUE APT 1008 MIAMI FL 33126 REPRINT |
| 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 14 Other | FRS 1224.32 |
| 12b DD | 5379.12 |
| b Employer identification number (EIN) | 59-1210485 |
| a Employee's social security no. | |
| 12c | |
| 12d | |

15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Copy B To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov/efile

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement — 2022

| Field | Value |
|---|---|
| 7 Social security tips | |
| 1 Wages, tips, other comp. | 40012.76 |
| 2 Federal income tax withheld | 4352.32 |
| c Employer's name, address, and ZIP code | MIAMI DADE COLLEGE 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 MIAMI FL 33176 |
| 8 Allocated tips | |
| 3 Social security wages | 41229.28 |
| 4 Social security tax withheld | 2556.22 |
| 9 | |
| 5 Medicare wages and tips | 41229.28 |
| 6 Medicare tax withheld | 597.82 |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a See instructions for box 12 | C 7.80 |
| e Employee's name, address, and ZIP code | JESSICA GUASTO 117 NW 42ND AVENUE APT 1008 MIAMI FL 33126 REPRINT |
| 13 | |
| 14 Other | FRS 1224.32 |
| 12b DD | 5379.12 |
| b Employer identification number (EIN) | 59-1210485 |
| a Employee's social security no. | |
| 12c | |
| 12d | |

15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)
OMB No. 1545-0008
Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement — 2022

| Field | Value |
|---|---|
| 7 Social security tips | |
| 1 Wages, tips, other comp. | 40012.76 |
| 2 Federal income tax withheld | 4352.32 |
| c Employer's name, address, and ZIP code | MIAMI DADE COLLEGE 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 MIAMI FL 33176 |
| 8 Allocated tips | |
| 3 Social security wages | 41229.28 |
| 4 Social security tax withheld | 2556.22 |
| 9 | |
| 5 Medicare wages and tips | 41229.28 |
| 6 Medicare tax withheld | 597.82 |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | C 7.80 |
| e Employee's name, address, and ZIP code | JESSICA GUASTO 117 NW 42ND AVENUE APT 1008 MIAMI FL 33126 REPRINT |
| 13 | |
| 14 Other | FRS 1224.32 |
| 12b DD | 5379.12 |
| b Employer identification number (EIN) | 59-1210485 |
| a Employee's social security no. | |
| 12c | |
| 12d | |

15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return
OMB No. 1545-0008
Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement — 2022

| Field | Value |
|---|---|
| 7 Social security tips | |
| 1 Wages, tips, other comp. | 40012.76 |
| 2 Federal income tax withheld | 4352.32 |
| c Employer's name, address, and ZIP code | MIAMI DADE COLLEGE 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 MIAMI FL 33176 |
| 8 Allocated tips | |
| 3 Social security wages | 41229.28 |
| 4 Social security tax withheld | 2556.22 |
| 9 | |
| 5 Medicare wages and tips | 41229.28 |
| 6 Medicare tax withheld | 597.82 |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | C 7.80 |
| e Employee's name, address, and ZIP code | JESSICA GUASTO 117 NW 42ND AVENUE APT 1008 MIAMI FL 33126 REPRINT |
| 13 | |
| 14 Other | FRS 1224.32 |
| 12b DD | 5379.12 |
| b Employer identification number (EIN) | 59-1210485 |
| a Employee's social security no. | |
| 12c | |
| 12d | |

15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return
L87  OMB No. 1545-0008  5206  Dept. of the Treasury - IRS

City 001390

## Form W-2 Wage and Tax Statement — 2023 (Copy B)

| Box | Value | Box | Value |
|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other comp. | 5504.24 |
| | | 2 Federal income tax withheld | 506.72 |
| 8 Allocated tips | | 3 Social security wages | 5671.28 |
| | | 4 Social security tax withheld | 351.62 |
| 9 | | 5 Medicare wages and tips | 5671.28 |
| | | 6 Medicare tax withheld | 82.23 |
| 10 Dependent care benefits | | 11 Nonqualified plans | |
| | | 12a See instructions for box 12  C | 1.30 |
| 14 Other | 251.34 | 12b  DD | 913.36 |
| | | 12c | |
| | | 12d | |

c Employer's name, address, and ZIP code
MIAMI DADE COLLEGE
11011 SW 104TH STREET
OFFICE OF THE CONTROLLER, BUILDING 9
MIAMI FL 33176

e Employee's name, address, and ZIP code
JESSICA GUASTO
117 NW 42ND AVENUE
APT 1008
MIAMI FL 33126

REPRINT

Suff.
13 Statutory employee / Retirement plan / Third-party sick pay
b Employer identification number (EIN) 59-1210485
a Employee's social security no.

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy B To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008
Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov/efile

---

## Form W-2 Wage and Tax Statement — 2023 (Copy C)

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Box | Value | Box | Value |
|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other comp. | 5504.24 |
| | | 2 Federal income tax withheld | 506.72 |
| 8 Allocated tips | | 3 Social security wages | 5671.28 |
| | | 4 Social security tax withheld | 351.62 |
| 9 | | 5 Medicare wages and tips | 5671.28 |
| | | 6 Medicare tax withheld | 82.23 |
| 10 Dependent care benefits | | 11 Nonqualified plans | |
| | | 12a See instructions for box 12  C | 1.30 |
| 14 Other | 251.34 | 12b  DD | 913.36 |
| | | 12c | |
| | | 12d | |

c Employer's name, address, and ZIP code
MIAMI DADE COLLEGE
11011 SW 104TH STREET
OFFICE OF THE CONTROLLER, BUILDING 9
MIAMI FL 33176

e Employee's name, address, and ZIP code
JESSICA GUASTO
117 NW 42ND AVENUE
APT 1008
MIAMI FL 33126

REPRINT

Suff.
13 Statutory employee / Retirement plan / Third-party sick pay
b Employer identification number (EIN) 59-1210485
a Employee's social security no.

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)
OMB No. 1545-0008
Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement — 2023 (Copy 2)

| Box | Value | Box | Value |
|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other comp. | 5504.24 |
| | | 2 Federal income tax withheld | 506.72 |
| 8 Allocated tips | | 3 Social security wages | 5671.28 |
| | | 4 Social security tax withheld | 351.62 |
| 9 | | 5 Medicare wages and tips | 5671.28 |
| | | 6 Medicare tax withheld | 82.23 |
| 10 Dependent care benefits | | 11 Nonqualified plans | |
| | | 12a  C | 1.30 |
| 14 Other | 251.34 | 12b  DD | 913.36 |
| | | 12c | |
| | | 12d | |

c Employer's name, address, and ZIP code
MIAMI DADE COLLEGE
11011 SW 104TH STREET
OFFICE OF THE CONTROLLER, BUILDING 9
MIAMI FL 33176

e Employee's name, address, and ZIP code
JESSICA GUASTO
117 NW 42ND AVENUE
APT 1008
MIAMI FL 33126

REPRINT

Suff.
13 Statutory employee / Retirement plan / Third-party sick pay
b Employer identification number (EIN) 59-1210485
a Employee's social security no.

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return
OMB No. 1545-0008
Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement — 2023 (Copy 2)

| Box | Value | Box | Value |
|---|---|---|---|
| 7 Social security tips | | 1 Wages, tips, other comp. | 5504.24 |
| | | 2 Federal income tax withheld | 506.72 |
| 8 Allocated tips | | 3 Social security wages | 5671.28 |
| | | 4 Social security tax withheld | 351.62 |
| 9 | | 5 Medicare wages and tips | 5671.28 |
| | | 6 Medicare tax withheld | 82.23 |
| 10 Dependent care benefits | | 11 Nonqualified plans | |
| | | 12a  C | 1.30 |
| 14 Other | 251.34 | 12b  DD | 913.36 |
| | | 12c | |
| | | 12d | |

c Employer's name, address, and ZIP code
MIAMI DADE COLLEGE
11011 SW 104TH STREET
OFFICE OF THE CONTROLLER, BUILDING 9
MIAMI FL 33176

e Employee's name, address, and ZIP code
JESSICA GUASTO
117 NW 42ND AVENUE
APT 1008
MIAMI FL 33126

REPRINT

Suff.
13 Statutory employee / Retirement plan / Third-party sick pay
b Employer identification number (EIN) 59-1210485
a Employee's social security no.

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return
L87
OMB No. 1545-0008
5206
Dept. of the Treasury - IRS

City 001391



## DECLARATION OF CUSTODIAN OF RECORDS

Jessica Guasto f/k/a Jessica Salabarria  v. City of Miami Beach

Case No.: 22-cv-21004-MD
Document Title: Subpoena
Re:  Jessica Guasto

Markesha Madison, a Legal Services Coordinator for Universal Protection Service, LLC d/b/a ALLIED UNIVERSAL, declares as follows:

I am employed by Universal Protection Service, LLC d/b/a ALLIED UNIVERSAL and authorized to certify records on its behalf.

The accompanying records are true and complete copies of records maintained in the regular course and scope of business of my employer and were prepared by authorized personnel at or near the time of the acts, conditions or events which they intend to convey.

I have made a diligent and thorough search of available sources under the control of my employer for any and all items to be produced in response to the above-referenced document for the subject named above.

I hereby certify that these are all the documents within my custody and control that are responsive to this request.  The records are are true exact duplicates of the original.

I hereby certify and declare under penalty of perjury that the foregoing is true and correct.

Name of Records Custodian: Markesha Madison

Title: Legal Services Coordinator

Signature

Date:  04/17/2024

Please Note: Due to Covid-19 and remote work, signatures are electronic at this time. If you need a pen-and-ink or notarized signature, please contact Markesha Madison at Markesha.Madison@aus.com.

City 001674



Date:  04/17/2024


Matter Name: Jessica Guasto f/k/a Jessica Salabarria vs. City of Miami Beach

Case No.: 22-cv-21004-MD
Our Reference ID: 24-0528
Document Title: Subpoena
Subject of Subpoena: Jessica Guasto


TO WHOM IT MAY CONCERN:


Kindly accept this correspondence as a formal response to the subpoena issued to Universal Protection Service, LLC regarding the above-referenced matter.

Attached please find the requested documents in response to the subpoena request.

The dates of employment for Jessica Guasto are from 03/17/2023 - 08/17/2023.




Thank you.


Name of Records Custodian: Markesha Madison

Title: Legal Services Coordinator    City 001675

Signature

Date:  04/17/2024

PLEASE NOTE:  Due to Covid-19 and remote work, signatures are electronic at this time. If you need a pen-and-ink or notarized signature, please contact Markesha Madison at Markesha.Madison@aus.com

City 001676

 (https://my.aus.com)

# Personnel Action Notice Admin Staff Separation: PANS2023-0817-1859

**Submitted By**

Michael Serrano

**Submitted On**

Thursday, August 17, 2023 1:38 PM

**Subject**

Jessica Salabarria Termination

**Selected Stakeholders**

Cristina Machado

Carlos Machicao

## Details

**Employee Number:**

(9559568) Jessica Salabarria

**State:**

FL

**Employee Name:**

Jessica Salabarria

**Separation Type:**

Involuntary

## Attachments

City 001677

**ALLIEDUNIVERSAL** (https://my.aus.com)

| File Name | Description | Type | |
|---|---|---|---|
| ~~Disciplinary Notice Form- Jessica Salabarria. V1.pdf~~ | ~~Disciplinary Notice Form- Jessica Salabarria. V1~~ | ~~Attachment~~ | ~~Open (/Attach ments/O penFile/2 360612)~~ |
| Disciplinary Notice Form- Jessica Salabarria.pdf | Disciplinary Notice Form- Jessica Salabarria | Attachment | Open (/Attach ments/O penFile/2 360613) |
| Personnel Action Notice (PAN) Form- Jessica Salabarria.xlsx | Personnel Action Notice (PAN) Form- Jessica Salabarria | PAN Separation Form | Open (/Attach ments/O penFile/2 360614) |

## Request History

| When | Added By | Notes |
|---|---|---|
| Last year | Samuel Crossan | Your separation is Complete. There was no payment needed at this time. No Vacation hours were owed. This employee will receive their final wages on their next check for weekending 08/17/23, dated 08/24/23.<br><br>If this employee was a **"Supervisor"** on a job(s) or for Admin/Salary Support personal- additional steps will need to be taken.  To update the **"Supervisor"** information on the Job level- submit a **General Inquiry** to the <u>Contract Accounting</u> team, provide the list of all job numbers impacted and the name of the replacement Supervisor. if this individual was a **"Supervisor"** for Admin/ Salary Support personal submit a **General Inquiry** to <u>HR Transaction Processing</u> team with the replacement Supervisor name. |

## Request Action History

| When | Actioned By | Action Taken |
|---|---|---|

City 001678

**ALLIEDUNIVERSAL** (https://my.aus.com)

| Last year | Michael Serrano | Request Submitted |
| Last year | Samuel Crossan | Complete Request |

City 001679



# COACHING – COUNSELING – DISCIPLINARY NOTICE

Security Professionals/Service Employees

| | | | |
|---|---|---|---|
| Employee Name | Jessica Salabarria | Employee ID | 9559568 |
| Position Title | Account Manager | Branch/Department | Miami/ Operations |
| Client Site | Brickell City Centre | Supervisor | Michael Serrano |
| Union ○Yes ⦿No | Union Name/Local | Probationary Period | ☐ Currently ☐ Past Union |

### CURRENT INFRACTION/PERFORMANCE ISSUE(S) – List as applicable. Attach additional pages if necessary.

- ☒ Work Rule Violation — Absence from work without proper notifications
- ☐ Performance — Allowing unauthorized person on customer premises for personal reasons/visits
- ☒ Attendance — Improper client notifications during off hours

### CORRECTIVE ACTION

- ☒ Verbal Warning  ☐ Written Warning  ☐ Final Warning  ☐ Termination   Effective Date _____
- ☐ Suspension*  Dates of Suspension  From _____  To _____  ○Paid  ○Unpaid

*All disciplinary suspensions require review with Human Resources Representative, Manager, or Director in advance.

**FACTS** – Provide details of the situation (Who, What, Where, When, How). Attach additional pages if necessary.

Jessica has failed to report absences to Allied Universal, leading to scheduling challenges and operational disruptions. Also, Jessica's boyfriend, who is a police officer for the City of Miami, has been repeatedly observed on-site without proper authorization, raising security concerns. On another instance sometime after midnight, she informed the client that she attended a concert and was unable to locate her boyfriend, who is a Reserve Police Officer and would not be able to come in to work the following day. This communication could've been sent over email and the client notified during a more appropriate time frame. On a different matter, Jessica has contacted the client at approximately 1am about an oil spill but failed to gather sufficient details to determine if client involvement was necessary at that hour. Jessica's role as a Reserve Police Officer for Opa Locka has caused scheduling conflicts and at times prevented her from being present on-site during scheduled shifts.

**EXPECTATION** – Detail the future behavior that is expected. Attach additional pages if necessary.

Attendance and Communication: Timely report absences or schedule changes following company procedures. Refrain from arranging personal visits at the job site. Client Communication: Contact the client during off hours only when necessary, after gathering sufficient relevant details. Secondary Employment: Ensure personal employment commitments do not interfere with Allied Universal responsibilities and site operations.

**CORRECTIVE ACTION** – Determine next steps, follow-up and/or consequences. Attach additional pages if necessary.

Further disciplinary action which may include suspension up to include reassignment and or termination.

### PRIOR COACHING/COUNSELING/TRAINING/DISCIPLINARY ACTION

| Type of Action(s) | Date | Issued By | Description/Reason |
|---|---|---|---|
| ☐ Verbal Warning | | | |
| ☐ Written Warning | | | |
| ☐ Final Warning/Suspension | | | |

### ACKNOWLEDGEMENT

I acknowledge that this Coaching-Counseling-Disciplinary Notice has been reviewed with me. By signing below, I acknowledge a copy has been given to me and that a copy will be placed in my personnel file. **I understand that signing this document does not constitute agreement and I may provide a rebuttal statement which will also be placed in my personnel file. Any other performance issue and/or policy violation may result in further disciplinary action up to and including termination.**

○ Agree   ○ Disagree

Employee Comments:

| | | | |
|---|---|---|---|
| Employee Name | | Employee Signature | Date |
| Manager/Supervisor | Michael Serrano | Manager/Supervisor Signature | Date | 8/10/23 |
| Witness Name | | Witness Signature | Date |

Original - Personnel File      Copy - Employee      Copy - Supervisor      Rev 26MAR2021

City 001680



# COACHING – COUNSELING – DISCIPLINARY NOTICE

Security Professionals/Service Employees

| | | | |
|---|---|---|---|
| Employee Name | Jessica Salabarria | Employee ID | 9559568 |
| Position Title | Account Manager | Branch/Department | Miami/ Operations |
| Client Site | Brickell City Centre | Supervisor | Michael Serrano |
| Union ○Yes ◉No | Union Name/Local | Probationary Period | ☐ Currently ☐ Past Union |

**CURRENT INFRACTION/PERFORMANCE ISSUE(S)** – List as applicable. Attach additional pages if necessary.

☒ Work Rule Violation — Violation of Use of Force Policy
☒ Performance — Inaccurate Reporting
☐ Attendance — Dishonesty and falsification

**CORRECTIVE ACTION**

☐ Verbal Warning   ☐ Written Warning   ☐ Final Warning   ☒ Termination   Effective Date 8/17/23
☐ Suspension*   Dates of Suspension   From _____ To _____ ○Paid ○Unpaid

*All disciplinary suspensions require review with Human Resources Representative, Manager, or Director in advance.

**FACTS** – Provide details of the situation (Who, What, Where, When, How). Attach additional pages if necessary.

See next page

**EXPECTATION** – Detail the future behavior that is expected. Attach additional pages if necessary.

See next page

**CORRECTIVE ACTION** – Determine next steps, follow-up and/or consequences. Attach additional pages if necessary.

See next page

**PRIOR COACHING/COUNSELING/TRAINING/DISCIPLINARY ACTION**

| Type of Action(s) | Date | Issued By | Description/Reason |
|---|---|---|---|
| ☒ Verbal Warning | 8/10/23 | Serrano, Michael | Allowing unauthorized person on customer premises for personal reasons/visits |
| ☐ Written Warning | 8/10/23 | Serrano, Michael | Improper client notifications during off hours |
| ☐ Final Warning/Suspension | 8/10/23 | Serrano, Michael | Absence from work without proper notifications |

**ACKNOWLEDGEMENT**

I acknowledge that this Coaching-Counseling-Disciplinary Notice has been reviewed with me. By signing below, I acknowledge a copy has been given to me and that a copy will be placed in my personnel file. **I understand that signing this document does not constitute agreement and I may provide a rebuttal statement which will also be placed in my personnel file. Any other performance issue and/or policy violation may result in further disciplinary action up to and including termination.**

○ Agree ○ Disagree

Employee Comments:

| | | | |
|---|---|---|---|
| Employee Name | | Employee Signature | Date |
| Manager/Supervisor | Michael Serrano | Manager/Supervisor Signature | Date 8/17/23 |
| Witness Name | | Witness Signature | Date |

Original - Personnel File      Copy - Employee      Copy - Supervisor      Rev 26MAR2021

City 001681

# ALLIED UNIVERSAL
### Personnel Action Notice (Separation)

| | |
|---|---|
| **Employee Number:** 9559568 | **Date of Submission:** 8/17/2023 |
| **Job Number:** 138785 | **Branch/Location:** Miami |
| **Employee Name:** Jessica Salabarria | **Supervisor:** Serrano, Michael |
| **Employee Address:** | **Employee Title:** Account Manager |
| | **Final Rate of Pay:** $3,076.92 |
| | **Date of Hire:** 3/17/2023 |

**Eligible for Rehire:** ☐ YES  ☑ NO

**SEPARATION DATE:** Please refer to the "Guide-Determining Separation Date" tab to complete the accurate/official Separation Date below. Please contact your Region HR Director or Corporate Human Resources for any situation that is not described in the Guide tab and/or for clarification.

| **SEPARATION DATE:** | 8/17/2023 |
|---|---|
| **LAST DAY WORKED:** | 8/10/2023 |

**TWIC Reimbursement:** ☐ YES  ☐ NO

**Enter $ Amount:**

**SEVERANCE - PLEASE NOTE:** All severance packages MUST be discussed and pre-approved by the Corporate Vice President of Human Resources. If approved, the Legal Department will be notified to create the severance agreement.  A Personnel Action Notice (Separation) must still be completed.

| **Uniform Returned:** | ☑ YES | ☐ NO |
|---|---|---|
| **Billable Vacation:** | ☐ YES | ☑ NO |

**If Yes, Complete "Vacation Bill Back" Tab**

**IMPORTANT:**
Your state may be mandated by law to issue final pays prior to next payday depending upon involuntary or voluntary separation. Please refer to the "Final Pay Requirements" tab and complete the "Check Request" tab dependent upon your specific state requirements.

## REASON FOR SEPARATION (Choose One)

**VOLUNTARY:**   Notice Given By Employee: ☐ YES  ☑ NO   Date of Notice:

| | | |
|---|---|---|
| ○ Another Job | ○ Exhausted Leave of Absence | ○ School Conflict |
| ○ Hired by Client | From: ___ To: ___ | ○ Transfer/Hours Problem |
| ○ Hired by New Vendor - AUS lost account | ○ Personal Reason(s) | ○ Unable to Contact Employee for Work |
| ○ Conflict with Full Time Job | ○ Relocation | |
| ○ Deceased | ○ Refused Drug Test | |
| ○ Due to Demotion | ○ Refused Work (Job Offer form) | |
| ○ Job Abanonment-EE failed to maintain contact | ○ Retired - Voluntary | |

**INVOLUNTARY:**

| | | |
|---|---|---|
| ○ Abandoned Post | ○ Failure to Provide Info/Invest | ○ Sleeping/Dozing while on duty |
| ○ Accepting Gift/Bribe | ○ Falsified Company Documents | ○ Smoking/Eating |
| ○ Criminal Record | ○ Gross Misconduct | ○ Soliciting |
| ○ Disclosure of Confidential Information | ○ I-9 Ineligible | ○ Theft |
| ○ Discourteous | ○ Inability to Perform Job Duties-lack skill/knowledge | ○ Unauthorized Entry |
| ○ Disorderly Conduct/Fighting | ○ Inappropriate Post/Altering Notices | ○ Unauthorized Persons Allowed |
| ○ End of Employment Contract | ○ Inappropriate Use of Time/Equipment | ○ Unauthorized Surveillance |
| ○ End of Seasonal/Temporary Assignment | ○ Insubordination | ○ Under the Influence of Drugs/Alcohol |
| ○ Entered Unauthorized Area | ○ License/Work Permit/Visa | ○ Unprofessional Conduct |
| ○ Excessive Absenteeism and/or Tardiness | ○ Location Closed | ● Violation of Company Policy |
| ○ Failed Drug Test | ○ Misuse of Client/Company Property | ○ Violation of Uniform Standards |
| ○ Failed MSO Level 1 | ○ Mutual Agreement - No Misconduct | ○ Willful Misconduct |
| ○ Failure to Complete Reports | ○ No-Call/No-Show | |
| ○ Failure to comply with job requirements | ○ Position Elimination | |
| ○ Failure to Respond to Beeper | ○ Possession of Drugs/Alcohol on the Job | |
| ○ Failure to do Patrols | ○ Possession of Unauthorized Weapon | |
| ○ Failure to Provide Doctor's Note | ○ Safety Violations | |

**SEPARATION COMMENTS:**

**EMPLOYEE ACKNOWLEDGEMENTS:**

☐ I acknowledge that the address listed above is my current mailing address. I agree to notify the Company of any address change for purposes of mailing tax documents or other required correspondence to me as needed.

☐ I acknowledge that I do not have any outstanding or unresolved issues to report to the Company regarding wages, hours worked, treatment of me by my supervisor or others in the Company. I have noted any unresolved or previously unreported issues in the space provided below.

☐ I acknowledge that I have reported all work-related injuries to the Company and that I am not now disabled or in need of treatment because of a work-related injury or illness.

☐ I acknowledge that I have received my final pay and have been given information regarding my benefits, as appropriate, and that a copy of this notice has been given to me.

☐ If applicable, I understand that my uniform deposit will be refunded to me when all uniform items that have been issued to me are returned to the Company. The Company will issue my refund within 30 days of all items being returned.

City 001682

these items.

☐   I wish to make the following comments regarding my employment:

**EMPLOYEE COMMENTS:**

**Employee Signature:**                                                     **Date Signed:**

**HR or Manager's Signature:**                                          **Date Signed:**

/s/ Michael Serrano                                                          8/17/2023

City 001683

# GUIDELINES FOR DETERMINING SEPARATION DATE

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 1/31/10** | | | |
| **Client Contract Termination of 2/1/10** | | | |
| **EE Waiting to be reassigned and in the interim is listed on Last Day Worked Report.** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Resigned** | *Employee refused other work offers or does not stay in contact/return calls.* | 2/15/2010 | 2/15/2010 |
| **Position Eliminated** | *Additional job offers were not given or available within 60 days. Employee is removed from the Last Day Worked report. Termination Form is being submitted.* | 4/4/2010 | 4/4/2010 |

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 3/26/10** | | | |
| **Employee Suspended Pending Completion of Investigation** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Violation of Co. Policy** | *Investigation Completed 3/31/10, and results in Termination decision communicated to employee on 4/3/10.* | 4/3/2010 | 4/3/2010 |

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 4/2/10** | | | |
| **Job Abandonment - No Call/No Show** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Job Abandonment** | *Employee Terminated for no call/no show* | 4/5/10-4/7/10 | 4/8/2010 |

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 4/2/10** | | | |
| **Employee voluntarily resigns with a two (2) week notice.** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Voluntary resignation** | *2 Week notice through 4/16 and employee works through length of notice (4/16/10)* | 4/16/2010 | 4/16/2010 |

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 4/2/10** | | | |
| **Employee voluntarily resigns with a two (2) week notice.** | | | |
| **AUS decides to pay out the two (2) weeks in lieu of notice.** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Voluntary resignation** | *EE works through 4/2 and resigns with 2 week notice. Employee is paid in lieu of notice but does not work the 2 week notice period per ABSS request.* | 4/2/2010 | 4/16/2010 |

City 001684

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 3/2/10** | | | |
| **Employee on Leave** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **EE is released by Physician to return to work and Voluntarily elects not to return from Leave** | *EE is released by physician to return to work on 4/5/10 but voluntarily resigns at end of Leave period.* | **4/5/2010** | **4/5/2010** |
| **EE Resigns during Leave and is under Physician's care** | *EE resigns while on approved Leave. Leave period from Physician notice      3/3/10 – 4/14/10.  EE calls supervisor and resigns on 4/9/10.* | **4/9/2010** | **4/9/2010** |

| EMPLOYEE STATUS: | | | |
|---|---|---|---|
| **Last Day Worked: 3/22/10** | | | |
| **Terminated with Severance Agreement** | | | |
| **REASON FOR SEPARATION** | **ACTION** | **DATE OF ACTION** | **SEPARATION DATE** |
| **Client site closure - No other positions available; Inability to perform; Position elimination, etc.** | *Layoff with 4 weeks Severance Agreement to be paid after last day worked.* ***IMPORTANT****:* ***Advance approval is required from Corporate VPHR prior to initiation of any severance agreement.  Severance Agreements are typically not applicable for the Security Officer and other hourly positions.*** | **3/22/2010** | **3/22/2010** |

City 001685



April 17, 2024

MLE Law

### Re: Jessica Salabarria – Case 22-cv-21004-MD

Kindly accept this correspondence as a formal response to the subpoena issued to Allied Universal Security Services regarding the above-referenced matter. Below is a screen shot of the Salary information for **Jessica Salabarria.**

| Effective Date | Type | OT Method | Amount | Title | FT / PT |
|---|---|---|---|---|---|
| 03/17/2023 | Salaried | | $3,076.92 | OPS: Account Manager | Full Time |

Sincerely,

Markesha Madison
Legal Services Coordinator

City 001686

**Universal Protection Service, LP**

*Employee #'s Listed:  To*
*Group By :  Employee*

| Emp # | Employee Name | | Check Amount | Check Status | | 401 K Earnings | SSN | Batch # | Maximum Pay Security Level 4 |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | Check # | | | | | | Check Frequency | | Batch Type |
| **9559568** | **Salabarria, Jessica** | | | | | | ***-**-0305 | | Security Level:  3 |
| 04/06/23 | 85100293 | | 2,462.28 | Normal | | | Bi-Weekly 2 | ##### | Automatic Checks |

**Detail:** --------------------------Hours-------------------------- --------------------Earnings-------------------- -------------------------Deductions-------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes--------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.25 |
| | | | Total | | | | | Total | 3,076.92 | | FICA | 190.77 |
| | | | | | | | | | | | Medicare | 44.62 |
| | | | | | | | | | | | Total | 614.64 |

| 04/20/23 | 85585702 | | 2,462.28 | Normal | | | Bi-Weekly 2 | ##### | Automatic Checks |
|---|---|---|---|---|---|---|---|---|---|

**Detail:** --------------------------Hours-------------------------- --------------------Earnings-------------------- -------------------------Deductions-------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes--------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.25 |
| | | | Total | | | | | Total | 3,076.92 | | FICA | 190.77 |
| | | | | | | | | | | | Medicare | 44.62 |
| | | | | | | | | | | | Total | 614.64 |

| 05/04/23 | 86060368 | | 2,462.28 | Normal | | | Bi-Weekly 2 | ##### | Automatic Checks |
|---|---|---|---|---|---|---|---|---|---|

**Detail:** --------------------------Hours-------------------------- --------------------Earnings-------------------- -------------------------Deductions-------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes--------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.25 |
| | | | Total | | | | | Total | 3,076.92 | | FICA | 190.77 |
| | | | | | | | | | | | Medicare | 44.62 |
| | | | | | | | | | | | Total | 614.64 |

| 05/18/23 | 86540100 | | 2,462.28 | Normal | | | Bi-Weekly 2 | ##### | Automatic Checks |
|---|---|---|---|---|---|---|---|---|---|

**Detail:** --------------------------Hours-------------------------- --------------------Earnings-------------------- -------------------------Deductions-------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes--------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/11/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.25 |
| | | | Total | | | | | Total | 3,076.92 | | FICA | 190.77 |
| | | | | | | | | | | | Medicare | 44.62 |
| | | | | | | | | | | | Total | 614.64 |

| 06/01/23 | 87013468 | | 2,462.28 | Normal | | | Bi-Weekly 2 | ##### | Automatic Checks |
|---|---|---|---|---|---|---|---|---|---|

**Detail:** --------------------------Hours-------------------------- --------------------Earnings-------------------- -------------------------Deductions-------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes--------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/25/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.25 |
| | | | Total | | | | | Total | 3,076.92 | | FICA | 190.77 |
| | | | | | | | | | | | Medicare | 44.62 |
| | | | | | | | | | | | Total | 614.64 |

City 001687

**Universal Protection Service, LP**

*Employee #'s Listed:  To*
*Group By :  Employee*

| Emp # | Employee Name | | Check Amount | Check Status | | 401 K Earnings | SSN Check Frequency | | Batch # | Maximum Pay Security Level 4 Batch Type |
|---|---|---|---|---|---|---|---|---|---|---|

| 9559568 | **Salabarria, Jessica** | | | | | | ***-**-0305 | | Continued..... | Security Level: 3 |
|---|---|---|---|---|---|---|---|---|---|---|

### 06/15/23   87492386          2,461.96   Normal          Bi-Weekly 2          #####          Automatic Checks

Detail: -----------------------------Hours-----------------------------  ----------------------Earnings----------------------  ----------------------Deductions----------------------

| Wk End | Type | | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes-------- | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/23 | A/M Hours - Onl | | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 379.49 |
| | | Total | | | | | | | GTLI Imputed - In | 1.11 | | FICA | 190.84 |
| | | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare | 44.63 |
| | | | | | | | | | Total | 3,078.03 | (1.11) | Total | 614.96 |

### 06/29/23   87973156          2,147.78   Normal          Bi-Weekly 2          #####          Automatic Checks

Detail: -----------------------------Hours-----------------------------  ----------------------Earnings----------------------  ----------------------Deductions----------------------

| Wk End | Type | | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes-------- | | Type | Taxable | Non Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/23 | A/M Hours - Onl | | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 281.25 | INSDen - Cigna P | | 10.25 |
| | | Total | | | | | | | GTLI Imputed - In | 1.11 | | FICA | 163.15 | INSMED - Anthem | | 138.61 |
| | | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare | 38.16 | Missed Dental In | | 20.50 |
| | | | | | | | | | Total | 3,078.03 | (1.11) | Total | 482.56 | Missed Medical I | | 277.22 |
| | | | | | | | | | | | | | | Total | | 446.58 |

### 07/13/23   88444103          2,357.24   Normal          Bi-Weekly 2          #####          Automatic Checks

Detail: -----------------------------Hours-----------------------------  ----------------------Earnings----------------------  ----------------------Deductions----------------------

| Wk End | Type | | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes-------- | | Type | Taxable | Non Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/23 | A/M Hours - Onl | | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 346.74 | INSDen - Cigna P | | 10.25 |
| | | Total | | | | | | | GTLI Imputed - In | 1.11 | | FICA | 181.61 | INSMED - Anthem | | 138.61 |
| | | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare | 42.47 | Total | | 148.86 |
| | | | | | | | | | Total | 3,078.03 | (1.11) | Total | 570.82 | | | |

### 07/27/23   88918952          2,357.24   Normal          Bi-Weekly 2          #####          Automatic Checks

Detail: -----------------------------Hours-----------------------------  ----------------------Earnings----------------------  ----------------------Deductions----------------------

| Wk End | Type | | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes-------- | | Type | Taxable | Non Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/23 | A/M Hours - Onl | | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 346.74 | INSDen - Cigna P | | 10.25 |
| | | Total | | | | | | | GTLI Imputed - In | 1.11 | | FICA | 181.61 | INSMED - Anthem | | 138.61 |
| | | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare | 42.47 | Total | | 148.86 |
| | | | | | | | | | Total | 3,078.03 | (1.11) | Total | 570.82 | | | |

### 08/10/23   89399940          2,357.24   Normal          Bi-Weekly 2          #####          Automatic Checks

Detail: -----------------------------Hours-----------------------------  ----------------------Earnings----------------------  ----------------------Deductions----------------------

| Wk End | Type | | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | --------Taxes-------- | | Type | Taxable | Non Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/23 | A/M Hours - Onl | | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W | 346.74 | INSDen - Cigna P | | 10.25 |
| | | Total | | | | | | | GTLI Imputed - In | 1.11 | | FICA | 181.61 | INSMED - Anthem | | 138.61 |
| | | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare | 42.47 | Total | | 148.86 |
| | | | | | | | | | Total | 3,078.03 | (1.11) | Total | 570.82 | | | |

City 001688

**Universal Protection Service, LP**

*Employee #'s Listed: To*
*Group By: Employee*

<div style="border:1px solid black">

**Payroll Check History**
Check Dates: 01/01/23 To 04/17/24

</div>

Maximum Pay Security Level 4

| Emp # | Employee Name | | | | | SSN | | | |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | Check # | Check Amount | Check Status | | 401 K Earnings | Check Frequency | | Batch # | Batch Type |

| 9559568 | **Salabarria, Jessica** | | | | | ***-**-0305 | | Continued..... | Security Level: 3 |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/23 | 89879304 | 1,188.71 | Normal | | | Bi-Weekly 2 | | ##### | Automatic Checks |

**Detail:** --------------------------------Hours--------------------------------   --------------------Earnings-------------   --------------------------------Deductions--------------------------------

| Wk End | Type | Rate | OT Rate | Reg | OT | DT | Exempt | Type | Taxable | Non Tax | Type | Taxable | Non Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/17/23 | A/M Hours - Onl | | | | | | | Hours/Salary Paid | 3,076.92 | | Federal W   94.50 | INSDen - Cigna P | | 10.25 |
| | | | Total | | | | | GTLI Imputed - In | 1.11 | | FICA   86.22 | INSMED - Anthem | | 138.61 |
| | | | | | | | | GTLI Imputed - Out | | (1.11) | Medicare   20.17 | Total | | 148.86 |
| | | | | | | | | Salary Pay | (1,538.46) | | Total   200.89 | | | |
| | | | | | | | | Adjustmen | 1,539.57 | (1.11) | | | | |
| | | | | | | | | Total | | | | | | |

| 12/22/23 | | | Normal | | | Bi-Weekly 2 | | ##### | Tax Adjustments |
|---|---|---|---|---|---|---|---|---|---|
| Notes: | Imported - cshirl, 12/22/2023 1:18:28 PM | | | | | | | | |

**Detail:** --------------------------------Hours--------------------------------   --------------------Earnings-------------   --------------------------------Deductions--------------------------------

| Type | Taxable | Non Tax | | | Taxes | | |
|---|---|---|---|---|---|---|---|

| **Totals: (12 Checks)** | | **$25,181.57** | | | | Continued..... | **Salabarria, Jessica** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Reg | OT | DT | Exempt | | Taxable | Non Tax | --------Taxes-------- | Other | Taxable | Non Tax |
| A/M Hours - Onl | | | | | Earnings Totals: | 32,314.32 | (6.66) | Federal W   3,691.71 | Deduct Totals: | | 1,042.02 |
| Total | | | | | | | | FICA   1,938.89 | | | |
| | | | | | | | | Medicare   453.47 | | | |
| | | | | | | | | Total   6,084.07 | | | |

City 001689

**Universal Protection Service, LP**

*Employee #'s Listed: To*
*Group By: Employee*

| Emp # | Employee Name | Check Amount | Check Status | | 401 K Earnings | SSN Check Frequency | | Batch # | Maximum Pay Security Level 4 |
|---|---|---|---|---|---|---|---|---|---|
| Check Date | Check # | | | | | | | | Batch Type |

**Grand Totals:**   **Check Amounts: $ 25,181.57**        **Total Employees:   1**

-----------Earnings----------- ・ -----------------------------Deductions-----------------------------

| | | | ----------------Taxes---------------- | *Emplr Tax* | | *Taxable* | 0.00 |
|---|---|---|---|---|---|---|---|

**Taxable**

| | | | | | |
|---|---|---|---|---|---|
| REG | 33,846.12 | Federal W/H | 3,691.71 | *Non Tax* | 1,042.02 |
| OT Prem | 0.00 | FICA | 1,938.89 | | |
| DT Prem | 0.00 | Medicare | 453.47 | | |
| Extra Pay | 0.00 | Total | 6,084.07 | | |
| Add On | 0.00 | | | | |
| Comp | -1,531.80 | | | | |
| Total | 32,314.32 | | | | |

**Non Tax**
| Total | -6.66 |
|---|---|

--------------------------------------------------------Hours Types--------------------------------------------------------

| Type | Regular | | Overtime Premium | | Doubletime Premium | | Exempt | | Extra Pay | Add On |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars | Dollars | Dollars |
| A/M Hours - Only | | $33,846.12 | | | | | | | | |
| Total | | $33,846.12 | | | | | | | | |

City 001690

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send it to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UNIVERSAL PROTECTION SERVICE, LP

**2** Business name/disregarded entity name, if different from above

UNIVERSAL PROTECTION SERVICE, LLC  DBA ALLIED UNIVERSAL SECURITY SERVICES

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☑ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

P.O. BOX 828854

**6** City, state, and ZIP code

PHILADELPHIA, PA  19182-8854

**7** List account number(s) here (optional)

Requester's name and address (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

**or**

Employer identification number

| 3 | 3 | – | 0 | 9 | 7 | 3 | 8 | 4 | 6 |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 1/17/2023

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

City 001691

| Form W-2 Wage and Tax Statement | 2023 | 7 Social security tips | 1 Wages, tips, other compensation 31,272.30 | 2 Federal income tax withheld 3,691.71 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 31,272.30 | 4 Social security tax withheld 1,938.89 |
| Universal Protection Service, LLC | | 9 | 5 Medicare wages and tips 31,272.30 | 6 Medicare tax withheld 453.47 |
| 161 Washington Street, Suite 600 | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 6.66 |
| Eight Tower Bridge | | | | |
| Conshohocken PA  19428 | | | | |
| e Employee's name, address, and ZIP code  9559568  Suff. | | 13 Statutory employee / Retirement Plan / Third-party Sick pay | 14 Other | 12b DD 2,891.94 |
| Jessica Salabarria | | b Employer identification number (EIN) 560515447 | | 12c |
| | | a Employee's social security number ***-**-0305 | INSUR        1,042.02 | 12d |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy B To Be Filed With Employee's FEDERAL Tax Return    This information is being furnished to the Internal Revenue Service.    Dept of the Treasury - IRS    Visit the IRS Web Site at    www.irs.gov/efile

OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Form W-2 Wage and Tax Statement | 2023 | 7 Social security tips | 1 Wages, tips, other compensation 31,272.30 | 2 Federal income tax withheld 3,691.71 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 31,272.30 | 4 Social security tax withheld 1,938.89 |
| Universal Protection Service, LLC | | 9 | 5 Medicare wages and tips 31,272.30 | 6 Medicare tax withheld 453.47 |
| 161 Washington Street, Suite 600 | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 6.66 |
| Eight Tower Bridge | | | | |
| Conshohocken PA  19428 | | | | |
| e Employee's name, address, and ZIP code  9559568  Suff. | | 13 Statutory employee / Retirement Plan / Third-party Sick pay | 14 Other | 12b DD 2,891.94 |
| Jessica Salabarria | | b Employer identification number (EIN) 560515447 | | 12c |
| | | a Employee's social security number ***-**-0305 | INSUR        1,042.02 | 12d |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy C For EMPLOYEE'S RECORDS    OMB No. 1545-0008    Dept of the Treasury - IRS    Visit the IRS Web Site at    www.irs.gov/efile

| Form W-2 Wage and Tax Statement | 2023 | 7 Social security tips | 1 Wages, tips, other compensation 31,272.30 | 2 Federal income tax withheld 3,691.71 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 31,272.30 | 4 Social security tax withheld 1,938.89 |
| Universal Protection Service, LLC | | 9 | 5 Medicare wages and tips 31,272.30 | 6 Medicare tax withheld 453.47 |
| 161 Washington Street, Suite 600 | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 6.66 |
| Eight Tower Bridge | | | | |
| Conshohocken PA  19428 | | | | |
| e Employee's name, address, and ZIP code  9559568  Suff. | | 13 Statutory employee / Retirement Plan / Third-party Sick pay | 14 Other | 12b DD 2,891.94 |
| Jessica Salabarria | | b Employer identification number (EIN) 560515447 | | 12c |
| | | a Employee's social security number 0305 | INSUR        1,042.02 | 12d |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept of the Treasury - IRS

| Form W-2 Wage and Tax Statement | 2023 | 7 Social security tips | 1 Wages, tips, other compensation 31,272.30 | 2 Federal income tax withheld 3,691.71 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 31,272.30 | 4 Social security tax withheld 1,938.89 |
| Universal Protection Service, LLC | | 9 | 5 Medicare wages and tips 31,272.30 | 6 Medicare tax withheld 453.47 |
| 161 Washington Street, Suite 600 | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 6.66 |
| Eight Tower Bridge | | | | |
| Conshohocken PA  19428 | | | | |
| e Employee's name, address, and ZIP code  9559568  Suff. | | 13 Statutory employee / Retirement Plan / Third-party Sick pay | 14 Other | 12b DD 2,891.94 |
| Jessica Salabarria | | b Employer identification number (EIN) 560515447 | | 12c |
| | | a Employee's social security number 0305 | INSUR        1,042.02 | 12d |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax    OMB No. 1545-0008    Dept of the Treasury - IRS

City 001692



# INVOICE

| | | | |
|---|---|---|---|
| CONTACT | Markesha Madison | Markesha.Madison@aus.com | INVOICE NO. | 24-0528 |
| COMPANY | Universal Protection Service, LLC | INVOICE DATE | 4/17/2024 |
| | Legal Department - 161 Washington Street, Suite 600 | | |
| | Conshohocken, PA 19141 | | |

SERVING PARTY   Michael Elkins | melkins@mlelawfirm.com
                MLE Law
CASE NO.        22-cv-21004-MD
RECEIVED        3/26/2024

| DESCRIPTION | AMOUNT |
|---|---|
| Standard fee for information/subpoena request; includes intake, review, data retrieval, and preparation of declaration and delivery of responsive documents. | $50.00 |

If paying by check, it should be sent to:
ATTN- Markesha Madison
Allied Universal Security Services
1395 University Blvd, Jupiter, FL 33458

 FEIN is #33-0973846

**NET DUE:    $50.00**

City 001693

DocuSign Envelope ID: E1D1D891-058F-4CA4-A181-5D32C9E7063D



**Office of the City Manager**
**780 Fisherman Street, 4th Floor**
**Opa-locka, FL 33054**

**Darvin Williams, JD, MBA, MPH**
Interim City Manager

**Telephone** (305) 953-2821
**Email:** dwilliams@opalockafl.gov

November 15, 2023

Jessica Salabarria
701 South Miami Ave
Miami FL, 33127

Dear Jessica Salabarria:

This letter is to inform you that the City of Opa-Locka is hereby terminating you from your employment as a probationary police officer. This termination is effective immediately.

Some of the reasons for this decision to terminate your probationary status include and are not limited to:

A. Attendance history. SOP 100.00, VII, Hours of Duty, F.1. - Employees shall be punctual.
B. Ability to follow policy and procedure. SOP 100.00, F. - Conduct Unbecoming an Officer
C. Discourtesy - SOP 100.00

Based upon these issues, your probationary employment with the City of Opa-Locka is being terminated.

Arrangements have been made for you to receive all of your wages, unpaid leave, and personal property.

We will be collecting all city issued property upon receipt of this letter.

Sincerely,

Darvin Williams
Darvin Williams
Interim City Manager


Receipt Acknowledged:

_____
Jessica Salabarria                    Date

City 001895




**MEMORANDUM**
**CITY OF OPA-LOCKA POLICE DEPARTMENT**

DATE: November 13, 2023

TO: Darvin Williams / Interim City Manager

FROM: Kenneth D. Ottley / Chief of Police

SUBJ: **Recommendation of Termination; Case of OFFICER JESSICA SALABARRIA**

Officer Salabarria was hired by the Opa-locka Police Department as a Reserve Police Officer on August 7th 2023. Officer Salabarria completed an abbreviated Field Training Program. There were no mentions of any issues or discipline during her training phase. On October 11th 2023 Officer Salabarria was hired as a full-time Police Officer with the City of Opa-locka.

On October 13, 2023, During Officer Salabarria's first day of fulltime employment, she was involved in a verbal argument with Officer R. Lafavor. This argument started on the phone when Officer Salabarria was covering dispatch. The confrontation then continued into the parking lot in front of the general public. Officer Salabarria and Officer Lafavor were both given records of counseling for their unprofessional behavior by the Sergeant (Bosque) who witnessed the argument between the officers.

Subsequent to that incident, a Miami Gardens Officer Rivers came forward to report that he also had a very unprofessional situation with Officer Salabarria. Officer Rivers stated that he was responding to a call assisting the Opa-locka Police Department. He said stated he was instructed to meet with an Opa-locka Officer.

When he approached the dispatch location, he observed Officer Salabarria. Officer Rivers started to follow Officer Salabarria to what he thought was the scene that he was responding to. However, Officer Salabarria accelerated away from him and tried to lose him in the neighborhoods. When the officer saw Officer Salabarria again, she jumped out of her police car and started to yell and accuse the officer of stalking her.

Officer Rivers had to show Officer Salabarria his computer screen to get her to stop accusing him of stalking her. The computer screen showed that he was to make contact with the Opa-locka officer at the scene. The Miami Gardens Officer said that he did not know nor had he ever seen Officer Salabarria before.

Rev062015

City 001896



**MEMORANDUM**
**CITY OF OPA-LOCKA POLICE DEPARTMENT**



The second shift that Officer Salabarria was assigned to work was attended by the Chief. He was addressing roll call and passing along important information regarding Operation Safe Corridor. Officer Salabarria arrived to work 10 minutes late. She did not call or text her supervisor or notify anyone of her tardiness. She stated that there was a train that made her late.

There was another complaint that was received from Officer Salabarria's supervisor. Sergeant Llanes stated that Officer Salabarria had disappeared during her assigned shift 6 pm to 6 am on October 30th. A review of Officer Salabarria's GPS on October 29th into the 30th, which was assigned to the vehicle that she signed out. This GPS Showed that she was out of the City and in Hialeah at East 8th Ave and East 63rd Street for 1 hour and 15 minutes. Officer Salabarria was parked in a gas station parking lot with the car lights off.

A review of Officer Salabarria's worksheet does not show any entries as to explain why she was out of the city. A further review of her GPS locations in the cars that she has signed out, show extended idling in warehouse areas along the city boundaries.

Based on the aforementioned facts, It is my recommendation that Officer Salabarria's probationary employment as a Police Officer be terminated.

A. Attendance history. SOP 100.00, VII, Hours of Duty, F. 1. Employees shall be punctual.
B. Ability to follow policy and procedure. SOP 100.00, F. Conduct Unbecoming an Officer
C. Discourtesy SOP 100.00

KO/ck

Rev062015

City 001897

DocuSign Envelope ID: 1A46BB84-C860-4CE0-AFDA-DB9C1950AD57



### THE CITY OF OPA-LOCKA
# POLICE DEPARTMENT
### Written Reprimand

SWORN: ☒     DATE: ___October 31, 2023___     NON-SWORN: ☐

| **Salabarria, Jessica** | **Officer** | **Patrol** |
|---|---|---|
| EMPLOYEE | CLASSIFICATION | UNIT/SECTION/ASSIGNMENT |

**NARRATIVE: (If more space is needed, use the reverse side of this page or additional sheets)**

Allegations:
Policy and Procedures
VIII. Personnel Requirements

D. Courtesy: Employees shall be courteous and efficient in their dealings with the public. In non-restrictive situations, the attitude of each employee should be pleasant and personal. On occasions calling for regulation and control, the attitude should be firm and impersonal while avoiding an impression of rudeness. Employees shall perform their duties in such a manner as to avoid harsh, violent, profane, or insolent language and shall remain calm regardless of provocation to do otherwise. Upon request, they shall supply their name, rank, or badge number in a courteous manner, and shall attend to requests from the public quickly and accurately, avoiding unnecessary referral to other individuals of the Department.

F. Conduct Unbecoming a Police Officer: Shall include any act or conduct not specifically mentioned in these Rules and Regulations which tends to bring the Department into disrepute, or reflects discredit upon the individual employee as a Police Officer.

On October 3rd, 2023 OLPD units responded to 14880 NW 27th Ave in reference to recovering a stolen vehicle. When the units arrived, it was determined that the stolen vehicle also had a felony hit and a hold for prints. The alert was placed on the vehicle by the Miami Gardens Police Department.

The OLPD units requested for Miami Gardens units to respond to the scene. The Miami Gardens Dispatcher assigned the call to Officer Rivers, Miami Gardens 211. The call was sent to Officer Rivers through his CAD terminal. Officer Rivers responded to the location indicated on his in car computer. The instructions from the Mimai Gardens dispatcher said for him to contact the Opalocka Police for the exact location of the vehicle that was being recovered.

**I HAVE READ THE NARRATIVE SUBMITTED:**

☐ WAIVE A HEARING

☐ REQUEST A HEARING

_____
**EMPLOYEE'S SIGNATURE / ID#**

_____     _____
TIME         DATE

Recommended by: _____     DATE 10/31/23

Reviewed by: _____     DATE
APPROVED ☐   DISAPPROVED ☐

Chief of Police     DATE 11/6/2023
APPROVED ☐   DISAPPROVED ☐

DocuSigned by:
Darvin Williams     11/7/2023
C48C07C1E0DE492...
City Manager     DATE
APPROVED ☐   DISAPPROVED ☐

Revised August 29, 2022

City 001898

DocuSign Envelope ID: 1A46BB84-C860-4CE0-AFDA-DB9C1950AD57

**NARRATIVE CONTINUATION**
**WRITTEN REPRIMAND**
**PAGE 2**

**Salabarria, Jessica**

**Officer**

As Officer Smith was en route to the call, he observed Officer Salabarria driving a marked Opalocka police car. He assumed that Officer Salabarria who was driving the marked police car would show him where the vehicle he was sent to recover was located. Officer Rivers said that he started to follow Officer Salabarria in her marked Opalocka police car in hopes of getting to the scene of the vehicle recovery.

Officer Rivers stated that Officer Salabarria started to drive faster and faster in a attempt to what he described as to evade him. Officer Rivers was confused as to why Officer Salabarria was attempting to keep him from following her. Officer Rivers said that he lost sight of Officer Salabarria's vehicle. He then stated that he was going to return to where he thought the call was. At this point he again saw Officer Salabarria in her marked police car.

Officer Rivers said that he was going to try to follow her again to get to the scene. Officer Rivers said that Officer Salabarria then exited her police car and confronted him. Officer Rivers said that it appeared that Officer Salabarria was agitated and very upset. Officer Rivers described Officer Salabarria's behavior as very unprofessional and erratic. Officer Rivers said that Officer Salabarria accused him of following her. Officer Rivers said he told Officer Salabarria that he was trying to get to the scene of the vehicle recovery. Officer Rivers stated that he even had to show Officer Salabarria his dispatch screen which showed he was to meet with a Opalocka Officer to find the scene. Officer Rivers said that he did this as to calm Officer Salabarria down.

Officer Rivers said that he has never had a situation like this one and was unsure why Officer Salabarria was so upset with him. He said it was clear to him that she was acting very unprofessionally in view of the public.

A review of the police report written for the incident of the stolen car recovery, did not show any link between Officer Rivers and the Opalocka units on the scene. None of the other Opalocka Officers on the scene reported having any issues with the Miami Gardens Police Officers who responded. There is no known prior encounter between Officer Salabarria and Officer Rivers. It is unknown why Officer Rivers was treated so poorly and with such disrespect.

On October 11, 2023, I was working Dispatch. I received a call from a male officer (Raynard Lafavor) with comments that were offensive and unwelcomed toward me as a female. I told the officer to cease this behavior and told my Sergeant at the end of my shift what occurred.
The Sergeant asked me to walk downstairs with him as we spoke about the incident. While standing in the corner of Fisherman Street and Perviz Ave , Officer Lafavor walks up to me and the Sergeant yelling at me without any provocation "who the fuck do you think you are to disrespect me, go back to wherever the fuck you came from, we dont do that shit around here, you know what you are, you are a fucking buddy fucker". I tell the officer to cease his behavior repeatedly and to stop yelling at me these gross unwelcomed words.

Sergeant Bosque tells the officer there is a Sergeant here, go upstairs now. I told Sergeant Bosque I wanted this to be documented due to the nature of what was said and fearing a future occurrence. Sergeant Bosque tells me to sleep on the matter. At no time was I asked by the Sergeant what happened, why was I upset or according to him, why I was yelling.

At this point, Karen, the Chief secretary walks up to where I'm standing and asks me how everything is going. I tell her what just happened to me and she says if I wanted to speak to the Chief, that he is still in his office. Additionally, she calls Captain Krotenberg telling him there was an incident that happened with me and if he can come down to discuss it with me. The Captain responded downstairs to meet me in the corner intersection. I proceed to tell him what happened and he says he will conduct an investigation and move me to G.I.U. the next day in order to create separation with me and the officer.

The next day, while working in Dispatch, I called the Captain to follow up on the matter in which he said that they were going to conduct an investigation, document the incident and verbally counsel the officer involved as well as do a written documentation of said incident. I told the Captain thank you for your attention in this matter in which he replied to me that the officers' behavior is unacceptable and a copy of generated paperwork will be provided to me.

I emailed the Captain on October 15, 2023, to follow up and thank him for his prompt attention in this matter (attached).

On October 30, 2023, at my transfer time at the station, I am directed to go inside the Sergeants office. Sergeant Bosque, in the presence of my Sergeant Llanes, who was also in attendance, hands me a Record of Counseling. I am the subject of said counseling with a violation of Conduct Unbecoming, i.e.. Any act or conduct which tends to bring the Department into disrepute or reflects discredit upon the individual employee. Including, "causing a scene by yelling at a senior officer out in public, in front of onlookers was a violation of policies". I would offer that any reasonable person would concur that it was the officers self initiated, unwarranted and unprovoked actions in public that is at the tip and are the subject of "Conduct Unbecoming" and that my sole reason to reply anything to him was to again, for him to immediately cease the

barrage of profane insults directed towards me. The only recourse I immediately had was my words directing him to cease in which he did.

I am in total disbelief that I, the one who initially reported to my Sergeant unwelcomed behavior with the only intent of the behavior to be documented and ceased, receives a record of counseling? The officer was the one who parked his police vehicle, exited his vehicle, walked to where I was and began to verbally denigrate me by his words showing hostility towards me without any provocation and or reason to do so while I was standing at the intersection. I, in return, told the officer to cease his words and actions numerous times as I felt the officer's actions were escalating, intimidating and created a well founded hostile environment that needed immediate action to cease.

The Record of Counseling also states that he is a senior officer and if that is the case, even more reason for him to know or should have known to abide by the City's own workplace harassment policies that includes dignity and respect, especially to protected classes, i.e. gender. I had already completed my shift, and was speaking with my sergeant and while my family member was waiting to pick me up when this incident took place in public, embarrassing. As a female who was reporting a violation to my superior as is protocol and protected myself from further profane insults from a male officer, using nothing other than mere words to protect myself.

I write this with all due respect to my supervisors involved but also keeping in line with the City's own harassment policies based on what I was confronted with. I respectfully submit that the Department considers rescinding the Record of Counseling based on the *totality and the context* of the incident and that policing and serving the community is at the forefront.

Officer J. Salabarria

10/31/2023

Case 1:22-cv-21004-MD   Document 86-2   Entered on FLSD Docket 07/26/2024   Page 39 of 78




**MEMORANDUM**
**CITY OF OPA-LOCKA POLICE DEPARTMENT**

DATE: September 19, 2023

TO:    Sha'mecca Lawson / Assistant City Manager

FROM:  Kenneth Ottley / Interim Chief of Police

SUBJ:  **Reserve Officer Jessica Guasto (SALABARRIA)**

I would like to move Officer Jessica Guasto (Salabarria) from reserve Officer to a full-time Police Officer. This would fill the position vacated by Officer DiMilla.

Rev062015

City 001902

# Florida Department of Law Enforcement
## Global Profile Sheet

| Name: | **Jessica Salabarria** | | | | |
|---|---|---|---|---|---|
| Race: | **His** | Sex: | **F** | Education: | **High School** |

## Employment

| Agency | Class | Type | Start Date | Sep. Date | Sep. Reason | TEA | FP Date |
|---|---|---|---|---|---|---|---|
| **Hialeah Police Department** | LE | PT | 11/29/2011 | 01/14/2012 | **Voluntary Separation (Not involving misconduct)** | N | 10/05/2011 |
| **Miami Beach Police Department** | LE | FT | 01/30/2012 | 01/25/2021 | **Resigned/Retired While Being Investigated for Violating Agency/Training Center Policy** | N | 08/29/2011 |
| **Opa Locka Police Department** | LE | PT | 08/07/2023 | 10/11/2023 | **Transfer Within Agency (No break in service)** | N | 03/15/2023 |
| **Opa Locka Police Department** | LE | FT | 10/11/2023 | 11/16/2023 | **Terminated for Violating Agency/Training Center Policy (No Moral Character Violation)** | N | 03/15/2023 |

## Salary Incentive

| Basic LE | Education | Career Dev. | Maximum Eligible |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

## Mandatory Firearms Qualification

| Law Enforcement Officer Firearms Qualification Standard |
|---|

No Firearms found for this person

## Certification

| Type | Number | Status | Cert. Date | Mand. Ret. Due Date | Mand. Ret. Completion Date | 4 Year Break in Service |
|---|---|---|---|---|---|---|
| BTO | 323195 | Expired | 04/15/2015 | 06/30/2023 | 04/11/2019 | |
| LE | 300868 | Inactive Employment | 12/06/2011 | 06/30/2024 | 03/03/2020 | 11/16/2027 |

## Topic

| Topic | Topic Date | Recert Date | Status | Met Req |
|-------|-----------|-------------|--------|---------|

There is no topic information available for this person

## Exam

| Type | Date | Form | Overall | Amended |
|------|------|------|---------|---------|
| LE | 6/29/2011 | 3 | Pass | |

| Type | Date | Form | Vendor | Overall | Expiration |
|------|------|------|--------|---------|------------|
| BATLE | 02/17/2010 | 1343 | Miami-Dade College | Pass | 02/17/2014 |
| BATLE | 08/02/2010 | 07LE1 | Industrial/organizational Solutions | Pass | 08/02/2014 |
| BATLE | 05/09/2011 | 1141 | Miami-Dade College | Pass | 05/09/2015 |
| BATLE | 02/11/2022 | Form1 | Industrial/organizational Solutions | Pass | 02/11/2026 |

## Equivalency

| Agency | Discipline | Application Date | Decision Date | Approval Authority | Advised Date | Status | Exp Date |
|--------|-----------|------------------|---------------|--------------------|--------------|--------|----------|

No Equivalency Records found for this person

## Training

| Start Date | End Date | Sequence | Version | Type | MR/SI | Title | Grade | Hours Taught |
|------------|----------|----------|---------|------|-------|-------|-------|--------------|
| 01/18/2011 | 06/21/2011 | 19-2011-1177-1 | 2010.07 | BLE | | Florida Cms Law Enforcement Basic Recruit Training Program | P | 844 |
| 12/08/2014 | 12/12/2014 | 18-2014-047-3 | 2010.04 | A | SI | Interviews And Interrogations | P | 40 |
| 03/30/2015 | 04/01/2015 | 18-2015-851-1 | 2010.03 | SPEC | | Breath Test Operator Course | P | 24 |
| 09/26/2016 | 09/30/2016 | 20-2016-1158-3 | 2008.08 | A | SI | Speed Measurement ( Radar And Laser Devices) | P | 40 |
| 10/24/2016 | 11/04/2016 | 03-2016-098-1 | 2011.04 | A | SI | Basic Traffic Homicide Investigation | P | 80 |
| 04/11/2019 | 04/11/2019 | 71-2019-951-1 | 2015.08 | SPEC | | Breath Test Operator Renewal Course | P | 8 |

## WMD/ICS Training for Certified Law Enforcement Officers

| Training Name | Completion Date |
|---------------|-----------------|
| Weapons of Mass Destruction(WMD) | 6/21/2011 |
| Incident Command System (ICS) | 6/21/2011 |

**Monday, April 22, 2024 at 16:08:14 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Fw: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024) |
| **Date:** | Wednesday, March 20, 2024 at 5:47:03 PM Eastern Daylight Time |
| **From:** | Mary Adams |
| **To:** | Joanna Flores |
| **Attachments:** | image001.png, Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024).pdf |

📄 Subpoena Jessica Guasto Plaintiff vs City of Miami Beach-Defendant 2024-03-19.pdf

I've intended to send the personnel file documents  Please confirm if you actually receive the attachment from me this time.


*Best regards,*
*Mary Adams*
**City Human Resources Director**
*On behalf of The Employee Relations Group*
City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Office: 305.953.2800 Ext. 1701
Cell:    305.546.2339
Email: madams@opalockafl.gov
Public Records Notice: Under Florida Law, email addresses and electronic communications are public records. If you do not want your email address or the content of your electronic communication released in response to a public records request, do not send electronic mail to this entity.

---

**From:** Joanna Flores <jflores@Opalockafl.gov>
**Sent:** Tuesday, March 19, 2024 10:34 AM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com <bnorris@apnwplaw.com>; rstarks@opalockapd.com <rstarks@opalockapd.com>; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>; Phil Walker <pwalker@Opalockafl.gov>; Nicolas Jomolca <njomolca@Opalockafl.gov>
**Subject:** RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good morning,

I am resending and adding our IT team to this email since the subpoena also includes request for emails and texts.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us

opalockafl.gov

The city of bright opportunities

**From:** Joanna Flores
**Sent:** Wednesday, March 13, 2024 1:47 PM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com; rstarks@opalockapd.com; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>
**Subject:** Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good afternoon,

Please find attached a Subpoena to Produce Documents, Information in a Civil Action that was received in the Office of the City Clerk today, March 13, 2024:

- **Jessica Guasto v City of Miami Beach, Civil Acton No. 1:22-CV-21004-DPG**

In lieu of appearance, the records can be emailed before April 10, 2024. Please forward all responsive documents to my office at least one week prior to the April 10, 2024 deadline date to allow for City Attorney review, if necessary.

Thank you for your assistance.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov





The city of bright opportunities



OLPD Achiver <archiver@opalockapd.com>

## AWARDS & Recognition FINAL
7 messages

**Kenneth Ottley** <kottley@opalockapd.com>                    Mon, Oct 23, 2023 at 6:58 PM
To: OLPD Distribution <distribution@opalockapd.com>

Please review and reply with comments.  Pro or Con

One Team, One Fight

Success is not final
Failure is not fatal, It's the courage to continue
the fight that counts. Exemplify those values
and no obstacle will prevail.

## Kenneth D. Ottley
## Interim Chief of Police

**Office:** 305-953-1033 Ext 2101
**Cellular:** 786-449-5924
**Email:** kottley@opalockapd.com

---

📎 **OLPD AWARD & Ribbon Proposal FINAL.pptx**
70K

---

**Cory Krotenberg** <ckrotenberg@opalockapd.com>              Mon, Oct 23, 2023 at 7:52 PM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

Looks good.

On Oct 23, 2023, at 6:58 PM, Kenneth Ottley <kottley@opalockapd.com> wrote:

[Quoted text hidden]
<OLPD AWARD & Ribbon Proposal FINAL.pptx>

---

**Daron Chiverton** <dchiverton@opalockapd.com>              Mon, Oct 23, 2023 at 9:36 PM
To: Cory Krotenberg <ckrotenberg@opalockapd.com>, Kenneth Ottley <kottley@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

Nice

Sent via the Samsung Galaxy Z Fold3 5G, an AT&T 5G smartphone
Get Outlook for Android

**From:** Cory Krotenberg <ckrotenberg@opalockapd.com>
**Sent:** Monday, October 23, 2023 7:52:39 PM
**To:** Kenneth Ottley <kottley@opalockapd.com>

City 001908

**Cc:** OLPD Distribution <distribution@opalockapd.com>
**Subject:** Re: AWARDS & Recognition FINAL

[Quoted text hidden]

---

**Lowrie Simon** <lsimon@opalockapd.com>                          Mon, Oct 23, 2023 at 9:48 PM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

This looks good. I can't think of any additional awards to recognize.

L. Simon
Sergeant
Road Patrol
City of Opa-locka Police Department
780 Fisherman Street, Suite 316
Opa-locka, FL 33054
Office Phone: 305-953-2877
E-Mail: lsimon@opalockapd.com

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. This e-mail and any attached documents may contain Law Enforcement Sensitive material and should not be disseminated outside of official law enforcement channels. The information contained in this message as well as any attachments shall not be released to the media or the general public. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the City of Opa-locka.

Public Records Notice: Under Florida Law, email addresses and electronic communications are public records. If you do not want your email address or the content of your electronic communication released in response to a public records request, do not send electronic mail to this entity.

[Quoted text hidden]

---

**German Bosque** <gbosque@opalockapd.com>                        Wed, Oct 25, 2023 at 7:38 AM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

I see the labeling reflecting FTO, FTS, etc but do not see the ribbon for it, nor do I see any ribbons for years of service, 5, 10, 15, 20, 25, 30..

On Mon, Oct 23, 2023 at 6:58 PM Kenneth Ottley <kottley@opalockapd.com> wrote:
[Quoted text hidden]

--

**German 'GB' Bosque**

**Sergeant**

**Patrol, Bravo Squad**

**Field Training Supervisor * Fleet Manager**

Cellular: 786.223.4242

E-Mail: GBosque@opalockapd.com

City 001909

## City of Opa-Locka Police Department

780 Fisherman Street, Suite 316

Opa-locka, FL 33054

Station: 305.953.2877

**https://www.opalockafl.gov/**



Connect with us

opalockafl.gov

The city of bright opportunities

---

**Kenneth Ottley** <kottley@opalockapd.com>                                      Wed, Oct 25, 2023 at 8:50 AM
To: German Bosque <gbosque@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

Thanks GB, service ribbon will be adorned with the Numerals designating years of service.

FTO ribbons are standard they will be issued to those who have served in That capacity.

KDO
[Quoted text hidden]

---

**Jessica Salabarria** <jsalabarria@opalockapd.com>                              Wed, Oct 25, 2023 at 3:44 PM
To: Kenneth Ottley <Kottley@opalockapd.com>
Cc: OLPD Distribution <distribution@opalockapd.com>

Excellent! Looks great Chief.

**Jessica Salabarria, MPA, Officer**

Opa-Locka Police Department

Uniform Patrol/Operations Division

780 Fisherman Street # 316 Opa-Locka, Florida, 33054

Cellular: 786.724.1759

E-Mail: JSalabarria@opalockapd.com

On Oct 23, 2023, at 18:58, Kenneth Ottley <Kottley@opalockapd.com> wrote:

City 001910

[Quoted text hidden]
<OLPD AWARD & Ribbon Proposal FINAL.pptx>

City 001911



OLPD Achiver <archiver@opalockapd.com>

---

## Fwd: City Commission Honoring Fellow Officers - Wednesday 10/25 @7pm
3 messages

---

**Andrea Braynon** <abraynon@opalockapd.com>                     Wed, Oct 25, 2023 at 12:45 PM
To: Distribution <distribution@opalockapd.com>
Cc: Kenneth Ottley <kottley@opalockapd.com>, Cory Krotenberg <ckrotenberg@opalockapd.com>

Today Wednesday, in the 3rd Floor Commission Chambers at the Regular Commission
Meeting, October 25, 2023 at 7:00pm, Vice Mayor Natasha L. Services will be honoring
Opa-locka Police Officer Thomas Donahue and City Manager Darvin Williams will be
honoring Opa-locka Police Officer Rodney Jean-Baptiste.
Come support the brave members of our team who will be receiving commendations
from the City Commission for their selfless acts to protect others and defend our
community.

Congratulations!

--
**Andrea A. Braynon**
**Administrative Manager**
**Office:** 305-681-1033 Ext 2001
**Email:** abraynon@opalockapd.com

**Opa-locka Police Department**
**780 Fisherman Street, 3rd Floor**
**Opa-locka, FL 33054**
**https://www.opalockafl.gov/**



Connect with us

opalockafl.gov

The city of bright opportunities

--
Andrea A. Braynon
Administrative Manager
**Office:** 305-681-1033 Ext 2001
**Email:** abraynon@opalockapd.com

---

**Twanna Lattery** <tlattery@opalockapd.com>                     Wed, Oct 25, 2023 at 12:47 PM
To: Andrea Braynon <abraynon@opalockapd.com>
Cc: Cory Krotenberg <ckrotenberg@opalockapd.com>, Distribution <distribution@opalockapd.com>, Kenneth Ottley
<kottley@opalockapd.com>

Congratulations
[Quoted text hidden]

City 001912

**Jessica Salabarria** <jsalabarria@opalockapd.com>                      Wed, Oct 25, 2023 at 3:43 PM
To: Andrea Braynon <abraynon@opalockapd.com>
Cc: Distribution <distribution@opalockapd.com>, Kenneth Ottley <Kottley@opalockapd.com>, Cory Krotenberg
<ckrotenberg@opalockapd.com>

Congratulations!

**Jessica Salabarria, MPA, Officer**

Opa-Locka Police Department

Uniform Patrol/Operations Division

780 Fisherman Street # 316 Opa-Locka, Florida, 33054

Cellular: 786.724.1759

E-Mail: JSalabarria@opalockapd.com

On Oct 25, 2023, at 12:46, Andrea Braynon <abraynon@opalockapd.com> wrote:

Today Wednesday, in the 3rd Floor Commission Chambers at the Regular
Commission Meeting, October 25, 2023 at 7:00pm, Vice Mayor Natasha L.
Services will be honoring Opa-locka Police Officer Thomas Donahue and City
Manager Darvin Williams will be honoring Opa-locka Police Officer Rodney
Jean-Baptiste.
Come support the brave members of our team who will be receiving
commendations from the City Commission for their selfless acts to protect
others and defend our community.

Congratulations!

--
**Andrea A. Braynon**
**Administrative Manager**
**Office:** 305-681-1033 Ext 2001
**Email:** abraynon@opalockapd.com

**Opa-locka Police Department**
**780 Fisherman Street, 3rd Floor**
**Opa-locka, FL 33054**
**https://www.opalockafl.gov/**

<OPA_Email Signature_Image with Tagline_Final.jpg>
[Quoted text hidden]

City 001913



OLPD Achiver <archiver@opalockapd.com>

---

## Notice of termination
1 message

**Darvin Williams** <dwilliams@opalockafl.gov>                    Fri, Nov 17, 2023 at 10:43 AM
To: CityStaff <CityStaff@opalockafl.gov>, OLPD Distribution <distribution@opalockapd.com>
Cc: Elected Officials <ElectedOfficials@opalockafl.gov>

Good morning Team Opa-locka,

Effective immediately, Officer Jessica Guasto-Salabarria is no longer employed by the City of Opa-locka.
Please direct any police matters involving her to Chief Kenneth Ottley. Ms. Guasto-Salabarria is not to have
access to City Hall unescorted or without going through the check-in process for non-employees. If you
have any questions, comments, or concerns please direct them to our Police Department or the Office of
the City Manager. .

Regards,


**Darvin E. Williams, JD, MBA, MPH**
Interim City Manager, City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Office: 305-953-2868 Ext 1202
Cellular: 786-643-1069
Email: dwilliams@opalockafl.gov



Get Outlook for iOS

Public Records Notice: Under Florida Law, email addresses and electronic communications are public records. If you do
not want your email address or the content of your electronic communication released in response to a public records
request, do not send electronic mail to this entity.

City 001914



OLPD Achiver <archiver@opalockapd.com>

## Proposed OLPD Awards & Uniform Ribbon Display
10 messages

---

**Kenneth Ottley** <kottley@opalockapd.com>                                    Tue, Oct 3, 2023 at 5:52 PM
To: Distribution <distribution@opalockapd.com>

OLPD Team,

After an overwhelming response to our New Station Signage, WE the Opa-locka sworn and non-sworn staff have chosen the 2nd sign on the list. Please review the attachment to see the winning signage and view the proposed awards and ribbon display. Provide input. Any additional ribbons or awards? I will be submitting the final draft on Friday to Blackington. Looking forward to hearing back from you all.

One Team, One Fight

Success is not final
Failure is not fatal, It's the courage to continue
the fight that counts. Exemplify those values
and no obstacle will prevail.

## Kenneth D. Ottley
## Interim Chief of Police

**Office:** 305-953-1033 Ext 2101
**Cellular:** 786-449-5924
**Email:** kottley@opalockapd.com

---

 **OLPD AWARD & Ribbon Proposal.pptx**
442K

---

**Marcos Gonzalez** <mgonzalez@opalockapd.com>                                 Tue, Oct 3, 2023 at 6:58 PM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: Distribution <distribution@opalockapd.com>

We need to make the other unit ribbons, GIU, Motors, Traffic, NRO, etc.

**Marcos Gonzalez, B.S.**
**A/Captain (Sergeant)**
**Traffic Unit \ Technology \ Instructor**
**Office:** 305-681-1033 Ext 2701
**Email:** mgonzalez@opalockapd.com
**Opa-locka Police Department**
780 Fisherman Street, Suite 316
Opa-locka, FL 33054
https://www.opalockafl.gov/



Connect with us
[social media icons]
opalockafl.gov

The city of bright opportunities

City 001915

[Quoted text hidden]

---

**Kenneth Ottley** <kottley@opalockapd.com>                                                    Tue, Oct 3, 2023 at 6:59 PM
To: Marcos Gonzalez <mgonzalez@opalockapd.com>
Cc: Distribution <distribution@opalockapd.com>

Yes …I forgot those. Let's disgust tomorrow
[Quoted text hidden]

---

**Lowrie Simon** <lsimon@opalockapd.com>                                                       Tue, Oct 3, 2023 at 7:01 PM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: Distribution <distribution@opalockapd.com>

They look good. Longevity ribbons also.

On Tue, Oct 3, 2023 at 5:52 PM Kenneth Ottley <kottley@opalockapd.com> wrote:
[Quoted text hidden]
--
L. Simon
Sergeant
Road Patrol
City of Opa-locka Police Department
780 Fisherman Street, Suite 316
Opa-locka, FL 33054
Office Phone: 305-953-2877
E-Mail: lsimon@opalockapd.com

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. This e-mail and any attached documents may contain Law Enforcement Sensitive material and should not be disseminated outside of official law enforcement channels. The information contained in this message as well as any attachments shall not be released to the media or the general public. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the City of Opa-locka.

Public Records Notice: Under Florida Law, email addresses and electronic communications are public records. If you do not want your email address or the content of your electronic communication released in response to a public records request, do not send electronic mail to this entity.

---

**Kenneth Ottley** <kottley@opalockapd.com>                                                    Tue, Oct 3, 2023 at 7:02 PM
To: Lowrie Simon <lsimon@opalockapd.com>
Cc: Distribution <distribution@opalockapd.com>

Yes…. I forgot that one as well.
[Quoted text hidden]

---

**Cory Krotenberg** <ckrotenberg@opalockapd.com>                                               Tue, Oct 3, 2023 at 7:04 PM
To: Lowrie Simon <lsimon@opalockapd.com>
Cc: Kenneth Ottley <kottley@opalockapd.com>, Distribution <distribution@opalockapd.com>

Supervisors,
Engage your officers. Get their input. We are a professional agency.  Let's look like one.
Officers, your input is important.

On Oct 3, 2023, at 7:02 PM, Lowrie Simon <lsimon@opalockapd.com> wrote:

[Quoted text hidden]

City 001916

**Jessica Salabarria** <jsalabarria@opalockapd.com>                                          Tue, Oct 3, 2023 at 8:21 PM
To: Cory Krotenberg <ckrotenberg@opalockapd.com>
Cc: Lowrie Simon <lsimon@opalockapd.com>, Kenneth Ottley <Kottley@opalockapd.com>, Distribution <distribution@opalockapd.com>

Good evening,

My input would be to add a community service ribbon/commendation for instances when an officer volunteers for community outreach programs such as big brothers/big sisters, kindergarten cop etc and or an officer can also receive this ribbon/commendation when they receive accolades from a citizen for their service to the community and its citizens.

For example a citizen decides to contact the officers supervisor or the Chiefs office to praise the officer for their assistance/actions and the department can therefore nominate that officer via a commendation (describing the events and actions of the officer) to receive a community service award/ribbon.

I have attached two pictures of what the award may look like.

Another suggestion for the awards/nominations program would be to have a list of some of the below nomination categories of the departments choosing such as:

• Officer of the Year
• Officer of the Month
• Medal of Honor
• Silver Cross
• Meritorious Service
• Life Saving
• Good Conduct
• Exceptional Service
• Honorable Service
• Civilian of the Year
• Civilian of the Month
• Unit Citation
• Certificate of Appreciation
• Community Service
• Letter of Commendation
• Chief Commendation
• Non-Departmental
• Blue Knight Award

My final suggestion would be to have an awards committee panel made up of an officer, supervisor, and a civilian and each month members of the organization can submit to them commendations of officers and civilians that they suggest should be nominated for the above listed awards nominations and the committee can then review and submit to the chiefs office for approval.

Thank you.

Best Regards,

**Jessica Salabarria, MPA, Officer**

Opa-Locka Police Department

Uniform Patrol/Operations Division

780 Fisherman Street # 316 Opa-Locka, Florida, 33054

Cellular: 786.724.1759

E-Mail: JSalabarria@opalockapd.com

City 001917







## Community Service - Award Bar

Visit



City 001919



City 001920



On Oct 3, 2023, at 19:05, Cory Krotenberg <ckrotenberg@opalockapd.com> wrote:

[Quoted text hidden]

---

**Kenneth Ottley** <kottley@opalockapd.com>                                      Tue, Oct 3, 2023 at 9:15 PM
To: Jessica Salabarria <jsalabarria@opalockapd.com>
Cc: Cory Krotenberg <ckrotenberg@opalockapd.com>, Distribution <distribution@opalockapd.com>, Lowrie Simon <lsimon@opalockapd.com>

Thank you Officer Salabarria!
Excellent suggestions for additional award/ ribbons.

The Awards committee is already in place for processing the award recommendations.  The awards criteria will be sent out and placed on POWERDMS for all to see and for supervisors to identify when an officer deserves recognition.

Your input is greatly appreciated.

One Team, One  Fight

KDO
[Quoted text hidden]

---

**Daron Chiverton** <dchiverton@opalockapd.com>                                 Wed, Oct 4, 2023 at 6:46 AM
To: Kenneth Ottley <kottley@opalockapd.com>
Cc: Jessica Salabarria <jsalabarria@opalockapd.com>, Cory Krotenberg <ckrotenberg@opalockapd.com>, Distribution <distribution@opalockapd.com>, Lowrie Simon <lsimon@opalockapd.com>

They look good
**Daron Chiverton**
**Neighborhood Resource Officer**
**City of Opa Locka Police**
780 Fisherman Street, Suite 316
Opa-locka, FL 33054
Office Phone: 305-681-1033 x2305
E-Mail: Dchiverton@opalockapd.com



[Quoted text hidden]

---

**Jeffrey Faulkner** <jfaulkner@opalockapd.com>                                  Wed, Oct 4, 2023 at 12:45 PM
To: Daron Chiverton <dchiverton@opalockapd.com>
Cc: Kenneth Ottley <kottley@opalockapd.com>, Jessica Salabarria <jsalabarria@opalockapd.com>, Cory Krotenberg <ckrotenberg@opalockapd.com>, Distribution <distribution@opalockapd.com>, Lowrie Simon <lsimon@opalockapd.com>

Nice

**Jeffrey Faulkner MBA**

City 001921

**Officer, Patrol Division**
**Alpha Squad 1800-0600**
**Office:** 305-681-1033
**Cellular:** 786-973-3367
**Email:** Jfaulkner@opalockapd.com

**Opa-locka Police Department**
**780 Fisherman Street, 3rd Floor**
**Opa-locka, FL 33054**
**https://www.opalockafl.gov/**



Connect with us

opalockafl.gov

The city of bright opportunities

 Reply allReplyForward

[Quoted text hidden]

City 001922

**Monday, April 22, 2024 at 16:08:45 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024) |
| **Date:** | Thursday, April 18, 2024 at 4:22:15 PM Eastern Daylight Time |
| **From:** | Phil Walker |
| **To:** | Joanna Flores, Darvin Williams, Shamecca Lawson, Niema Gantt |
| **CC:** | Kimberly Tarver |
| **Attachments:** | image002.jpg, image003.png, Public Request - Jessica Guasto Salabarria Emails.zip |

Hi Joanna,

Please see the attached document for emails that was found for Jessica Guasto (Salabarria). This user did not have a city issued cell phone. No further documents can be provided.

Regards,

**Phil Walker | CSAP | CAPM**
**IT Director**

**Office:** (305) 953-2868 Ext 1803
**Cellular:** 786-684-6777
**Email:** pwalker@opalockafl.gov

**Information Technology**
780 Fisherman Street
Opa-locka, FL 33054
https://www.opalockafl.gov/



Connect with us



opalockafl.gov

The city of bright opportunities

---

**From:** Joanna Flores <jflores@Opalockafl.gov>
**Sent:** Thursday, April 18, 2024 2:23 PM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Shamecca Lawson <slawson@Opalockafl.gov>; Niema Gantt <nwalker@Opalockafl.gov>; Phil Walker <pwalker@Opalockafl.gov>
**Cc:** Kimberly Tarver <ktarver@Opalockafl.gov>
**Subject:** FW: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good afternoon,

I am following up on the attached subpoena for records due April 10, 2024. I still have not received payroll records, emails and/or texts.

Please advise on the status ASAP.

Thank you,

Joanna Flores, CMC
City Clerk
City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov





**From:** Joanna Flores
**Sent:** Tuesday, March 19, 2024 10:34 AM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com; rstarks@opalockapd.com; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>; Phil Walker <pwalker@Opalockafl.gov>; Nicolas Jomolca <njomolca@Opalockafl.gov>
**Subject:** RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good morning,

I am resending and adding our IT team to this email since the subpoena also includes request for emails and texts.

Sincerely,

**Joanna Flores, CMC**
City Clerk
City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us



opalockafl.gov

The city of bright opportunities

---

**From:** Joanna Flores
**Sent:** Wednesday, March 13, 2024 1:47 PM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com; rstarks@opalockapd.com; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>
**Subject:** Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good afternoon,

Please find attached a Subpoena to Produce Documents, Information in a Civil Action that was received in the Office of the City Clerk today, March 13, 2024:

- **Jessica Guasto v City of Miami Beach, Civil Acton No. 1:22-CV-21004-DPG**

In lieu of appearance, the records can be emailed before April 10, 2024. Please forward all responsive documents to my office at least one week prior to the April 10, 2024 deadline date to allow for City Attorney review, if necessary.

Thank you for your assistance.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka
780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov





The city of bright opportunities

City 001927

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Jessica Guasto | ) |
| _Plaintiff_ | ) |
| v. | )  Civil Action No.  1:22-CV-21004-DPG |
| City of Miami Beach | ) |
| _Defendant_ | ) |

_CC. #1588_
_3/13/24_
_12:40pm_

2024 MAR 13 PH 12: 4
RECEIVED
CITY OF OPA-LOCKA
CITY CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    City of Opa Locka
        Custodian of Records: Joanna Flores 780 Fisherman Street, 4th Floor, Op-Locka 33054

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE EXHIBIT A
     In lieu of appearance, documents can be emailed to: Michael L. Elkins, Esq. melkins@mlelawfirm.com

| Place: MLE Law 1213 SE 3rd Ave Fort Lauderdale, FL 33316 | Date and Time: 04/10/2024 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     03/11/2024

CLERK OF COURT
                                                    OR
_____          _Michael Elkins_
_Signature of Clerk or Deputy Clerk_             _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
City of Miami Beach                                            , who issues or requests this subpoena, are:

Michael L. Elkins, Esq.; melkins@mlelawfirm.com; 1213 SE 3rd Ave., Fort Lauderdale, FL 33316

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

City 001928

# EXHIBIT A

## <u>DOCUMENTS TO PRODUCE</u>

1.      All documents relating to Jessica Guasto's separation from employment, which which includes but is not limited to emails and text messages relating to Jessica Guasto's separation from employment.

2.      All documents reflecting any and all compensation received by Jessica Guasto, including but not limited to complete payroll records for Jessica Guasto.

City 001929

**Friday, April 26, 2024 at 15:31:09 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Subpoena to produce records - Jessica Guasto v. City of Miami Beach |
| **Date:** | Friday, April 26, 2024 at 3:17:24 PM Eastern Daylight Time |
| **From:** | Joanna Flores |
| **To:** | melkins@mlelawfirm.com |
| **CC:** | City Attorney, bnorris@apnwplaw.com |
| **Attachments:** | image001.png, RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024).eml |

Good afternoon,

Payroll records attached in response to the Subpoena to produce records in the case Jessica Guasto v City of Miami Beach.

Sincerely,

Joanna Flores, CMC
City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us



opalockafl.gov

The city of bright opportunities

**From:** Joanna Flores

**Sent:** Monday, April 22, 2024 3:13 PM
**To:** melkins@mlelawfirm.com
**Cc:** City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com
**Subject:** Subpoena to produce records - Jessica Guasto v. City of Miami Beach

Attorney Elkins,

Please find the documents requested via the Subpoena to Produce
Documents in the following case: Jessica Guasto v City of  Miami Beach,
Civil Action No. 1:22-CV-21004-DPG.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us



opalockafl.gov

The city of bright opportunities

Public Records Notice: Under Florida Law, email addresses and electronic communications are
public records. If you do not want your email address or the content of your electronic
communication released in response to a public records request, do not send electronic mail to
this entity.

**Friday, April 26, 2024 at 15:30:48 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024) |
| **Date:** | Tuesday, April 23, 2024 at 11:48:11 AM Eastern Daylight Time |
| **From:** | Niema Gantt |
| **To:** | Joanna Flores, Darvin Williams, Shamecca Lawson |
| **CC:** | Kimberly Tarver |
| **Attachments:** | image002.png, image003.png, J Salabarria 1.pdf, J Salabarria 2.pdf, J Salabarria 3.pdf, J Salabarria 4.pdf, J Salabarria 5.pdf |

Good morning,
Please see the attached records, as requested.
Thanks,

Niema Gantt, MPA, CGFO
Finance Director
City of Opa-Locka
780 Fisherman Street, 4th Floor
Opa-Locka, FL 33054
305-953-2821 x1316



---

**From:** Joanna Flores <jflores@Opalockafl.gov>
**Sent:** Tuesday, April 23, 2024 8:46 AM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Shamecca Lawson <slawson@Opalockafl.gov>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Kimberly Tarver <ktarver@Opalockafl.gov>
**Subject:** RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good morning,

Following up once again for the payroll records requested in the Subpoena for records which was emailed approximately 6 weeks ago.

Please advise.

Sincerely,
Joanna Flores, CMC

City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us

opalockafl.gov

The city of bright opportunities

---

**From:** Joanna Flores
**Sent:** Thursday, April 18, 2024 2:23 PM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Shamecca Lawson <slawson@Opalockafl.gov>; Niema Gantt <nwalker@Opalockafl.gov>; Phil Walker <pwalker@Opalockafl.gov>
**Cc:** Kimberly Tarver <ktarver@Opalockafl.gov>
**Subject:** FW: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good afternoon,

I am following up on the attached subpoena for records due April 10, 2024. I still have not received payroll records, emails and/or texts.

Please advise on the status ASAP.

Thank you,

Joanna Flores, CMC
City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



# Connect with us

## opalockafl.gov

# The city of bright opportunities

**From:** Joanna Flores
**Sent:** Tuesday, March 19, 2024 10:34 AM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com; rstarks@opalockapd.com; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>; Phil Walker <pwalker@Opalockafl.gov>; Nicolas Jomolca <njomolca@Opalockafl.gov>
**Subject:** RE: Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good morning,

I am resending and adding our IT team to this email since the subpoena also includes request for emails and texts.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka
780 Fisherman Street, 4th Floor

Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov



Connect with us

opalockafl.gov

# The city of bright opportunities

**From:** Joanna Flores
**Sent:** Wednesday, March 13, 2024 1:47 PM
**To:** Darvin Williams <dwilliams@Opalockafl.gov>; Mary Adams <madams@Opalockafl.gov>; Kenneth Ottley (OLPD) <kottley@opalockapd.com>; Niema Gantt <nwalker@Opalockafl.gov>
**Cc:** Shamecca Lawson <slawson@Opalockafl.gov>; City Attorney <cityattorney@Opalockafl.gov>; bnorris@apnwplaw.com; rstarks@opalockapd.com; Karen Conde (OLPD) <kconde@opalockapd.com>; Kimberly Tarver <ktarver@Opalockafl.gov>; Nakita Phillips <nphillips@Opalockafl.gov>; Paul Bennett <pbennett@Opalockafl.gov>
**Subject:** Subpoena to Produce Documents - Jessica Guasto v City of Miami Beach (2024)

Good afternoon,

Please find attached a Subpoena to Produce Documents, Information in a Civil Action that was received in the Office of the City Clerk today, March 13, 2024:

- **Jessica Guasto v City of Miami Beach, Civil Acton No. 1:22-CV-21004-DPG**

In lieu of appearance, the records can be emailed before April 10, 2024.

Please forward all responsive documents to my office at least one week prior to the April 10, 2024 deadline date to allow for City Attorney review, if necessary.

Thank you for your assistance.

Sincerely,
Joanna Flores, CMC
City Clerk
City of Opa-locka

780 Fisherman Street, 4th Floor
Opa-locka, FL 33054
Tele: (305) 953-2800
Cell: (786) 877-4038
Email: jflores@opalockafl.gov





The city of bright opportunities

Pay Summary: **2023 - 47 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| City Of Opa Locka | | | | | |
|---|---|---|---|---|---|
| | **Period Beginning Date** 11/4/2023 | **Pay Date** 11/22/2023 | **Co.** ZLU | **Clock** | **Home Dept** |
| Jessica Salabarria 117 NW 42 Avenue 1008 Miami, FL 33126 | **Period Ending Date** 11/17/2023 | **WGPS Advance Pay Date** | **File #** 004686 | **Number** 40337610 | |

| Gross Pay | | | $ 2,016.00 |
|---|---|---|---|
| SHIFT DIFF 4 (field 4) | Rate: 23.0769 | Hours: 84.00 | $ 2,016.00 |

Total Hours Worked: 84

Basis of Pay: SALARY

| Taxes | $ 323.75 |
|---|---|
| Federal Income Tax | $ 169.53 |
| Social Security | $ 124.99 |
| Medicare | $ 29.23 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,692.25 |
|---|---|

Other Details

Memos

| 401k Max Elig/c | 2,016.00 |
|---|---|

City 002072

Pay Summary: **2023 - 45 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| City Of Opa Locka | **Period Beginning Date**<br>10/21/2023 | **Pay Date**<br>11/8/2023 | **Co.**<br>ZLU | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Jessica Salabarria<br>117 NW 42 Avenue<br>1008<br>Miami, FL 33126 | **Period Ending Date**<br>11/3/2023 | **WGPS Advance Pay Date** | **File #**<br>004686 | **Number**<br>00450006 | |

**Gross Pay** $ 2,016.00

| SHIFT DIFF 4 (field 4) | Rate: 23.0769 | Hours: 84.00 | $ 2,016.00 |
|---|---|---|---|

Total Hours Worked: 84

Basis of Pay: SALARY

**Taxes** $ 323.76

| Federal Income Tax | $ 169.53 |
|---|---|
| Social Security | $ 124.99 |
| Medicare | $ 29.24 |

**Deductions** $ 0.00

**Take Home** $ 1,692.24

| CHECKING 1 | $ 1,692.24 |
|---|---|

## Other Details

Memos

| 401k Max Elig/c | 2,016.00 |
|---|---|

City 002073

Pay Summary: **2023 - 45 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| City Of Opa Locka | | | | | |
|---|---|---|---|---|---|
| | **Period Beginning Date** 10/21/2023 | **Pay Date** 11/8/2023 | **Co.** ZLU | **Clock** | **Home Dept** |
| Jessica Salabarria 117 NW 42 Avenue 1008 Miami, FL 33126 | **Period Ending Date** 11/3/2023 | **WGPS Advance Pay Date** | **File #** 004686 | **Number** 00450005 | |

| Gross Pay | $ 610.00 |
|---|---|
| OFF DUTY SVC (field 3) | $ 610.00 |

Basis of Pay: SALARY

| Taxes | $ 54.39 |
|---|---|
| Federal Income Tax | $ 7.73 |
| Social Security | $ 37.82 |
| Medicare | $ 8.84 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 555.61 |
|---|---|
| CHECKING 1 | $ 555.61 |

## Other Details

### Memos

| 401k Max Elig/c | 1,220.00 |
|---|---|

City 002074

Pay Summary: **2023 - 43 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| City Of Opa Locka | **Period Beginning Date** 10/7/2023 | **Pay Date** 10/25/2023 | **Co.** ZLU | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Jessica Salabarria 117 NW 42 Avenue 1008 Miami, FL 33126 | **Period Ending Date** 10/20/2023 | **WGPS Advance Pay Date** | **File #** 004686 | **Number** 00430006 | |

| Gross Pay | | | $ 1,924.60 |
|---|---|---|---|
| Regular | Rate: 23.0769 | Hours: 21.00 | $ 484.61 |
| SHIFT DIFF 4 (field 4) | Rate: 23.0769 | Hours: 60.00 | $ 1,439.99 |

Total Hours Worked: 81

Basis of Pay: SALARY

| Taxes | $ 305.80 |
|---|---|
| Federal Income Tax | $ 158.56 |
| Social Security | $ 119.33 |
| Medicare | $ 27.91 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 1,618.80 |
|---|---|
| CHECKING 1 | $ 1,618.80 |

## Other Details

### Memos

| 401k Max Elig/c | 1,924.60 |
|---|---|

City 002075

Pay Summary: **2023 - 43 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| City Of Opa Locka | **Period Beginning Date**<br>10/7/2023 | **Pay Date**<br>10/25/2023 | **Co.**<br>ZLU | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| Jessica Salabarria<br>117 NW 42 Avenue<br>1008<br>Miami, FL 33126 | **Period Ending Date**<br>10/20/2023 | **WGPS Advance Pay Date** | **File #**<br>004686 | **Number**<br>00430005 | |

| Gross Pay | $ 425.00 |
|---|---|
| OFF DUTY SVC (field 3) | $ 425.00 |

Basis of Pay: SALARY

| Taxes | $ 32.51 |
|---|---|
| Social Security | $ 26.35 |
| Medicare | $ 6.16 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 392.49 |
|---|---|
| CHECKING 1 | $ 392.49 |

Other Details

Memos

| 401k Max Elig/c | 850.00 |
|---|---|

City 002076