Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF FLORIDA
 4                    MIAMI DIVISION
 5              CASE NO.:1:22-cv-21004-DPG
 6  JESSICA GUASTO,
 7            PLAINTIFF,
    VS.
 8
    THE CITY OF MIAMI BEACH, FL,
 9  A FLORIDA MUNICIPALITY,
10            DEFENDANT.
11  _____/
12
13
14  DEPOSITION OF:       ANDREA FORERO
15  DATE:                JULY 23, 2024
16  TIME:                10:01 A.M. - 10:24 A.M.
17  PLACE:               VIA ZOOM REMOTE CONFERENCING
18
19  REPORTED BY:         TAMARA MASCI TANNEN, RPR, FPR-C
                         NOTARY PUBLIC, STATE OF FLORIDA
20
21
22
23
24
25

          COASTAL REPORTING, INC. (954) 523-5326
```

Page 2

```
 1  APPEARANCES:
 2  DANIEL B. BARROUKH, ESQ.
    DEREK SMITH LAW GROUP, PLLC
 3  520 BRICKELL KEY DRIVE
    SUITE O-301
 4  MIAMI, FLORIDA  33131-2433
    (786) 688-2335
 5  DANIELB@DEREKSMITHLAW.COM
       COUNSEL APPEARING ON BEHALF OF THE PLAINTIFF.
 6
 7
 8  MICHAEL L. ELKINS, ESQ.
    MLE LAW
 9  1212 NORTHEAST 16TH TERRACE
    FORT LAUDERDALE, FLORIDA  33304
10  (954) 401-2608
    MELKINS@MLELAWFIRM.COM
11     COUNSEL APPEARING ON BEHALF OF THE DEFENDANT.
12  ALSO PRESENT:
13  JAVIER LEY-SOTO, ESQ.
    JLEYSOTO@MDC.EDU
14  APPEARING ON BEHALF OF THE WITNESS.
15
16              * * * * * * * * *
17          S T I P U L A T I O N S
18
19       It is hereby stipulated and agreed by and
20  between counsel for the respective parties, and the
21  deponent, that the reading and signing of the deposition
22  are hereby reserved.
23
24
25

          COASTAL REPORTING, INC. (954) 523-5326
```

Page 3

```
 1                I N D E X
 2  WITNESS
 3  ANDREA FORERO
 4  Direct Examination by Mr. Elkins              4
 5
 6              E X H I B I T S
 7  PLAINTIFF'S       DESCRIPTION            PAGE
 8  Exhibit Number 1  Plaintiff's Second Amended    8
                      Initial Disclosures
 9
    Exhibit Number 2  Memorandum dated 12/16/22 to  11
10                    Guasto from Forero
11  Exhibit Number 3  Text Message Exchange between 19
                      Forero and Guasto, Bates JG000031
12
    Exhibit Number 4  Letter to Elkins from Miami Dade 22
13                    College with documents
14
15
16
17
18
19
20
21
22
23
24
25

          COASTAL REPORTING, INC. (954) 523-5326
```

Page 4

```
 1              P R O C E E D I N G S
 2                    * * * *
 3       THE REPORTER:  Raise your right hand, please.  Do
 4  you swear that the testimony you are about to give will
 5  be the truth, the whole truth, and nothing but the
 6  truth?
 7       THE WITNESS:  I do.
 8       THE REPORTER:  Thank you.  You may proceed.
 9                    ANDREA FORERO,
10  Having been first duly sworn, testified as follows:
11              DIRECT EXAMINATION
12  BY MR. ELKINS:
13       Q.  Good morning, Ms. Forero.
14       A.  Good morning.
15       Q.  Can you just say your name so we have it on the
16  record?
17       A.  Andrea Forero.
18       Q.  And where do you work, Ms. Forero?
19       A.  Miami Dade College.
20       Q.  Okay.  Have you ever been deposed before?
21       A.  Yes, a long time ago.
22       Q.  Okay.  Hold on one second.
23       Okay.  So since it was a long time ago, I'm just
24  going to go over some quick grounds rules that will
25  hopefully get us out of here very quick.  It's not my

          COASTAL REPORTING, INC. (954) 523-5326
```

Page 5

1  intention to keep you here very long today.  And if we both
2  follow these rules, it will help speed it up.
3          So this is my opportunity to ask you some
4  questions in the case of Jessica Guasto versus the City of
5  Miami Beach.  At no point time, no matter what my question
6  is, do I want to know what you talked with Mr. Soto about.
7  So even if the question would implicate a conversation
8  between you and your attorney, don't tell me.  And I'm sure
9  he'll jump in if you get close to that.
10         Do you understand that?
11     A.  I understand.
12     Q.  Okay.  Second, I'm asking you questions based on
13  your personal knowledge.  So I don't want you to guess.  And
14  I'm sure your lawyer doesn't want you to guess either.  Do
15  you understand that?
16     A.  I understand.
17     Q.  Okay.  And it's important that we don't talk over
18  each other because we have a court reporter here today and
19  she can't take down two people talking at the same time.
20  Does that make sense?
21     A.  Yes.
22     Q.  Hopefully, we will not go long enough that you'll
23  even need a break.  But should it come to pass that you do
24  need a break, bathroom break, whatever it is, just tell me.
25  Not a problem at all.  I would just ask that if there's a

COASTAL REPORTING, INC. (954) 523-5326

Page 6

1  question pending, you answer the question and then we go on
2  break.  Does that make sense?
3      A.  Yes.
4      Q.  And if at any point in time you don't understand
5  my question, that's totally fine.  Just go ahead and ask me
6  to rephrase the question and I will do so.
7      A.  Okay.
8      Q.  Okay.  Great.
9          Are you familiar at all with the lawsuit that
10  Ms. Guasto has filed against the City of Miami Beach?
11     A.  No.
12     Q.  Okay.  Have you had any conversations with
13  Ms. Guasto -- I think she was known as Jessica Salabarria
14  when she was with you guys maybe.  Have you had any
15  conversations with her about this lawsuit?
16     A.  No.
17     Q.  Have you had any conversations with her about
18  testifying in this case?
19     A.  No.
20     Q.  And you'll see on the Zoom Mr. Daniel Barroukh is
21  here.  He's part of the Derek Smith Law Group.
22         Have you ever had any conversations with
23  Mr. Barroukh about this lawsuit?
24     A.  No.
25     Q.  Have you ever had any conversations with anybody

COASTAL REPORTING, INC. (954) 523-5326

Page 7

1  at the Derek Smith Law Group about this lawsuit?
2      A.  No.
3      Q.  Okay.  Well, that was easy.
4          Did you -- what is your current role at Miami Dade
5  College?
6      A.  I'm the Director of Campus Administration.
7      Q.  Okay.  How long have you been in that role?
8      A.  For 18 years.
9      Q.  Very, very briefly:  Can you just give us a little
10  bit of a background on your responsibilities in that role?
11     A.  I oversee the public safety and campus services,
12  IT media side and social media and events.
13     Q.  Okay.  And when you were at Miami Dade College,
14  did you have the opportunity to work with and/or interact
15  with Ms. Guasto?
16     A.  Yes.
17     Q.  Okay.  I'm going to show you a couple documents
18  that I'm going to mark as exhibits.  So just -- and I think
19  you've seen some of these before, so bear with me.
20         THE REPORTER:  Mike, can I have ten seconds,
21  please?
22         MR. ELKINS:  For you, Tammy, eleven.
23         (Recess was taken.)
24  BY MR. ELKINS:
25     Q.  All right.  So I'm showing you a document that I'm

COASTAL REPORTING, INC. (954) 523-5326

Page 8

1  going to mark as Exhibit 1, Ms. Forero.  This is Plaintiff's
2  Second Amended Initial Disclosures.
3          (Plaintiff's Exhibit Number 1 marked for
4  identification.)
5  BY MR. ELKINS:
6      Q.  Do you see it on your screen?
7      A.  I see it.
8      Q.  Have you ever seen this document before?
9      A.  No.
10     Q.  Okay.  I'm just going to scroll down.  And I'll
11  explain to you what this is, is in federal court, lawsuits
12  like this, the parties have to serve disclosures of
13  witnesses and documents.  This was from the plaintiff's
14  counsel, Mr. Barroukh, to me and it was a disclosure of
15  additional witnesses.  Do you understand that?
16     A.  Yes.
17     Q.  Okay.  So your name -- you see here it says:
18  "Name and address of persons likely to have discoverable
19  information relating to claims or defenses."  Do you see
20  that?
21     A.  Yes.
22     Q.  And I'll just explain to you what that means is
23  Mr. Barroukh and his client are listing people that they
24  believe would have information that would be relevant and
25  discoverable in this case.  Do you understand that?

COASTAL REPORTING, INC. (954) 523-5326

Page 9

1    A.   Yes.
2    Q.   Okay.  So I'm going to scroll down.  And you'll
3  see here that you're listed.  Do you see your name?  I'm
4  kind of highlighting it.
5    A.   Yes, I see it.
6    Q.   Now, they listed you as care of their law firm.
7  And I'll represent to you that under ordinary circumstances,
8  when a lawyer does that that means that they have some
9  connection to the witness, control of the witness.
10       Do you have any connection to the Derek Smith Law
11  Group at all?
12    A.   I do not.
13    Q.   You do not; is that what you said?
14    A.   I do not.
15    Q.   Do you have any idea why they would list you as a
16  witness in a case and that your address and contact
17  information was care of their law firm?
18    A.   I do not.
19    Q.   Okay.  And then, the second part of this column --
20  I'll scroll up so you can see that I'm not misrepresenting
21  it -- is like the category of information that you would
22  testify to, or that they believe you're going to testify to.
23       And they listed here: "Ms. Forero has knowledge
24  of plaintiff's employment subsequent to her employment for
25  defendant, character, and work ethic."

COASTAL REPORTING, INC. (954) 523-5326

Page 10

1       Do you see that?
2    A.   I see it.
3    Q.   Okay.  Now, did you work with the plaintiff,
4  Ms. Guasto?
5    A.   I did.
6    Q.   Okay.  Do you have knowledge as to her character?
7    A.   I don't, no.
8    Q.   You don't know or no?
9    A.   I don't.  I don't.
10    Q.   Okay.  So do you have any testimony, opinion on or
11  any information about the plaintiff's character?
12    A.   No.
13    Q.   Okay.  Do you have any idea why the Derek Smith
14  Law Group, Mr. Barroukh and/or the plaintiff, would have
15  said that you have knowledge about that?
16    A.   No:
17    Q.   Okay.  Have you had any -- I'm sorry.  I don't
18  know if I asked you this earlier.  But have you had any
19  conversations with the plaintiff about this case?
20    A.   No.
21    Q.   Okay.  And then this last part, work ethic; do you
22  have any information on the plaintiff's work ethic?
23    A.   Can you define "ethic," the word?  I have
24  information about her work while she was there.
25    Q.   Okay.  That's fair.  Yeah, that's fair.  I can't

COASTAL REPORTING, INC. (954) 523-5326

Page 11

1  really define work ethic.  So you can kind of -- you could
2  give that whatever meaning.  They listed you as information
3  you would have.  They listed you as under their control.  So
4  whatever meaning you want to ascribe to "work ethic" is
5  fine.
6       But I think what I'll do is withdraw that question
7  and let's talk a little bit about the documents in this case
8  that you signed; is that fair?
9    A.   Yes.
10    Q.   Okay.  Perfect.
11       So hold on one moment.
12       MR. ELKINS:  I'm just going to mark --
13  BY MR. ELKINS:
14    Q.   I'm going to show you what I'm marking.  It's
15  going to be in as Exhibit 2.
16       (Plaintiff's Exhibit Number 2 marked for
17  identification.)
18  BY MR. ELKINS:
19    Q.   Okay.  I'm showing you what I've marked as Exhibit
20  2 for this deposition.  I will represent to you that we --
21  we, me, the City of Miami Beach, served a subpoena for
22  documents on Miami Dade College.  The document that I'm
23  showing you was produced to my office from Miami Dade
24  College.
25       Have you ever seen this document before?  And I'll

COASTAL REPORTING, INC. (954) 523-5326

Page 12

1  give you a moment if you want me to scroll.  But your name
2  is at the top.  Do you want me to scroll?
3    A.   Yes.
4    Q.   Just tell me if I'm scrolling too fast for
5  you or if you want me to stop.
6    A.   Can you hold on one second there?
7    Q.   Yeah, no problem.  Take your time.
8    A.   Okay.
9    Q.   Keep scrolling?
10    A.   Yes.
11    Q.   Okay.  I'm going to scroll a little faster because
12  there's two documents; is that okay, Ms. Forero?
13    A.   Yes.  Okay.
14    Q.   Let me know when you're ready.
15    A.   I'm ready.
16    Q.   Okay.  Let's go back up.  It's really -- it's the
17  letter, the five-page letter, and then there's the document
18  from Ms. Guasto, and then there's the Personnel Action.
19       So first, I'm going to talk to you about the
20  five-page letter.
21    A.   Okay.
22    Q.   Is that your signature at the bottom of the letter
23  on page 5?
24    A.   Yes, it is.
25    Q.   Did you draft the letter?

COASTAL REPORTING, INC. (954) 523-5326

Page 13

1   A.   I did not.
2   Q.   Who drafted the letter?
3   A.   Our human resources department.
4   Q.   Did you have input into the letter?
5   A.   Yes.
6   Q.   Did you direct -- well, first, who at your human
7   resources department drafted the letter?
8   A.   Ms. Sylvia Willin.
9   Q.   Did you direct her to draft the letter?
10  A.   No.
11  Q.   Who did?
12  A.   We -- there was a review of the -- of the issues
13  that were on the letter and the college decided to terminate
14  with the agreement of the supervisor, which was --
15  Q.   What was the name of the supervisor?
16  A.   The supervisor -- the direct supervisor is Lynn
17  Larose.  And I was the supervisor of the department.
18  Q.   So were you Ms. Guasto's supervisor?
19  A.   I was not her direct supervisor, but I'm the
20  supervisor of the department.
21  Q.   I see.  And who was her direct supervisor?
22  A.   Lynn Larose.
23  Q.   Okay.  And who made the -- who was the ultimate
24  decision-maker to separate Ms. Guasto from employment with
25  Miami Dade College?

COASTAL REPORTING, INC. (954) 523-5326

Page 14

1   A.   The college through HR.
2   Q.   Okay.  Is there a person, though, that made that
3   decision, like an individual?
4   A.   I'm not sure of the processes, how that goes in
5   terms of the --
6   Q.   Okay.
7   A.   There's consultation with the supervisor, but
8   ultimately the college decides.
9   Q.   Did you review all the information in this letter
10  before you signed it?
11  A.   Yes, I did.
12  Q.   Okay.  And is the information in the letter based
13  upon your knowledge accurate?
14  A.   Yes.
15  Q.   And is this letter an accurate representation of
16  the letter that is kept by the college in its ordinary
17  course of business?
18  A.   Yes.
19  Q.   Okay.  I just want to -- I'm not going to go
20  through the letter word for word because the letter speaks
21  for itself and you've testified that the letter is accurate.
22       But I what I do want to know is:  Was Ms. Guasto
23  told you either can resign, but if you don't resign, you
24  will be terminated?
25  A.   That's what the document says.

COASTAL REPORTING, INC. (954) 523-5326

Page 15

1   Q.   And is that what happened?
2   A.   Yes.
3        MR. BARROUKH:  Objection.
4        MR. ELKINS:  What's the objection?
5        MR. BARROUKH:  She's testifying to the entire
6        document, not a specific question.  You said is that
7        what happened?
8   BY MR. ELKINS:
9   Q.   Did ultimately Ms. Guasto resign?
10  A.   Yes.
11  Q.   If she had not resigned, would she have been
12  terminated?
13  A.   Yes.
14  Q.   Okay.  Okay.  Let me ask you this:  At any point
15  in time, did Ms. Guasto advise HR or anyone at the college,
16  if you know, that she was leaving the college for a
17  different employer voluntarily?
18  A.   No.
19  Q.   I'm going to show you -- actually, let me go back
20  to this exhibit.  Just two more things.  Okay.
21       You'll see that this letter was written on -- or
22  you signed it -- sorry -- on December 16th, 2022; do you see
23  that?
24  A.   Yes.
25  Q.   Okay.  And then, here is Ms. Guasto's -- what

COASTAL REPORTING, INC. (954) 523-5326

Page 16

1   appears to be her Letter of Resignation; do you see that?
2   A.   Yes.
3   Q.   And that was December 19th, 2022, so three days
4   later?
5   A.   Yes.
6   Q.   Any idea or do you know why the resignation is
7   considered effective January 31, 2023?
8   A.   I believe it refers back to the document that was
9   issued.
10  Q.   The letter?
11  A.   But I'm not sure.
12  Q.   Okay.  Fair enough.
13       And in this resignation, she says:  "It is
14  unfortunate and untimely, but at this time, I will resign
15  from my position at Miami Dade College.  I have encountered
16  adverse work conditions."
17       Do you have any idea what she's talking about
18  relating to adverse work conditions?
19  A.   No.
20  Q.   To your knowledge, did Ms. Guasto make any
21  complaints of adverse work conditions during her employment?
22  A.   She wasn't in agreement with this document.  I
23  mean, the outcome.
24  Q.   Understood.
25       But prior to the issuance of this document, during

COASTAL REPORTING, INC. (954) 523-5326

Page 17

1  her employment, did she complain about anything like
2  discrimination, or harassment, or retaliation, or any of
3  those types of things?
4      A.   **Not that I'm aware of.**
5           MR. BARROUKH:  Objection.
6  BY MR. ELKINS:
7      Q.   You can answer, ma'am.
8      A.   **Not that I'm aware of.**
9      Q.   Okay.  And at any point in time after her
10 employment, are you aware personally aware of her filing any
11 kind of, like, a charge of discrimination or a lawsuit or
12 anything like that against the college?
13     A.   **No.**
14     Q.   And are you familiar with this document, this
15 resignation letter?
16     A.   **Yes.**
17     Q.   And is this an accurate representation of the
18 document that's kept by the college in its ordinary course
19 of business?
20     A.   **Yes.**
21     Q.   Thank you.
22          Okay.  I'm going to go to the last document, which
23 is the Request for Personnel Action.  I'm assuming you've
24 seen a document of this type before, correct?  Is that fair?
25     A.   **Yes.**

                COASTAL REPORTING, INC. (954) 523-5326

Page 18

1      Q.   Have you seen this particular document before?
2      A.   **Yes.**
3      Q.   Okay.  And then, I see here your name is listed
4  and you -- is that your -- are those your initials twice?
5      A.   **That's my signature.**
6      Q.   Okay.  Perfect.
7           I don't need to go into the details of this
8  document.  I just want to confirm, is this document
9  accurate?  I could shrink it so you could see the whole
10 thing.  Sorry.
11     A.   **Yes.**
12     Q.   Okay.  And is this an accurate representation of
13 the document as it's kept in the college's ordinary course
14 of business?
15     A.   **Yes.**
16     Q.   Okay.  So now having looked at the document, and
17 you also seen the categories of information that
18 Mr. Barroukh and his office and his client said that you'd
19 testify to, going back to the work ethic question, do you
20 have a -- do you have a viewpoint on plaintiff's work ethic?
21     A.   **No.**
22     Q.   Okay.  Did you have any -- let me go back.  I have
23 one other document to show you.  Give me one second.
24          All right.  I'm going to show you a document
25 that's marked as Exhibit 3.

                COASTAL REPORTING, INC. (954) 523-5326

Page 19

1           (Plaintiff's Exhibit Number 3 marked for
2  identification.)
3  BY MR. ELKINS:
4      Q.   I will represent to you that this document was
5  produced, and you can see at the bottom it says plaintiff
6  Bates number and there's a number there.  Just for the
7  record, the Bate is, Bates number is JG000031.  This
8  document was produced by Mr. Barroukh's law office.  I
9  believe it is supposed to be a text message exchange between
10 you and the plaintiff.  I'll give you a minute to review.
11          Well, first of all, have you ever seen this
12 before?
13     A.   **No.**
14     Q.   Okay.  Take a minute to read it.  It's only one
15 page.
16     A.   **Okay.**
17     Q.   First of all, do you -- are you aware of or do you
18 have any other text messages wit the plaintiff besides this
19 one?
20     A.   **No.**
21     Q.   So this is the only text message exchange you ever
22 had with the plaintiff about her work?
23     A.   **I do not recall the -- if I do.**
24     Q.   But currently in your possession, do you have any
25 other communications with her?

                COASTAL REPORTING, INC. (954) 523-5326

Page 20

1      A.   **I don't know.**
2      Q.   Okay.
3      A.   **I haven't looked.**
4      Q.   Okay.  And have you -- well, have you spoken to
5  the plaintiff at all since her separation from employment
6  with the college?
7      A.   **Only to retrieve her items from the college.**
8      Q.   Understood.  Other than that?  Okay.
9      A.   **No.**
10     Q.   Okay.  So do you remember the year of this
11 message?  I'm going to assume it's 2022, but I'm not a
12 hundred percent sure.
13     A.   **I don't know.  I assume it's 2022 as well.  It can**
14 **only be 2022.**
15     Q.   Right, because that's when she worked at the
16 college?
17     A.   **Exactly.**
18     Q.   Okay.  It says here:  "Thank you, Chief, for your
19 leadership and your team's amazing efforts.  It was a tough
20 day, but ultimately we did what we set out to do and helped
21 lots of people today."
22          Do you see that?
23     A.   **Yes.**
24     Q.   Is that you talking to the plaintiff?
25     A.   **Yes.**

                COASTAL REPORTING, INC. (954) 523-5326

Page 21

```
 1    Q.   Okay.  And you referred to her as Chief, why?
 2    A.   She was a Chief of Public Safety.
 3    Q.   Okay.  And what was this about?
 4    A.   If I recall, it was a food drive that we had.
 5    Q.   Anything else?
 6    A.   The food drive and her -- apparently, from the --
 7  her team did well.
 8    Q.   Okay.  And did you ever send her any other
 9  complimentary text messages that you can recall?
10    A.   Not that I recall.
11    Q.   Okay.  Does this have anything to do with, any
12  bearing on, or any relevance to her ultimate separation from
13  the college?
14    A.   No.
15    Q.   And I presume you wouldn't have signed her
16  separation documents had you not agreed with the decision to
17  separate her?
18    A.   Correct.
19    Q.   And was Ms. Guasto separated for violating the
20  college's policies and procedures?
21    A.   Yes.
22    Q.   I have just -- I'm going to show you one other
23  document and then I think -- then I think I'm done.  Give me
24  one second just to label it.  Okay.
25         I'm calling this Exhibit 4.
```

COASTAL REPORTING, INC. (954) 523-5326

Page 22

```
 1         (Plaintiff's Exhibit Number 4 marked for
 2  identification.)
 3  BY MR. ELKINS:
 4    Q.   I just have to ask you somewhat I will call
 5  procedural questions.  So the first page of this document is
 6  a letter from Miami Dade College to my office about the
 7  document production, and then the next few pages are your
 8  letter which we've already talked about and admitted as part
 9  of the exhibit, plus Ms. Guasto's Resignation, the Personnel
10  Action Form that you signed.  And then there's a chart that
11  was produced to me and then what looks to be payroll
12  records.  Do you see that?
13    A.   Yes.
14    Q.   Okay.  Do you happen to know what this chart is?
15    A.   No.
16    Q.   Okay.  And then these payroll records; are you
17  able to or can you verify the accuracy of these records?  Do
18  you have any involvement with these?
19    A.   I don't.
20    Q.   Okay.  Fair enough.
21         And I just want to verify one last time, make sure
22  that I have it:  The letter that you signed, is everything
23  in that letter a true and accurate representation of what
24  happened with Ms. Guasto and her employment at the college?
25    A.   Yes.
```

COASTAL REPORTING, INC. (954) 523-5326

Page 23

```
 1         MR. ELKINS:  I don't have anything further.
 2         MR. BARROUKH:  I don't have any questions today.
 3  Thank you.
 4         MR. ELKINS:  Okay.  Thank you, Ms. Forero.  I do
 5  really appreciate your time.  I'm sorry we had to go
 6  through this.
 7         Javier, appreciate you getting this done.
 8         MR. LEY-SOTO:  Not a problem.
 9         MR. ELKINS:  I promised you short.  And I think I
10  achieved that.
11         THE REPORTER:  Read or waive?
12         MR. LEY-SOTO:  We'll read.
13         MR. ELKINS:  I'm going to order rush.  If you can
14  overnight, that would be ideal.  Mini only.  And I'm
15  going to drop the exhibits in the chat for you right
16  now.  Is that okay?
17         THE REPORTER:  Daniel, are you getting a copy of
18  this.
19         MR. BARROUKH:  No, thank you.
20         (Deposition concluded at 10:24 A.M.)
21
22
23
24
25
```

COASTAL REPORTING, INC. (954) 523-5326

Page 24

```
 1                 CERTIFICATE OF OATH
 2  STATE OF FLORIDA
 3  COUNTY OF BROWARD
 4     I, TAMARA MASCI TANNEN, RPR, Notary Public, State of
 5  Florida, certify that ANDREA FORERO personally appeared
 6  before me via Zoom on the 23rd day of July 2024 and was duly
 7  sworn.
 8         Signed this 23rd day of July 2024.
 9
10
11                         Notary Public,
12                         State of Florida
13                         My Commission #HH 93523
                           Expires March 7, 2025
14
15
16
17
18
19
20
21
22
23
24
25
```

COASTAL REPORTING, INC. (954) 523-5326

Page 25

1          REPORTER'S DEPOSITION CERTIFICATE

2    STATE OF FLORIDA    )

3    COUNTY OF PALM BEACH)

4
5         I, TAMARA MASCI TANNEN, Registered Professional
     Reporter, certify that I was authorized to and did
6    stenographically report the deposition of ANDREA FORERO;
     that a review of the transcript was requested; and that the
7    foregoing transcript, pages 1-23, is a true and complete
     record of my stenographic notes.
8
9         I FURTHER CERTIFY that I am not a relative,
     employee, attorney or counsel of any of the parties,
10   nor am I a relative or employee of any of the parties'
     attorney or counsel connected with the action, nor am I
11   financially interested in the action.

12        DATED this 23rd day of July 2024.

13
14
15
16        TAMARA MASCI TANNEN, RPR-C

17
18
19
20
21
22
23
24
25

          COASTAL REPORTING, INC. (954) 523-5326

Page 26

1          E R R A T A   S H E E T

2    DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES

3    IN RE:        GUASTO V CITY OF MIAMI BEACH
     CASE NO:      1:22-CV-21004-DPG
4    DATE:         JULY 23, 2024
     DEPONENT NAME: ANDREA FORERO
5
6    PAGE/LINE        CORRECTION             REASON
     _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17         (Use other side if necessary)

18        Under penalties of perjury, I declare that I have read
     the foregoing document and that the facts stated are true.
19
20   _____                         _____
     ANDREA FORERO                            DATE
21
22
23
24
25

          COASTAL REPORTING, INC. (954) 523-5326

Page 27

1    DATE:  JULY 23, 2024
2    ANDREA FORERO
3    C/O JLEYSOTO@MDC.EDU
4
     IN RE:  GUASTO V CITY OF MIAMI BEACH
5            Deposition of Andrea Forero
6         This letter is to advise you that the transcript
     taken in the above-referenced deposition has been
7    transcribed.  Please contact our office at (954)523-5326 to
     make arrangements to read and sign or sign below to waive
8    review of the transcript.

9         It is suggested that the review of this transcript
     be completed within 30 days of your receipt of this letter
10   as considered reasonable under Federal Rules*; however,
     there is no Florida Statute to this regard.
11
          The original of this transcript has been forwarded
12   to the ordering party and your errata, once received, will
     be forwarded to all ordering parties for inclusion in the
13   transcript.

14   Very truly yours,

15
16   Tamara Masci Tannen, Court Reporter

17   Waiver:

18   I, _____, hereby waive the reading and signing

19   of my deposition transcript.

20
     _____        _____
21   DEPONENT                DATE
     *Federal Civil Procedure Rule 30(e)Florida Civil Procedure
22   Rule 1.310(e).

23
24
25

**BY MR. ELKINS: [6]**
4/12 7/24 15/8 17/6
19/3 22/3
**MR. BARROUKH: [5]**
15/3 15/5 17/5 23/2
23/19
**MR. ELKINS: [7]** 7/22
11/12 15/4 23/1 23/4
23/9 23/13
**MR. LEY-SOTO: [2]**
23/8 23/12
**THE REPORTER: [5]**
4/3 4/8 7/20 23/11
23/17

**1**

**1-23 [1]** 25/7
**1.310 [1]** 27/22
**10:01 [1]** 1/16
**10:24 [2]** 1/16 23/20
**12/16/22 [1]** 3/9
**1212 [1]** 2/9
**16TH [2]** 2/9 15/22
**18 [1]** 7/8
**19th [1]** 16/3
**1:22-cv-21004-DPG [1]**
26/3

**2**

**2022 [5]** 15/22 16/3
20/11 20/13 20/14
**2023 [1]** 16/7
**2024 [6]** 1/15 24/6
24/8 25/12 26/4 27/1
**2025 [1]** 24/12
**22 [1]** 3/9
**23 [4]** 1/15 25/7
26/4 27/1
**2335 [1]** 2/4
**23rd [3]** 24/6 24/8
25/12
**2433 [1]** 2/4
**2608 [1]** 2/10

**3**

**30 [2]** 27/9 27/21
**301 [1]** 2/3
**31 [1]** 16/7
**33131-2433 [1]** 2/4
**33304 [1]** 2/9

**4**

**401-2608 [1]** 2/10

**5**

**520 [1]** 2/3
**523-5326 [1]** 27/7
**5326 [1]** 27/7

**6**

**688-2335 [1]** 2/4

**7**

**786 [1]** 2/4

**9**

**93523 [1]** 24/12
**954 [2]** 2/10 27/7

**A**

**A.M [3]** 1/16 1/16
23/20
**able [1]** 22/17
**about [18]** 4/4 5/6
6/15 6/17 6/23 7/1
10/11 10/15 10/19
10/24 11/7 12/19
16/17 17/1 19/22
21/3 22/6 22/8
**above [1]** 27/6
**above-referenced [1]**
27/6

accuracy [1]   22/17
accused [1]   22/17
14/15 14/21 17/17
18/9 18/12 22/23
achieved [1]   23/10
action [5]   12/18
17/23 22/10 25/10
25/10
actually [1]   15/19
additional [1]   8/15
address [2]   8/18
9/16
Administration [1]
7/6
admitted [1]   22/8
adverse [5]   16/16
16/18 16/21
advise [2]   15/15
27/6
after [1]   17/9
against [2]   6/10
17/12
ago [2]   4/21 4/23
agreed [2]   2/19
21/16
agreement [2]   13/14
16/22
ahead [1]   6/5
all [10]   5/25 6/9
7/25 9/11 14/9 18/24
19/11 19/17 20/5
27/12
already [1]   22/8
also [2]   2/12 18/17
am [3]   25/8 25/9
25/10
amazing [1]   20/19
Amended [2]   3/8 8/2
ANDREA [9]   1/14 4/9
4/17 24/5 25/6 26/4
26/20 27/2 27/5
answer [2]   6/1 17/7
any [31]
anybody [1]   6/25
anyone [1]   15/15
anything [5]   17/1
17/12 21/5 21/11
23/1
apparently [1]   21/6
APPEARANCES [1]   1/20
appeared [1]   24/5
APPEARING [3]   2/5
2/11 2/14
appears [1]   16/1
appreciate [2]   23/5
23/7
are [12]   2/22 4/4
6/9 8/23 17/10 17/14
18/4 19/17 22/7
22/16 23/17 26/18
arrangements [1]
27/7
as [17]   4/10 6/13
7/18 8/1 9/6 9/15
10/6 11/2 11/3 11/15
11/19 18/13 18/25
20/13 21/1 22/8
27/10
ascribe [1]   11/4
ask [5]   5/3 5/25 6/5
15/14 22/4
asked [1]   10/18
asking [1]   5/12
assume [2]   20/11
20/13
assuming [1]   17/23
attorney [3]   5/8
25/9 25/10
authorized [1]   25/5
aware [5]   17/4 17/8
17/10 17/10 19/17

**B**

back [5]   12/16 15/19

16/8 18/19 18/22
**BARROUKH [7]** 2/2
6/20 6/23 8/14 8/23
10/14 18/18
**Barroukh's [1]** 18/8
**based [2]** 5/12 14/12
**Bate [1]** 19/7
**Bates [3]** 3/11 19/6
19/7
bathroom [1]   5/24
be [11]   4/5 8/24
11/15 14/24 16/1
19/9 20/14 22/11
23/14 27/9 27/12
BEACH [7]   1/8 5/5
6/10 11/21 25/3 26/3
27/4
bear [1]   7/19
bearing [1]   21/12
because [4]   5/18
12/11 14/20 20/15
been [6]   4/10 4/20
7/7 15/11 27/6 27/11
before [9]   4/20 7/19
8/8 11/25 14/10
17/24 18/1 19/12
24/6
BEHALF [3]   2/5 2/11
2/14
believe [4]   8/24
9/22 16/8 19/9
below [1]   27/7
besides [1]   19/18
between [4]   2/20
3/11 5/8 19/9
bit [2]   7/10 11/7
both [1]   5/1
bottom [2]   12/22
19/5
break [4]   5/23 5/24
5/24 6/2
BRICKELL [1]   2/3
briefly [1]   7/9
BROWARD [1]   24/3
business [2]   14/17
17/19 18/14

**C**

C/O [1]   27/3
call [1]   22/4
calling [1]   21/25
campus [2]   7/6 7/11
can [14]   4/15 7/9
7/20 9/20 10/23 11/1
12/6 14/23 17/7 19/5
20/13 21/9 22/17
23/13
can't [2]   5/19 10/25
care [2]   9/6 9/17
case [8]   1/5 5/4
6/18 8/25 9/16 10/19
11/7 26/3
categories [1]   18/17
category [1]   9/21
CERTIFICATE [2]
23/21 25/1
certify [3]   24/5
25/5 25/8
CHANGES [1]   26/2
character [3]   9/25
10/6 10/11
charge [1]   17/11
chart [2]   22/10
22/14
chat [1]   23/15
Chief [3]   20/18 21/1
21/2
circumstances [1]
9/7
CITY [6]   1/8 5/4
6/10 11/21 26/3 27/4
Civil [2]   27/21
27/21

claims [1]   8/19
18/18
close [1]   5/9
college [22]   3/13
4/19 7/5 7/13 11/22
11/24 13/13 13/25
14/1 14/8 14/16
15/15 15/16 16/15
17/12 17/18 20/6
20/7 20/16 21/13
22/6 22/24
college's [2]   18/13
21/20
column [1]   9/19
come [1]   5/23
Commission [1]   24/12
communications [1]
19/25
complain [1]   17/1
complaints [1]   16/21
complete [1]   25/7
completed [1]   27/9
complimentary [1]
21/9
concluded [1]   23/20
conditions [3]   16/16
16/18 16/21
CONFERENCING [1]
1/17
confirm [1]   18/8
connected [1]   25/10
connection [2]   9/9
9/10
considered [2]   16/7
27/10
consultation [1]
14/7
contact [2]   9/16
27/7
control [2]   9/9 11/3
conversation [1]   5/7
conversations [6]
6/12 6/15 6/17 6/22
6/25 10/19
copy [1]   23/17
correct [2]   17/24
21/18
CORRECTION [1]   26/6
could [3]   11/1 18/9
18/9
counsel [6]   2/5 2/11
2/20 8/14 25/9 25/10
COUNTY [2]   24/3 25/3
couple [1]   7/17
course [3]   14/17
17/18 18/13
court [4]   1/2 5/18
8/11 27/16
current [1]   7/7
currently [1]   19/24
cv [2]   1/5 26/3

**D**

Dade [9]   3/12 4/19
7/4 7/13 11/22 11/23
13/25 16/15 22/6
DANIEL [3]   2/2 6/20
23/17
DANIELB [1]   2/5
DATE [5]   1/15 26/4
26/20 26/21 27/20
dated [2]   3/9 25/12
day [4]   20/20 24/6
24/8 25/12
days [2]   16/3 27/9
December [2]   15/22
16/3
December 16th [1]
15/22
December 19th [1]
16/3
decided [1]   13/13
decides [1]   14/8

decision [3]   13/24
18/18
decision-maker [1]
13/24
declare [1]   26/18
defendant [3]   1/10
2/11 9/25
defenses [1]   8/19
define [2]   10/23
11/1
department [4]   13/3
13/7 13/17 13/20
deponent [3]   2/21
26/4 27/20
deposed [1]   4/20
deposition [9]   1/14
2/21 11/23 23/20
25/1 25/6 27/5 27/6
27/19
DEREK [5]   2/2 6/21
7/1 9/10 10/13
DEREKSMITHLAW.COM [1]
2/5
DESCRIPTION [1]   3/7
details [1]   18/7
did [21]   7/4 7/14
10/3 10/5 12/25 13/1
13/4 13/6 13/9 13/11
14/9 14/11 15/9
15/15 16/20 17/1
18/22 20/20 21/7
21/8 25/5
different [1]   15/17
direct [6]   4/11 13/6
13/9 13/16 13/19
13/21
Director [1]   7/6
disclosure [1]   8/14
disclosures [3]   3/8
8/2 8/12
discoverable [2]
8/18 8/25
discrimination [2]
17/2 17/11
DISTRICT [2]   1/2 1/3
DIVISION [1]   1/4
do [47]
document [27]   7/25
8/8 11/22 11/25
12/17 14/25 15/6
16/8 16/22 16/25
17/14 17/18 17/22
17/24 18/1 18/8 18/8
18/13 18/16 18/23
18/24 19/4 19/8
21/23 22/5 22/7
26/18
documents [7]   3/13
7/17 8/13 11/7 11/22
12/12 21/16
does [4]   5/20 6/2
9/8 21/11
doesn't [1]   5/14
don't [16]   5/8 5/13
5/17 6/4 10/7 10/8
10/9 10/9 10/17
14/23 18/7 20/1
20/13 22/19 23/1
23/2
done [2]   21/23 23/7
down [3]   5/19 8/10
9/2
DPG [2]   1/5 26/3
draft [2]   12/25 13/9
drafted [1]   13/2
13/7
drive [3]   2/3 21/4
21/6
drop [1]   23/15
duly [2]   4/10 24/6
during [2]   16/21
16/25

**E**

earlier [1]  10/18
easy [1]  7/3
effective [1]  16/7
efforts [1]  20/19
either [2]  5/14
 14/23
eleven [1]  7/22
ELKINS [5]  2/8 3/12
 8/5 11/13 11/18
else [1]  21/5
employee [2]  25/9
 25/9
employer [1]  15/17
employment [8]  9/24
 9/24 13/24 16/21
 17/1 17/10 20/5
 22/24
encountered [1]
 16/15
enough [3]  5/22
 16/12 22/20
ENTER [1]  26/2
entire [1]  15/5
errata [1]  27/12
ESQ [3]  2/2 2/8 2/13
ethic [8]  9/25 10/21
 10/22 10/23 11/1
 11/4 18/19 18/20
even [2]  5/7 5/23
events [1]  7/12
ever [8]  4/20 6/22
 6/25 8/8 11/25 19/11
 19/21 21/8
everything [1]  22/22
Exactly [1]  20/17
EXAMINATION [4]  4/11
 19/9 19/21
exhibit [11]  8/1 8/3
 11/15 11/16 11/19
 15/20 18/25 19/1
 21/25 22/1 22/9
Exhibit 1 [1]  8/1
Exhibit 3 [1]  18/25
exhibits [2]  7/18
 23/15
Expires [1]  24/12
explain [2]  8/11
 8/22

**F**

facts [1]  26/18
fair [6]  10/25 10/25
 11/8 16/12 17/24
 22/20
familiar [2]  6/9
 17/14
fast [1]  12/4
faster [1]  12/11
federal [3]  8/11
 27/10 27/21
few [1]  22/7
filed [1]  5/2
filing [1]  17/10
financially [1]
 25/10
fine [2]  6/5 11/5
firm [2]  9/6 9/17
first [6]  4/10 12/19
 13/6 19/11 19/17
 22/5
five [2]  12/17 12/20
five-page [2]  12/17
 12/20
FL [1]  1/8
FLORIDA [11]  1/3 1/9
 1/19 2/4 2/9 24/2
 24/5 24/11 25/2
 27/10 27/21
follow [1]  5/2
follows [1]  4/10
food [2]  21/4 21/6

foregoing [2]  25/7
 26/1
FORERO [17]  1/17
 3/10 3/11 4/9 4/13
 4/17 4/18 8/1 9/23
 12/12 23/4 24/5 25/6
 26/4 26/20 27/2 27/5
Form [1]  22/10
FORT [1]  2/9
forwarded [2]  27/11
 27/12
FPR [3]  1/18 24/10
 25/16
FPR-C [3]  1/18 24/10
 25/16
further [2]  23/1
 25/8

**G**

Garbuz [1]  27/16
get [2]  4/25 5/9
getting [2]  23/7
 23/17
give [7]  4/4 7/9
 11/2 12/1 18/23
 19/10 21/23
go [11]  4/24 5/22
 6/1 6/5 12/16 14/19
 15/19 17/22 18/7
 18/22 23/5
goes [1]  14/4
going [21]  4/24 7/17
 7/18 8/1 8/10 9/2
 9/22 11/12 11/14
 11/15 12/11 12/19
 14/19 15/19 17/22
 18/19 18/24 20/11
 21/22 23/13 23/15
Good [2]  4/13 4/14
Great [1]  6/8
grounds [1]  4/24
GROUP [5]  2/2 6/21
 7/1 9/11 10/14
GUASTO [18]  1/6 3/10
 3/11 5/4 6/10 6/13
 7/15 10/4 12/18
 13/24 14/22 15/9
 15/15 16/20 21/19
 22/24 26/3 27/4
Guasto's [3]  13/18
 15/25 22/9
guess [2]  5/13 5/14
guys [1]  6/14

**H**

had [12]  6/12 6/14
 6/17 6/22 6/25 10/17
 10/18 15/11 19/22
 21/4 21/16 23/5
hand [1]  4/3
happen [1]  22/14
happened [3]  15/1
 15/7 22/24
harassment [1]  17/2
has [4]  6/10 9/23
 27/6 27/11
have [52]
haven't [1]  20/3
haven't looked [1]
 20/3
having [2]  4/10
 18/16
he'll [1]  5/9
He's [1]  6/21
help [1]  5/2
helped [1]  20/20
her [25]  6/15 6/17
 9/24 10/6 10/24 13/9
 13/19 13/21 16/1
 16/21 17/1 17/9
 17/10 19/22 19/25
 20/5 20/7 21/1 21/6
 21/7 21/8 21/12
 21/15 21/17 22/24

here [10]  4/25 5/1
 9/23 15/25 18/13
 20/18
hereby [3]  2/19 2/22
 27/18
HH [1]  24/12
highlighting [1]  9/4
his [3]  8/23 18/18
 18/18
hold [3]  4/22 11/11
 12/6
hopefully [2]  4/25
 5/22
how [2]  7/7 14/4
however [2]  27/10
HR [2]  14/1 15/15
human [2]  13/3 13/6
hundred [1]  20/12

**I**

I'll [7]  8/10 8/22
 9/7 9/20 11/6 11/25
 20/13
I'm [41]
I've [1]  11/19
idea [4]  9/15 10/13
 16/6 16/17
ideal [1]  23/14
identification [4]
 8/4 11/17 19/2 22/2
implicate [1]  5/7
important [1]  5/17
inclusion [1]  27/12
individual [1]  14/3
information [11]
 8/19 8/24 9/17 9/21
 10/11 10/22 10/24
 11/2 14/9 14/12
 18/17
Initial [2]  3/8 8/2
initials [1]  18/4
input [1]  13/4
intention [1]  5/1
interact [1]  7/14
interested [1]  25/10
involvement [1]
 22/18
is [51]
issuance [1]  16/25
issued [1]  16/9
issues [1]  13/12
it [33]
it's [9]  4/25 5/17
 11/14 12/16 12/16
 18/13 19/14 20/11
 20/13
items [1]  20/7
its [2]  14/16 17/18
itself [1]  14/21

**J**

January [1]  16/7
January 31 [1]  16/7
JAVIER [2]  2/13 23/7
JESSICA [3]  1/6 5/4
 6/13
JG000031 [2]  3/11
 19/7
JLEYSOTO [2]  2/13
 27/3
JULY [6]  1/15 24/6
 24/8 25/12 26/4 27/1
jump [1]  5/9
just [19]  4/15 4/23
 5/24 5/25 6/5 7/9
 7/18 8/10 8/22 11/12
 14/14 14/19 15/20
 18/8 19/6 21/22
 21/24 22/4 22/21

**K**

keep [2]  5/1 12/9
kept [3]  14/16 17/18

 18/13
kind [3]  9/4 11/1
 17/11
know [10]  5/6 10/8
 10/18 12/14 14/22
 15/16 16/6 20/1
 20/13 22/14
knowledge [6]  5/13
 9/23 10/6 10/15
 14/13 16/20
known [1]  6/13

**L**

label [1]  21/24
Larose [2]  13/17
 13/22
last [3]  10/21 17/22
 22/21
later [1]  16/4
LAUDERDALE [1]  2/9
law [9]  2/2 2/8 6/21
 7/1 9/6 9/10 9/17
 10/14 19/8
lawsuit [5]  6/9 6/15
 6/23 7/1 17/11
lawsuits [1]  8/11
lawyer [2]  5/14 9/8
leadership [1]  20/19
leaving [1]  15/16
let [4]  12/14 15/14
 15/19 18/22
let's [2]  11/7 12/16
letter [28]
LEY [1]  2/13
LEY-SOTO [1]  2/13
like [6]  8/12 9/21
 14/3 17/1 17/11
 17/12
likely [1]  8/18
LINE [1]  26/6
list [1]  9/15
listed [6]  9/3 9/6
 9/23 11/2 11/3 18/3
listing [1]  8/23
little [3]  7/9 11/7
 12/11
long [5]  4/21 4/23
 5/1 5/22 7/7
looked [2]  18/16
 20/3
looks [1]  22/11
lots [1]  20/21
Lynn [2]  13/16 13/22

**M**

ma'am [1]  17/7
made [2]  12/23 14/2
make [5]  5/20 6/2
 16/20 22/21 27/7
maker [1]  13/24
March [1]  24/12
mark [3]  7/18 8/1
 11/12
marked [6]  8/3 11/16
 11/19 18/25 19/1
 22/1
marking [1]  11/14
MASCI [5]  1/18 24/4
 24/10 25/5 25/16
matter [1]  5/5
may [1]  4/8
maybe [1]  6/14
MDC.EDU [2]  2/13
 27/3
me [18]  5/8 5/24 6/5
 7/19 8/14 11/21 12/1
 12/2 12/4 12/5 14/14
 15/14 15/19 18/22
 18/23 21/23 22/11
 24/6
mean [1]  16/23
meaning [1]  11/2
 11/4

means [2]  8/22 9/8
MELINS [1]  17/12
MELKINS [1]  2/10
Memorandum [1]  7/7
message [4]  3/11
 19/9 19/21 20/11
messages [2]  19/18
 21/9
MIAMI [17]  1/4 1/8
 2/4 3/12 4/19 5/5
 6/10 7/4 7/13 11/21
 11/22 11/23 13/25
 16/15 22/6 26/3 27/4
MICHAEL [1]  2/8
Mike [1]  7/20
Mini [1]  23/14
minute [2]  19/10
 19/14
misrepresenting [1]
 9/20
MLE [1]  2/8
MLELAWFIRM.COM [1]
 2/10
moment [2]  11/11
 12/1
more [1]  15/20
morning [2]  4/13
 4/14
MR [3]  8/5 11/13
 11/18
Mr. [8]  5/6 6/20
 6/23 8/14 8/23 10/14
 18/18 19/8
Mr. Barroukh [5]
 6/23 8/14 8/23 10/14
 18/18
Mr. Barroukh's [1]
 19/8
Mr. Daniel [1]  6/20
Mr. Soto [1]  5/6
Ms [6]  4/13 4/18 8/1
 9/23 12/12 23/4
Ms. [16]  6/10 6/13
 7/15 10/4 12/18 13/8
 13/18 13/24 14/22
 15/9 15/15 15/25
 16/20 21/19 22/9
Ms. Guasto [12]  6/10
 6/13 7/15 10/4 12/18
 13/24 14/22 15/9
 15/15 16/20 21/19
 22/24
Ms. Guasto's [3]
 13/18 15/25 22/9
Ms. Sylvia [1]  13/8
MUNICIPALITY [1]  1/9
my [11]  4/25 5/3 5/5
 6/5 11/23 16/15 18/5
 22/6 24/12 25/7
 27/19

**N**

name [8]  4/15 8/17
 8/18 9/3 12/1 13/15
 18/3 26/4
necessary [1]  26/17
need [3]  5/23 5/24
 18/7
next [1]  22/7
no [27]  5/5 5/5 6/11
 6/16 6/19 6/24 7/2
 8/9 10/7 10/8 10/12
 10/16 10/20 12/7
 13/10 15/18 16/19
 17/13 18/21 19/13
 19/20 20/9 21/14
 22/15 23/19 26/3
 27/10
NO.:1:22 [1]  1/5
NO.:1:22-cv-21004-DPG
[1]  1/5
NORTHEAST [1]  2/9
not [24]  4/25 5/22

**N**

not... **[22]** 5/25
9/12 9/13 9/14 9/18
9/20 13/1 13/19 14/4
14/19 15/6 15/11
16/11 17/4 17/8
19/23 20/11 21/10
21/16 23/8 25/8 26/2
NOTARY **[3]** 1/19 24/4
24/11
notes **[1]** 25/7
nothing **[1]** 4/5
now **[4]** 9/6 10/3
18/16 23/16
number **[7]** 8/3 11/16
19/1 19/6 19/6 19/7
22/1

**O**

O-301 **[1]** 2/3
OATH **[1]** 24/1
objection **[3]** 15/3
15/4 17/5
office **[5]** 11/23
18/18 19/8 22/6 27/7
okay **[66]**
once **[1]** 27/12
one **[10]** 4/22 11/11
12/6 18/23 18/23
19/14 19/19 21/22
21/24 22/21
only **[5]** 19/14 19/21
20/7 20/14 23/14
opinion **[1]** 10/10
opportunity **[2]** 5/3
7/14
order **[1]** 23/13
ordering **[2]** 27/12
27/12
ordinary **[4]** 9/7
14/16 17/18 18/13
original **[1]** 27/11
other **[8]** 5/18 18/23
19/18 19/25 20/8
21/8 21/22 26/17
our **[2]** 13/3 27/7
out **[2]** 4/25 20/20
outcome **[1]** 16/23
over **[2]** 4/24 5/17
overnight **[1]** 23/14
oversee **[1]** 7/11

**P**

page **[7]** 3/7 12/17
12/20 12/23 19/15
22/5 26/6
PAGE/LINE **[1]** 26/6
pages **[2]** 22/7 25/7
PALM **[1]** 25/3
part **[4]** 6/21 9/19
10/21 22/8
particular **[1]** 18/1
parties **[4]** 2/20
8/12 25/9 27/12
parties' **[1]** 25/9
party **[1]** 27/12
pass **[1]** 5/23
payroll **[2]** 22/11
22/16
penalties **[1]** 26/18
pending **[1]** 6/1
people **[3]** 5/19 8/23
20/21
percent **[1]** 20/12
Perfect **[2]** 11/10
18/6
perjury **[1]** 26/18
person **[1]** 14/2
personal **[1]** 5/13
personally **[2]** 17/10
24/5
Personnel **[3]** 12/18
17/23 22/9

persons **[1]** 8/18
PLAINTIFF **[1]** 1/3
plaintiff **[11]** 1/7
2/5 10/3 10/14 10/19
19/5 19/10 19/18
19/22 20/5 20/24
plaintiff's **[12]** 3/7
3/8 8/1 8/3 8/13
9/24 10/11 10/22
11/16 18/20 19/1
22/1
please **[3]** 4/3 7/21
27/7
PLLC **[1]** 2/2
plus **[1]** 22/9
point **[4]** 5/5 6/4
15/14 17/9
policies **[1]** 21/20
position **[1]** 16/15
possession **[1]** 19/24
PRESENT **[1]** 2/12
presume **[1]** 21/15
prior **[1]** 16/25
problem **[3]** 5/25
12/7 23/8
procedural **[1]** 22/5
Procedure **[2]** 27/21
27/21
procedures **[1]** 21/20
proceed **[1]** 4/8
processes **[1]** 14/4
produced **[4]** 11/23
19/5 19/8 22/11
production **[1]** 22/7
Professional **[1]**
25/5
promised **[1]** 23/9
public **[5]** 1/19 7/11
21/2 24/4 24/11
**Q**
question **[9]** 5/5 5/7
6/1 6/1 6/5 6/6 11/6
15/6 18/19
questions **[4]** 5/4
5/12 22/5 23/2
quick **[2]** 4/24 4/25
**R**
Raise **[1]** 4/3
RE **[2]** 26/3 27/4
read **[5]** 19/14 23/11
23/12 26/18 27/7
reading **[2]** 2/21
27/18
ready **[2]** 12/14
12/15
really **[3]** 11/1
12/16 23/5
REASON **[1]** 26/6
reasonable **[1]** 27/10
recall **[4]** 19/23
21/4 21/9 21/10
receipt **[1]** 27/9
received **[1]** 27/12
Recess **[1]** 7/23
record **[3]** 14/6 19/7
25/7
records **[3]** 22/12
22/16 22/17
referenced **[1]** 27/6
referred **[1]** 21/1
refers **[1]** 16/8
regard **[1]** 27/10
Registered **[1]** 25/5
relating **[2]** 8/19
16/18
relative **[1]** 25/8
relevance **[1]** 21/12
relevant **[1]** 8/24
remember **[1]** 20/10
REMOTE **[1]** 1/17
rephrase **[1]** 6/6

report **[1]** 25/6
reported **[1]** 1/21
reporter **[1]** 5/18
REPORTER'S **[1]** 24/13
represent **[3]** 9/7
11/20 19/4
representation **[4]**
14/15 17/17 18/12
22/23
Request **[1]** 17/23
requested **[1]** 25/6
reserved **[1]** 2/22
resign **[4]** 14/23
14/23 15/9 16/14
resignation **[5]** 16/1
16/6 16/13 17/15
22/9
resigned **[1]** 15/11
resources **[2]** 13/3
13/7
respective **[1]** 2/20
responsibilities **[1]**
7/10
retaliation **[1]** 17/2
retrieve **[1]** 20/7
review **[6]** 13/12
14/9 19/10 25/6 27/8
27/9
right **[5]** 4/3 7/25
18/24 20/15 23/15
role **[3]** 7/4 7/7
7/10
RPR **[4]** 1/18 24/4
24/10 25/16
Rule **[2]** 27/21 27/22
rules **[3]** 4/24 5/2
27/10
rush **[1]** 23/13
**S**
safety **[2]** 7/11 21/2
said **[4]** 9/13 10/15
15/6 18/18
Salabarria **[1]** 6/13
same **[1]** 5/19
say **[1]** 4/15
says **[5]** 8/17 14/25
16/13 19/5 20/18
screen **[1]** 6/13
scroll **[6]** 8/10 9/2
9/20 12/1 12/2 12/11
scrolling **[2]** 12/4
12/9
second **[8]** 3/8 4/22
5/12 8/2 9/19 12/6
18/23 21/24
seconds **[1]** 7/20
see **[20]** 6/20 8/6
8/7 8/17 8/19 9/3
9/3 9/5 9/20 10/1
10/2 13/21 15/21
15/22 16/1 18/3 18/9
19/5 20/22 22/12
seen **[7]** 7/19 8/8
11/25 17/24 18/1
18/17 19/11
send **[1]** 21/8
sense **[2]** 5/20 6/2
separate **[2]** 13/24
21/17
separated **[1]** 21/19
separation **[3]** 20/5
21/12 21/16
serve **[1]** 8/12
served **[1]** 11/21
services **[1]** 7/11
set **[1]** 20/20
she **[12]** 5/19 6/13
6/14 10/24 15/11
15/11 15/16 16/13
16/22 17/1 20/15
21/2
she's **[2]** 15/5 16/17

short **[1]** 23/9
show **[7]** 11/7 11/14
15/19 18/23 18/24
21/22
showing **[3]** 7/25
11/19 11/23
shrink **[1]** 18/9
side **[2]** 7/12 26/17
sign **[2]** 27/7 27/7
signature **[2]** 12/22
18/5
signed **[7]** 11/8
14/10 15/22 21/15
22/10 22/22 24/8
signing **[2]** 2/21
27/18
since **[2]** 4/23 20/5
SMITH **[5]** 2/2 6/21
7/1 9/10 10/13
so **[24]** 4/15 4/23
5/3 5/7 5/13 6/6
7/18 7/19 7/25 8/17
9/2 9/20 10/10 11/1
11/3 11/11 12/19
13/18 16/3 18/9
18/16 19/21 20/10
22/5
social **[1]** 7/12
some **[4]** 4/24 5/3
7/19 9/8
somewhat **[1]** 22/4
sorry **[4]** 10/17
15/22 18/10 23/5
SOTO **[2]** 2/13 5/6
SOUTHERN **[1]** 1/3
speaks **[1]** 14/20
specific **[1]** 15/6
speed **[1]** 5/2
spoken **[1]** 20/4
STATE **[5]** 1/19 24/2
24/4 24/11 25/2
stated **[1]** 26/18
STATES **[1]** 1/2
Statute **[1]** 27/10
stenographic **[1]**
25/7
stenographically **[1]**
25/6
stipulated **[1]** 2/19
stop **[1]** 12/5
subpoena **[1]** 11/21
subsequent **[1]** 9/24
suggested **[1]** 27/9
SUITE **[1]** 2/3
supervisor **[10]**
13/14 13/15 13/16
13/16 13/17 13/18
13/19 13/20 13/21
14/7
supposed **[1]** 19/9
sure **[5]** 5/8 5/14
14/4 16/11 20/12
22/21
swear **[1]** 4/4
sworn **[2]** 4/10 24/7
Sylvia **[1]** 13/8
**T**
take **[3]** 5/19 12/7
19/14
taken **[2]** 7/23 27/6
talk **[3]** 5/17 11/7
12/19
talked **[2]** 5/6 22/8
talking **[3]** 5/19
16/17 20/24
TAMARA **[5]** 1/18 24/4
24/10 25/5 25/16
Tammy **[1]** 7/22
TANNEN **[5]** 1/18 24/4
24/10 25/5 25/16
team **[1]** 21/7
team's **[1]** 20/19

tell **[3]** 5/8 5/24
ten **[1]** 7/20
terminate **[1]** 13/13
terminated **[2]** 14/24
15/12
terms **[1]** 14/5
TERRACE **[1]** 2/9
testified **[2]** 4/10
14/21
testify **[3]** 9/22
9/22 18/19
testifying **[2]** 6/18
15/5
testimony **[2]** 4/4
10/10
text **[5]** 3/11 19/9
19/18 19/21 21/9
than **[1]** 20/8
thank **[6]** 4/8 17/21
20/18 23/3 23/4
23/19
that **[91]**
that's **[8]** 6/5 10/25
10/25 14/25 17/18
18/5 18/25 20/15
their **[3]** 9/6 9/17
19/7
then **[13]** 6/1 9/19
10/21 12/17 12/18
15/25 18/3 21/23
21/23 22/7 22/10
22/11 22/16
there **[6]** 10/24 12/6
13/12 14/2 19/6
27/10
there's **[7]** 5/25
12/12 12/17 12/18
14/7 19/6 22/10
these **[5]** 5/2 7/19
22/16 22/17 22/18
they **[8]** 8/23 9/6
9/8 9/15 9/22 9/23
11/2 11/3
thing **[1]** 18/10
things **[2]** 15/20
17/3
think **[6]** 6/13 7/18
11/6 21/23 21/23
23/9
this **[56]**
those **[2]** 17/3 18/4
though **[1]** 14/2
three **[1]** 16/3
through **[3]** 14/1
14/20 23/6
time **[12]** 1/16 4/21
4/23 5/5 5/19 6/4
12/7 15/15 16/14
17/9 22/21 23/5
Timofey **[1]** 27/16
today **[4]** 5/1 5/18
20/21 23/2
told **[1]** 14/23
too **[1]** 12/4
top **[1]** 12/2
totally **[1]** 6/5
tough **[1]** 20/19
transcribed **[1]** 27/7
transcript **[9]** 25/6
25/7 26/2 27/6 27/8
27/9 27/11 27/13
27/19
true **[3]** 22/23 25/7
26/18
truly **[1]** 27/14
truth **[3]** 4/5 4/5
4/6
twice **[1]** 18/4
two **[3]** 5/19 12/12
15/20
type **[1]** 17/24
types **[1]** 17/3

**U**

**ultimately [3]** 14/8 15/9 20/20
**under [4]** 9/7 11/3 26/18 27/10
**understand [7]** 5/10 5/11 5/15 5/16 6/4 8/15 8/25
**Understood [2]** 16/24 20/8
**unfortunate [1]** 16/14
**UNITED [1]** 1/2
**untimely [1]** 16/14
**up [3]** 5/2 9/20 12/16
**upon [1]** 14/13
**us [2]** 4/25 7/9
**Use [1]** 26/17

**V**

**verify [2]** 22/17 22/21
**versus [1]** 5/4
**very [5]** 4/25 5/1 7/9 7/9 27/14
**via [2]** 1/17 24/6
**viewpoint [1]** 18/20
**violating [1]** 21/19
**voluntarily [1]** 15/17
**VS [1]** 1/7

**W**

**waive [3]** 23/11 27/7 27/18
**Waiver [1]** 27/17
**want [11]** 5/6 5/13 5/14 11/4 12/1 12/2 12/5 14/19 14/22 18/8 22/21
**was [33]**
**wasn't [1]** 16/22
**we [13]** 4/15 5/1 5/17 5/18 5/22 6/1 11/20 11/21 13/12 20/20 20/20 21/4 23/5
**We'll [1]** 23/12
**we've [1]** 22/8
**well [6]** 7/3 13/6 19/11 20/4 20/13 21/7
**were [3]** 7/13 13/13 13/18
**what [21]** 5/5 5/6 7/4 8/11 8/22 9/13 11/6 11/14 11/19 13/15 14/22 14/25 15/1 15/7 15/25 16/17 20/20 21/3 22/11 22/14 22/23
**What's [1]** 15/4
**whatever [3]** 5/24 11/2 11/4
**when [5]** 6/14 7/13 9/8 12/14 20/15
**where [1]** 4/18
**which [3]** 13/14 17/22 22/8
**while [1]** 10/24
**who [6]** 13/2 13/6 13/11 13/21 13/23 13/23
**whole [2]** 4/5 18/9
**why [4]** 9/15 10/13 16/6 21/1
**will [11]** 4/4 4/24 5/2 5/22 6/6 11/20 14/24 16/14 19/4 22/4 27/12
**Willin [1]** 13/8
**wit [1]** 19/18

**withdraw [1]** 11/6
**witness [6]** 2/14 3/2 4/7 9/9 9/9 9/16
**witnesses [2]** 8/13 8/15
**word [3]** 10/23 14/20 14/20
**work [15]** 4/18 7/14 9/25 10/3 10/21 10/22 10/24 11/1 11/4 16/16 16/18 16/21 18/19 18/20 19/22
**worked [1]** 20/15
**would [10]** 5/7 5/25 8/24 8/24 9/15 9/21 10/14 11/3 15/11 23/14
**wouldn't [1]** 21/15
**WRITE [1]** 26/2
**written [1]** 15/21

**Y**

**Yeah [2]** 10/25 12/7
**year [1]** 20/10
**years [1]** 7/8
**Yes [34]**
**you [154]**
**you'd [1]** 18/18
**you'll [4]** 5/22 6/20 9/2 15/21
**you're [3]** 9/3 9/22 12/14
**you've [3]** 7/19 14/21 17/23
**your [27]** 4/3 4/15 5/8 5/13 5/14 7/4 7/10 8/6 8/17 9/3 9/16 12/1 12/7 12/22 13/6 14/13 16/20 18/3 18/4 18/4 19/24 20/18 20/19 22/7 23/5 27/9 27/12
**yours [1]** 27/14

**Z**

**ZOOM [3]** 1/17 6/20 24/6

**EXHIBIT**
**3**
07.23.24 FORERO TMT

 **Andrea Forero**
tap here for contact info

 

Sat, Jul 30

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

Thank you Chief for your leadership and your teams amazing efforts. It was a tough day but ultimately we did what we set out to do and helped lots of people today. 13:02

❤️

Our pleasure always! It's been a wonderful experience and as you can see all of our staff, PSO, students, faculty as well as yourself are all public servants doing our best to help the public and be a resource for those in need.
We are at your service and the campus service always.
Thank you for this wonderful opportunity and allowing us to work together with harmony and confidence. It's a pleasure to work alongside you. 14:51 ✓✓

❤️

**Plaintiff Bates No. JG000031**

EXHIBIT
**2**
07.23.24 FORERO TMT

**MIAMI DADE COLLEGE**
*PUBLIC SAFETY DEPARTMENT / HIALEAH CAMPUS*

## M E M O R A N D U M

### VERBALLY COMMUNICATED AND EMAILED (Jessica.guasto@gmail.com)

**Date:**      December 16, 2022

**To:**        Jessica Guasto, Public Safety Chief

**From:**      Andrea Forero, Director Campus Administration

Miami Dade College

|||||||||||||||||||||||||||
1001196510

**Subject:**   Notice of Final Action of Termination

Based on your position of trust in the Public Safety Department, your service in a responsible position of Public Safety Chief, Hialeah Campus, and the severity of these offenses, this memorandum serves to advise you of the College's decision to terminate your employment from the position of Public Safety Chief, Hialeah Campus, effective, January 31, 2023, for violation of College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees, specifically, Performance Standard of Conduct, Section IV *(1):*

> (c)   Acts that disrupt or interfere with the administration or functions of the College.
> (e)   Failure to inform the supervisor when leaving a work area.

On December 2, 2022, Ms. Larose met with you, in the presence of Dr. Sawyer (present as a resource since I was on leave. During this meeting, you were given a Notice of Administrative Leave with Pay Pending Investigation (see attached) for procedural violations

This Notice states: *"Based on your established work schedule – 8:00 am – 4:30 pm Monday through Friday on the following dates/times you left the workplace without notifying me or obtaining prior approval."*

Work schedule information has been provided to Ms. Guasto on several occasions, specifically,

- New Employee Supervisor Checklist, signed May 23, 2022, with the *"Scheduled work time: 8 A.M. to 4:30 P.M."*

- Email dated June 20, 2022, from Ms. Guasto stated, *"My schedule for now is Monday-Friday from 09:30 – 4:30."* Which references the following statement from Ms. Guasto, *"However, I mostly maintain the same schedule and just advise you and Andrea of any changes in scheduling."*

- In text exchanges on June 28, 2022, Ms. Larose acknowledged Ms. Guasto's clarification and further reiterated that the work schedule includes a one (1) hour meal break. In addition, Ms. Larose was clear in stating that waiving her meal break is acceptable "once in a while"; however, it should be a continuous pattern.


H R - D I S C I P L

- During their weekly meetings, Ms. Larose revisits the established 8:30am – 4:30pm schedule. However, found it necessary to remind Ms. Guasto of that fact on August 22, 2022 via email stating, *"Your summer schedule should have ended on July 29th. You will need to resume your regular schedule starting tomorrow, from 8am – 4:30pm."*

- On September 20, 2022, Ms. Larose emailed the link for College Procedures 2828 Workday-Workweek Shift/Alternative Work Schedule for Non-Instructional Personnel after another conversation about the workday.

- On September 26, 2022, Ms. Larose emailed Ms. Guasto asking if she was on campus? Approximately one hour later, at 5:12 PM Ms. Guasto responded, *"I left to a meeting with HPD for Wednesday. After the meeting I had my lunch. I will be on campus till 7pm tonight."* Ms. Larose responded, *"As I mentioned to you in the past, please let me know in advance and place meetings on your calendar."*

- On November 8, 2022, Ms. Larose emails Weekly Meeting recap regarding PEC employee scheduled workweek. *"7. Discussed what it means to be a PEC employee. PEC employees are expected to be here during the scheduled work week. If an event (i.e., open house, community event) happens outside of the normal work hours, we are still expected to work normal hours and the additional hours due to an event."*

Specific allegations listed is as follows:

Allegation: October 14, 2022, you left the workplace at 2:45pm

Ms. Guasto's partial response: *"Pursuant to my research, I left the workplace at 3:35 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. Last FOB activity is at 2:52pm. Camera footage shows Ms. Guasto at her car at 2:56pm then leaves the workplace at 3:35pm. Ms. Larose was not notified of early departure.

Allegation: October 18, 2022, you left the workplace at 2:48pm

Ms. Guasto's partial response: *"I left the workplace at 3:34 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. No FOB activity between 9:46am to 2:39pm. Camera footage shows Ms. Guasto leaving the workplace at 2:49pm. Ms. Larose was not notified of early departure.

<u>Allegation: November 04, 2022, you left the workplace at 10:08am</u>

Ms. Guasto's partial response: *"I left the workplace at 5:37 PM."*

**Findings:** There is no evidence of FOB activity after 10:00am on this date for Ms. Guasto. 10:06am camera footage shows Ms. Guasto getting into the passenger side of her vehicle, then leaves the workplace. Camera footage later shows Ms. Guasto leaving the workplace at 5:35pm. Ms. Larose was not notified.

<u>Allegation: November 07, 2022, you left the workplace at 2:18pm</u>

Ms. Guasto's partial response: *"It was at 2:23 PM that I left in order to assist Security Officer ..."*

**Findings:** Admits leaving prior to the 4:30pm end of the scheduled workday. No FOB activity is recorded for this date. Camera footage shows Ms. Guasto leaving the workplace at 2:23pm. Ms. Larose was not notified of early departure.

<u>Additionally, the notice also referenced the following:</u>
> *"Separately, pursuant to a request form me: On October 26, 2022, you agreed to work from 5:00pm – 1:30 am, and left the workplace at 10:10 pm"*

Ms. Guasto did not respond to this.

**Findings:** Email exchanges on October 21st and 24th regarding the instructions given to Ms. Guasto related to working the Family Night Out on October 26, 2022. For this day, Ms. Larose specifically adjusted Ms. Guasto's workday schedule, stating, *"Wednesday you will come in from 5pm – 1:30am."* FOB activity recorded only from 5:03pm to 9:29pm. Camera footage shows Ms. Guasto leaving the workplace at 10:10pm. Ms. Larose was not notified of early departure.

The College's decision is based on the findings of this investigation.

You may voluntarily resign from your position. Should you choose to voluntarily resign your position, you may utilize the enclosed resignation form for that purpose. Please submit your resignation to the attention of Ms. Sylvia Willin by email at swillin@mdc.edu or fax, 786-408-6427, by 4:30pm on Monday, December 19, 2022. Please follow-up by mailing your original resignation. Should you elect this option, the mailing address is Miami Dade College, Division of Human Resources, Kendall Campus, 11011 S.W. 104th Street, Room 1111, Miami, Florida 33176-3393.

If you elect not to resign from your position, the College will proceed with termination of your employment, effective January 31, 2023. You will not be expected to report for work after today's meeting.

Please note the following information:

Your paycheck for the pay period of December 5, 2022, through December 18, 2022, was issued on pay date, December 15, 2022, and was directly deposited with your banking institution.

Your paycheck for the pay period of December 19, 2022, through January 1, 2023, was issued on pay date, December 16, 2022, and was directly deposited with your banking institution.

Pursuant to the annual employment contract, you will receive payment through January 31, 2023. Your paycheck for the pay period of January 2, 2023, through January 15, 2023, will be issued on pay date, January 13, 2023, and will be directly deposited with your banking institution.

Your paycheck for the pay period of January 16, 2023, through January 29, 2023, will be issued on pay date, January 27, 2023, and will be directly deposited with your banking institution.

Your final Paycheck for January 30th and 31st, 2023, will be issued on pay date February 10, 2023. Questions you have regarding retirement or insurance should be directed to the Office of Compensation and Benefits at 305-237-2010.

You will receive a separate paycheck, paid within 60 days of final pay, which will contain the payment for any vacation leave balance you currently have remaining. The total amount of this payment cannot exceed thirty (30) workdays or 225 hours. If the amount of this payment is $1,000.00 or more, the College will place this money in an account for you under the College's Terminal Leave Payment program, administered through BENCOR, Incorporated. BENCOR's contact information is 1-888-258-3422 or www.bencor.com.

Please make arrangements with me to return any College-issued property in your possession or to secure your personal items by today. I may be contacted at (305) 237-8825.

You may also address questions regarding this process to the Employee Relations department, Ms. Sylvia Willin at 305-237-0266 or by email at swillin@mdc.edu.

***Advisory Regarding Retaliation***
Please note that Federal law and College Policy I-21 Equal Access/Equal Opportunity, prohibit retaliatory conduct causing any interference, coercion, restraint or reprisal against a person complaining of discrimination or harassment or participating in the resolution of a complaint of discrimination, harassment or whistleblowing. This protection applies to all parties related to a complaint (i.e., complainants, respondents, witnesses). Report allegations of retaliation to the Office of EOP/ADA for review and resolution.

cc:    Employee File
       Dr. Georgette Perez, Campus President, Hialeah Campus
       Ms. Lynn Larose, Director, Campus Services
       Sylvia Willin, Employee Relations Officer

Attachments:

**Page 4 of 5**

- College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees
- New Employee Supervisor Checklist, signed May 23, 2022
- Administrative Leave with Pay Pending Investigation dated December 2, 2022

*Andrea Forero*

_____

Signature of Director

*12/16/2022*

_____

Date

**Page 5 of 5**

**To Whom It May Concern at Miami Dade College:**

I, _____ Jessica Guasto _____, hereby resign from my position of

_____ Chief/Director _____ in the _____ Public Safety Department _____ Department at

Miami Dade College, effective, _____ January 31st, 2023 _____.

My EMPL ID# is _____ 1001196510 _____.

_____            _____ December 19th, 2022 _____
Signature                                                        Date

It is unfortunate and untimely, but at this time I will resign from my position at MDC. I have encountered adverse work conditions and have decided on advice of counsel, to resign as Chief of Public Safety and continue to pursue future endeavors. As is the case, I have met many outstanding individuals in the Organization and only wish them the best as well as the best for the Organization going forward.

Thank you.

Jessica Guasto

# Miami Dade College

## Request for Personnel Action
### Required Forms for New Employees

**Effective Start Date:** 01/31/2023

**Action (Select One):** Termination (Exit Form Required)

**FOR ALL TRANSFERS, PLEASE INCLUDE THE FORMER DEPARTMENT NUMBER IN THE EXPLANATION SECTION (D) BELOW.**

### SECTION A – GENERAL INFORMATION

**Name:** Jessica Guasto

**Empl ID:** 1 0 0 1 1 9 6 5 1 0

**SSN, if new hire:**

**Title/Job Code/Grade:** Public Safety Chief/Director;321200;15

**Position #:** 00002165

**Find Position Job Codes and Chartstrings**

| Operating Unit | Fund Code | ICS | Campus Center | Department ID | Account | Budget Ref # |
|---|---|---|---|---|---|---|
| HI01 | 101 | 7200000 | 7000 | 100100 | 5300000 | |

**Grant Positions Only**

| Project # | PC Bus. Unit | Activity |
|---|---|---|
| | | |

**Check all that apply:**
- ☑ Full-Time
- ☐ Part-Time
- ☐ Grant Position
- ☐ Interim

**Pay Group (Select One):** PEC - Professional Exempt Contractual

**Status (Select One):** Select one

**Department Name:** Public Safety

**Expected End Date (If applicable):**

**Location (Select One):** Hialeah Campus

**Reports To Position Number:** 00003869

**If location is District, please check:** ☐

**Reports To Name (First and Last):** Lynn Larose

### SECTION B – PAYMENT DESCRIPTION

**Base Annual Salary:** | **Hourly Rate:**

### SECTION C – REASON FOR ACTION (SELECT ONE):
Termination must include reason. Select from code list below. Rate increase requests must include written justification with attached job description. Previous information for change must be included.

Resignation

### SECTION D – PROVIDE ADDITIONAL INFORMATION
Please refer to Employee Relations

ER Resignation –
in lieu of termination

### SECTION E – ACTION AUTHORIZATION

| | Extension | Signature | Date |
|---|---|---|---|
| Andrea Forero | 7-8825 | | 12-28-22 |
| Hiring Manager/Originator | | | |
| Andrea Forero | 7-8825 | | 12-28-22 |
| Budget Manager | | | |
| Dr. Georgette Perez | 7-8712 | Georgette Perez | Dec 28, 2022 |
| Campus/Division Head | | | |
| Lynn Williams Tocum | | | 1/3/23 |
| Human Resources | Extension | Signature | Date |

COPY for BOARDS 2/3

**ADDITIONAL JOBS IN SAME CLASSIFICATION**

| Position | Rate | Job Code |
|---|---|---|
| | | |

**OVERLOAD ASSIGNMENT WITHIN DIFFERENT CLASSIFICATION**

| Position | Rate | Job Code |
|---|---|---|
| | | |

### HUMAN RESOURCES ONLY- RECRUITING SERVICES

**Check off if applicable (Posting Vacancy/ Candidate)**
- ☐ External   ☐ Internal   ☐ New Position

**Check off all degrees required for position, if applicable**
- ☐ Associates   ☐ Bachelors   ☐ Masters   ☐ Doctorate

**2080 Position, Please check:** ☐ Yes ☐ No

- ☐ Transcripts on file
- ☐ Not attached

**E-Verify:** (mm/dd/yyyy)
**Background Completed:** (mm/dd/yyyy)

**Forward copy to E.R. to Follow-up (Check, if applicable)**
Secure degree/certification _____ within _____ months from hire date

**Degree Incentive $**

**Job Posting Dates:** Opening _____ Closing _____

### HUMAN RESOURCES ONLY- EMPLOYEE SERVICES

| Data Entry Date | Audit Date |
|---|---|
| 1/3/2023 | |
| **HR Initials** | **HR Initials** |

### HUMAN RESOURCES ONLY- BENEFITS

**Check off if applicable (Retirement)**
- ☐ Retiree With Benefits
- ☐ Retiree Without Benefits
- ☐ DROP   ☐ DROP S   ☐ DROP V   ☐ DROP SV

**DROP Start Date:** mm/dd/yyyy
**DROP End Date:** mm/dd/yyyy

Revised 05/2022

HR-RPAS



EXHIBIT
**1**
07.23.24 FORERO TMT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESSICA GUASTO,

    Plaintiff,

           CASE NO.: 1:22-cv-21004-MD

  v.

THE CITY OF MIAMI BEACH, FL,
a Florida municipality, et al.

    Defendants.
_____/

**PLAINTIFF'S SECOND AMENDED INITIAL DISCLOSURES**

   Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff, JESSICA

GUASTO ("Plaintiff" and/or "Guasto"), by and through her undersigned counsel, hereby makes

the following initial disclosures:

**I.**  **Preliminary Statement**

  1.  This disclosure statement is submitted without waiver of any applicable privilege or

    protection from disclosure, such as the attorney-client and/or work-product privileges.

  2.  Plaintiff reserves the right to object to discovery and/or admissibility at trial of any

    information contained in or derived from this disclosure statement.

  3.  Plaintiff does not concede the relevancy of any information contained in or derived

    from this disclosure statement.

  4.  Plaintiff reserves the right to rely upon the individuals identified in this disclosure

    statement for subjects other than those identified herein for any reason, including, but

    not limited to, responding to Defendant's disclosures, discovery requests, evidence, and

    testimony.

5. Plaintiff reserves the right to supplement these disclosures if and when additional responsive information becomes available.

6. Plaintiff reserves the right to rely upon those individuals and documents identified in Defendant's disclosure statement.

**II.** **Name and Address of Persons Likely to Have Discoverable Information Relating to Claims or Defenses**

| | |
|---|---|
| Ms. Jessica Salabarria (f/k/a Jessica Guasto), *Plaintiff* c/o Derek Smith Law Group, PLLC 520 Brickell Key Dr, Suite O-301 Miami, Florida 33131 | Plaintiff has knowledge regarding discriminatory actions by the City of Miami Beach management; facts of this case and employment history. |
| Mr. Richard Clements, *former Chief of Police for Defendant* c/o MLE LAW 1212 Northeast 16th Terrace Fort Lauderdale, FL 33304 | Mr. Clements likely has knowledge regarding Plaintiff's employment, Plaintiff's claims alleged in the Complaint, and treatment of other employees at the City of Miami Beach. |
| Mr. Steven Cosner, *Employee for Defendant* c/o MLE LAW 1212 Northeast 16th Terrace Fort Lauderdale, FL 33304 | Mr. Cosner likely has knowledge regarding Plaintiff's employment, and Plaintiff's claims alleged in the Complaint, and treatment of other employees at the City of Miami Beach. |
| Mr. Nicholas Guasto, *Employee for Defendant* | Mr. Guasto likely has knowledge regarding Plaintiff's employment, Plaintiff's claims alleged in the Complaint, and treatment of other employees at the City of Miami Beach. |
| Mr. Reginald Lester, *Employee for Defendant* | Mr. Lester likely has knowledge regarding Plaintiff's employment, Plaintiff's claims alleged in the Complaint, and treatment of other employees at the City of Miami Beach. |
| Mr. Paul Ozaeta, *Employee for Defendant* | Mr. Ozaeta likely has knowledge regarding Plaintiff's employment, Plaintiff's claims alleged in the Complaint, and treatment of other employees at the City of Miami Beach. |

| | |
|---|---|
| Mr. Jerrome Berrian Jr., *Employee for Defendant*<br>c/o MLE LAW<br>1212 Northeast 16th Terrace<br>Fort Lauderdale, FL 33304 | Mr. Berrian Jr, likely has knowledge regarding Plaintiff's employment, character, and work-ethic, and Defendant's treatment of other employees at the City of Miami Beach. |
| Mr. Elvis Santana<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Mr. Santana has knowledge of Plaintiff's employment with Defendant, character, and work ethic. |
| Mr. Jeremiah Lockett<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Mr. Lockett has knowledge of Plaintiff's employment subsequent to her employment for Defendant, character, and work ethic. |
| Ms. Vania Gutierrez<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Ms. Gutierrez has knowledge of Plaintiff's employment subsequent to her employment for Defendant, character, and work ethic. |
| Ms. Thaely Carrasco<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Ms. Carrasco has knowledge of Plaintiff's employment subsequent to her employment for Defendant, character, and work ethic. |
| Mr. Nelson Magana<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Mr. Magana has knowledge of Plaintiff's employment subsequent to her employment for Defendant, character, and work ethic. |
| Ms. Andrea Forero<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Ms. Forero has knowledge of Plaintiff's employment subsequent to her employment for Defendant, character, and work ethic. |
| Dr. Paul Mason, *Plaintiff's Expert Witness*<br>c/o Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, Florida 33131 | Dr. Paul Mason likely has knowledge regarding the Plaintiff's economic losses. |
| All witnesses identified by Plaintiff and/or Defendant throughout the course of discovery in this matter. | |

Plaintiff reserves the right to supplement/amend this response as more information becomes available and as may be appropriate and necessary.

3

### III.  <u>Documents</u>

- All pleadings on file with the Court and/or exchanged between parties in this action.

- All discovery which has or will be produced by Plaintiff and Defendant in this action.

- Plaintiff's Expert Report.

- All correspondence, emails, and text messages between Plaintiff and Defendant, including any of Defendant's employees.

- All employment documents given to Plaintiff by Defendant.

- All documents obtained during the investigation by any administrative agency including the Equal Employment Opportunity Commission and Florida Human Relations Commission.

- Job application materials and mitigation records.

- Comparator evidence and records of comparator employees.

Plaintiff reserves the right to supplement/amend this response as more information becomes available and as may be appropriate and necessary.

### IV.  <u>Damages</u>

At this juncture, Plaintiff is claiming the following damages:

- **<u>Lost Wages</u>**
    - Plaintiff claims lost wages in the amount of $2,406,315.69, and lost benefits in the amount of $124,742.10. Plaintiff has based this amount on Plaintiff's Expert Report and incorporates Plaintiff's Expert Report by reference herein.

- **<u>Attorney's Fees</u>**
    - Plaintiff will also claim attorney's fees as a prevailing party.

Plaintiff reserves the right to supplement/amend this response as more information becomes available and as may be appropriate and necessary.

### V.  <u>INSURANCE</u>

N/A

Dated:  Miami, Florida
        May 7, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being

served on May 7, 2024, via email to all counsel of record on the service list below.


By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.


## SERVICE LIST

**CITY ATTORNEY'S OFFICE OF MIAMI BEACH**
Benjamin Z. Braun
benjaminbraun@miamibeachfl.gov
Florida Bar No.: 1017937
Henry Joseph Hunnefeld
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811
1700 Convention Center Drive
Miami Beach, Florida 33139
Telephone: (305) 673-7470
Facsimile: (877) 673-7002

**MLE LAW**
Michael Lewis Elkins
melkins@mlelawfirm.com
Florida Bar No.: 523781
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: (954) 401-2608

*Counsel for Defendants*



Office of Legal Affairs
300 N.E. 2nd Avenue, Room 1453
Miami, Florida 33132-2297
Office: 305-237-3694
Fax: 305-237-7654
fbacigal@mdc.edu • www.mdc.edu


## Miami Dade College

Franco D. Bacigalupo
Assistant General Counsel

Wolfson Campus

April 4, 2024

**VIA CERTIFIED MAIL**

Michael L. Elkins
MLE Law
1213 S.E. 3rd Ave
Fort Lauderdale, FL 33316

RE:   **Response to Subpoena pertaining to *Guasto v. City of Miami Beach* (Case No. 1:22-cv-21004-DPG)**

Dear Mr. Elkins:

The College has reviewed the Subpoena To Produce Documents relating to the above-referenced case. The records responsive to the subpoena are enclosed.

Please be advised that the records deemed confidential under Federal and Florida Statutes have been redacted.

Please be further advised that due to the nominal number of pages, the College has waived any cost associated with the production of the enclosed records.

This completes the College's response to your subpoena for the above-referenced records. Should you have any questions, please contact our office at 305-237-3694. Thank you.

Sincerely,

Franco D. Bacigalupo
Assistant General Counsel
Miami Dade College

Enclosures

**MIAMI DADE COLLEGE**
*PUBLIC SAFETY DEPARTMENT / HIALEAH CAMPUS*

# MEMORANDUM

### VERBALLY COMMUNICATED AND EMAILED (Jessica.guasto@gmail.com)

**Date:**     December 16, 2022

**To:**        Jessica Guasto, Public Safety Chief

**From:**     Andrea Forero, Director Campus Administration

Miami Dade College
1001196510

---

**Subject:**   Notice of Final Action of Termination

---

Based on your position of trust in the Public Safety Department, your service in a responsible position of Public Safety Chief, Hialeah Campus, and the severity of these offenses, this memorandum serves to advise you of the College's decision to terminate your employment from the position of Public Safety Chief, Hialeah Campus, effective, January 31, 2023, for violation of College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees, specifically, Performance Standard of Conduct, Section IV *(1)*:

     (c)    Acts that disrupt or interfere with the administration or functions of the College.
     (e)    Failure to inform the supervisor when leaving a work area.

On December 2, 2022, Ms. Larose met with you, in the presence of Dr. Sawyer (present as a resource since I was on leave. During this meeting, you were given a Notice of Administrative Leave with Pay Pending Investigation (see attached) for procedural violations

This Notice states: *"Based on your established work schedule – 8:00 am – 4:30 pm Monday through Friday on the following dates/times you left the workplace without notifying me or obtaining prior approval."*

Work schedule information has been provided to Ms. Guasto on several occasions, specifically,

- New Employee Supervisor Checklist, signed May 23, 2022, with the *"Scheduled work time: 8 A.M. to 4:30 P.M."*

- Email dated June 20, 2022, from Ms. Guasto stated, *"My schedule for now is Monday-Friday from 09:30 – 4:30."* Which references the following statement from Ms. Guasto, *"However, I mostly maintain the same schedule and just advise you and Andrea of any changes in scheduling."*

- In text exchanges on June 28, 2022, Ms. Larose acknowledged Ms. Guasto's clarification and further reiterated that the work schedule includes a one (1) hour meal break. In addition, Ms. Larose was clear in stating that waiving her meal break is acceptable "once in a while"; however, it should be a continuous pattern.


HR-DISCIPL

- During their weekly meetings, Ms. Larose revisits the established 8:30am – 4:30pm schedule. However, found it necessary to remind Ms. Guasto of that fact on August 22, 2022 via email stating, *"Your summer schedule should have ended on July 29th. You will need to resume your regular schedule starting tomorrow, from 8am – 4:30pm."*

- On September 20, 2022, Ms. Larose emailed the link for College Procedures 2828 Workday-Workweek Shift/Alternative Work Schedule for Non-Instructional Personnel after another conversation about the workday.

- On September 26, 2022, Ms. Larose emailed Ms. Guasto asking if she was on campus? Approximately one hour later, at 5:12 PM Ms. Guasto responded, *"I left to a meeting with HPD for Wednesday. After the meeting I had my lunch. I will be on campus till 7pm tonight."* Ms. Larose responded, *"As I mentioned to you in the past, please let me know in advance and place meetings on your calendar."*

- On November 8, 2022, Ms. Larose emails Weekly Meeting recap regarding PEC employee scheduled workweek. *"7. Discussed what it means to be a PEC employee. PEC employees are expected to be here during the scheduled work week. If an event (i.e., open house, community event) happens outside of the normal work hours, we are still expected to work normal hours and the additional hours due to an event."*

Specific allegations listed is as follows:

Allegation: October 14, 2022, you left the workplace at 2:45pm

Ms. Guasto's partial response: *"Pursuant to my research, I left the workplace at 3:35 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday. Last FOB activity is at 2:52pm. Camera footage shows Ms. Guasto at her car at 2:56pm then leaves the workplace at 3:35pm. Ms. Larose was not notified of early departure.

Allegation: October 18, 2022, you left the workplace at 2:48pm

Ms. Guasto's partial response: *"I left the workplace at 3:34 PM."*

Findings: Admits leaving prior to the 4:30pm end of the scheduled workday.   No FOB activity between 9:46am to 2:39pm. Camera footage shows Ms. Guasto leaving the workplace at 2:49pm. Ms. Larose was not notified of early departure.

<u>Allegation: November 04, 2022, you left the workplace at 10:08am</u>

Ms. Guasto's partial response: *"I left the workplace at 5:37 PM."*

**Findings:** There is no evidence of FOB activity after 10:00am on this date for Ms. Guasto. 10:06am camera footage shows Ms. Guasto getting into the passenger side of her vehicle, then leaves the workplace. Camera footage later shows Ms. Guasto leaving the workplace at 5:35pm. Ms. Larose was not notified.

<u>Allegation: November 07, 2022, you left the workplace at 2:18pm</u>

Ms. Guasto's partial response: *"It was at 2:23 PM that I left in order to assist Security Officer ..."*

**Findings:** Admits leaving prior to the 4:30pm end of the scheduled workday. No FOB activity is recorded for this date. Camera footage shows Ms. Guasto leaving the workplace at 2:23pm. Ms. Larose was not notified of early departure.

<u>Additionally, the notice also referenced the following:</u>
> *"Separately, pursuant to a request form me: On October 26, 2022, you agreed to work from 5:00pm – 1:30 am, and left the workplace at 10:10 pm"*

> Ms. Guasto did not respond to this.

**Findings:** Email exchanges on October 21st and 24th regarding the instructions given to Ms. Guasto related to working the Family Night Out on October 26, 2022. For this day, Ms. Larose specifically adjusted Ms. Guasto's workday schedule, stating, *"Wednesday you will come in from 5pm – 1:30am."* FOB activity recorded only from 5:03pm to 9:29pm. Camera footage shows Ms. Guasto leaving the workplace at 10:10pm. Ms. Larose was not notified of early departure.

The College's decision is based on the findings of this investigation.

You may voluntarily resign from your position. Should you choose to voluntarily resign your position, you may utilize the enclosed resignation form for that purpose. Please submit your resignation to the attention of Ms. Sylvia Willin by email at swillin@mdc.edu or fax, 786-408-6427, by 4:30pm on Monday, December 19, 2022. Please follow-up by mailing your original resignation. Should you elect this option, the mailing address is Miami Dade College, Division of Human Resources, Kendall Campus, 11011 S.W. 104th Street, Room 1111, Miami, Florida 33176-3393.

If you elect not to resign from your position, the College will proceed with termination of your employment, effective January 31, 2023. You will not be expected to report for work after today's meeting.

Page 3 of 5

Please note the following information:

Your paycheck for the pay period of December 5, 2022, through December 18, 2022, was issued on pay date, December 15, 2022, and was directly deposited with your banking institution.

Your paycheck for the pay period of December 19, 2022, through January 1, 2023, was issued on pay date, December 16, 2022, and was directly deposited with your banking institution.

Pursuant to the annual employment contract, you will receive payment through January 31, 2023. Your paycheck for the pay period of January 2, 2023, through January 15, 2023, will be issued on pay date, January 13, 2023, and will be directly deposited with your banking institution.

Your paycheck for the pay period of January 16, 2023, through January 29, 2023, will be issued on pay date, January 27, 2023, and will be directly deposited with your banking institution.

Your final Paycheck for January 30th and 31st, 2023, will be issued on pay date February 10, 2023. Questions you have regarding retirement or insurance should be directed to the Office of Compensation and Benefits at 305-237-2010.

You will receive a separate paycheck, paid within 60 days of final pay, which will contain the payment for any vacation leave balance you currently have remaining. The total amount of this payment cannot exceed thirty (30) workdays or 225 hours. If the amount of this payment is $1,000.00 or more, the College will place this money in an account for you under the College's Terminal Leave Payment program, administered through BENCOR, Incorporated. BENCOR's contact information is 1-888-258-3422 or www.bencor.com.

Please make arrangements with me to return any College-issued property in your possession or to secure your personal items by today. I may be contacted at (305) 237-8825.

You may also address questions regarding this process to the Employee Relations department, Ms. Sylvia Willin at 305-237-0266 or by email at swillin@mdc.edu.

*__Advisory Regarding Retaliation__*
Please note that Federal law and College Policy I-21 Equal Access/Equal Opportunity, prohibit retaliatory conduct causing any interference, coercion, restraint or reprisal against a person complaining of discrimination or harassment or participating in the resolution of a complaint of discrimination, harassment or whistleblowing. This protection applies to all parties related to a complaint (i.e., complainants, respondents, witnesses). Report allegations of retaliation to the Office of EOP/ADA for review and resolution.

cc:   Employee File
      Dr. Georgette Perez, Campus President, Hialeah Campus
      Ms. Lynn Larose, Director, Campus Services
      Sylvia Willin, Employee Relations Officer

Attachments:

- College Procedure 2410 Performance and Disciplinary Standards, Disciplinary Appeal Process, and Complaint Process for Full-Time Employees
- New Employee Supervisor Checklist, signed May 23, 2022
- Administrative Leave with Pay Pending Investigation dated December 2, 2022

Andrea Forero

_____                    __12/16/2022__

Signature of Director                        Date

Page 5 of 5

**To Whom It May Concern at Miami Dade College:**

I, _____ Jessica Guasto _____, hereby resign from my position of

____ Chief/Director ____ in the ____ Public Safety Department ____ Department at

Miami Dade College, effective, ____ January 31st, 2023 ____.

My EMPL ID# is ____ 1001196510 ____.

_____          ____ December 19th, 2022 ____
**Signature**                                                                          **Date**

It is unfortunate and untimely, but at this time I will resign from my position at MDC. I have encountered adverse work conditions and have decided on advice of counsel, to resign as Chief of Public Safety and continue to pursue future endeavors. As is the case, I have met many outstanding individuals in the Organization and only wish them the best as well as the best for the Organization going forward.

Thank you.

Jessica Guasto

# Miami Dade College

## Request for Personnel Action

Required Forms for New Employees

**Effective Start Date:** 01/31/2023   **Action (Select One):** Termination (Exit Form Required)

FOR ALL TRANSFERS, PLEASE INCLUDE THE FORMER DEPARTMENT NUMBER IN THE EXPLANATION SECTION (D) BELOW.

### SECTION A – GENERAL INFORMATION

**Name:** Jessica Guasto   **Empl ID:** 1 0 0 1 1 9 6 5 1 0   **SSN, If new hire:**

**Title/Job Code/Grade:** Public Safety Chief/Director;321200;15   **Position #:** 00002165

Find Position Job Codes and Chartstrings

| Operating Unit | Fund Code | ICS | Campus Center | Department ID | Account | Budget Ref # |
|---|---|---|---|---|---|---|
| HI01 | 101 | 7200000 | 7000 | 100100 | 5300000 | |

**Grant Positions Only**

| Project # | PC Bus. Unit | Activity |
|---|---|---|
| | | |

Check all that apply:
- ☑ Full-Time   ☐ Grant Position
- ☐ Part-Time   ☐ Interim

**Pay Group (Select One):** PEC - Professional Exempt Contractual

**Status (Select One):** Select one

**Department Name:** Public Safety

**Expected End Date (If applicable):**

**Location (Select One):** Hialeah Campus

**Reports To Position Number:** 00003869

If location is District, please check: ☐

**Reports To Name (First and Last):** Lynn Larose

### SECTION B – PAYMENT DESCRIPTION

**Base Annual Salary:**   **Hourly Rate:**

### SECTION C – REASON FOR ACTION (SELECT ONE):
Termination must include reason. Select from code list below. Rate increase requests must include written justification with attached job description. Previous information for change must be included.

Resignation

### SECTION D – PROVIDE ADDITIONAL INFORMATION
Please refer to Employee Relations

ER5 Resignation –

in lieu of termination

### SECTION E – ACTION AUTHORIZATION

| | | | | |
|---|---|---|---|---|
| Andrea Forero | 7-8825 | | | 12.28.22 |
| Hiring Manager/Originator | Extension | Signature | | Date |
| Andrea Forero | 7-8825 | | | 12.28.22 |
| Budget Manager | Extension | Signature | | Date |
| Dr. Georgette Perez | 7-8712 | Georgette Perez | | Dec 28, 2022 |
| Campus/Division Head | Extension | Signature | | Date |
| | 70cc | | | 1/3/23 |
| Human Resources | Extension | Signature | | Date |

COPY for BOARDS

| ADDITIONAL JOBS IN SAME/NEW CLASSIFICATION | | | CONCURRENT/SUPPLEMENTAL ASSIGNMENT | | |
|---|---|---|---|---|---|
| Position | Rate | Job Code | Position | Rate | Job Code |
| | | | | | |

### HUMAN RESOURCES ONLY- RECRUITING SERVICES

Check off if applicable (Posting Vacancy/ Candidate)
- ☐ External   ☐ Internal   ☐ New Position

Check off all degrees required for position, if applicable
- ☐ Associates   ☐ Bachelors   ☐ Masters   ☐ Doctorate

2080 Position, Please check: ☐ Yes ☐ No

- ☐ Transcripts on file   ☐ Not attached
- E-Verify: (mm/dd/yyyy)   Background Completed: (mm/dd/yyyy)
- Forward copy to E.R. to Follow-up (Check, if applicable)
- Secure degree/certification _____ within _____ months from hire date
- Degree Incentive $
- Job Posting Dates:   Opening   Closing

### HUMAN RESOURCES ONLY- EMPLOYEE SERVICES

| Data Entry Date | Audit Date |
|---|---|
| 1/3/2023 | |
| **HR Initials** | **HR Initials** |

### HUMAN RESOURCES ONLY- BENEFITS

Check off if applicable (Retirement)
- ☐ Retiree With Benefits   ☐ Retiree Without Benefits
- ☐ DROP   ☐ DROP S   ☐ DROP V   ☐ DROP SV

DROP Start Date: mm/dd/yyyy   DROP End Date: mm/dd/yyyy

Revised 05/2022

HR-RPAS

| Employee ID | Empl Recor | Check Dt | Last Name | First Name | Earn Code | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1001196510 | 0 | 2/23/2023 | Guasto | Jessica | PSB | 42.5 | 1491.33 |
| 1001196510 | 0 | 2/23/2023 | Guasto | Jessica | VAB | 37.5 | 1275.38 |
| 1001196510 | 0 | 1/27/2023 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 1/13/2023 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 1/13/2023 | Guasto | Jessica | ADM | 37.5 | 1275.29 |
| 1001196510 | 0 | 12/16/2022 | Guasto | Jessica | ADM | 37.5 | 1275.29 |
| 1001196510 | 0 | 12/15/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 12/15/2022 | Guasto | Jessica | SIC | 7.5 | 255.06 |
| 1001196510 | 0 | 12/2/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/18/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/18/2022 | Guasto | Jessica | VAC | 7.5 | 255.06 |
| 1001196510 | 0 | 11/4/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 11/4/2022 | Guasto | Jessica | SIC | 3.25 | 110.53 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | DSE | 7.5 | 255.06 |
| 1001196510 | 0 | 10/21/2022 | Guasto | Jessica | SIC | 7.5 | 255.06 |
| 1001196510 | 0 | 10/7/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 10/7/2022 | Guasto | Jessica | PSA | 7.5 | 255.06 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | SIC | 15 | 510.12 |
| 1001196510 | 0 | 9/23/2022 | Guasto | Jessica | VAC | 15 | 510.12 |
| 1001196510 | 0 | 9/9/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 8/26/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 8/12/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 7/15/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 7/1/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 6/17/2022 | Guasto | Jessica | TE4 | 0 | 30 |
| 1001196510 | 0 | 6/17/2022 | Guasto | Jessica | TE4 | 0 | 30 |

| Form **W-2 Wage and Tax Statement** 2022 | | | 7 Social security tips | 1 Wages, tips, other comp. 40012.76 | 2 Federal income tax withheld 4352.32 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code MIAMI DADE COLLEGE | | | 8 Allocated tips | 3 Social security wages 41229.28 | 4 Social security tax withheld 2556.22 |
| 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 | | | 9 | 5 Medicare wages and tips 41229.28 | 6 Medicare tax withheld 597.82 |
| MIAMI FL 33176 | | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 7.80 |
| e Employee's name, address, and ZIP code | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b DD 5379.12 |
| JESSICA GUASTO | | | b Employer identification number (EIN) 59-1210485 | FRS 1224.32 | 12c |
| 117 NW 42ND AVENUE APT 1008 | REPRINT | | a Employee's social security no. | | 12d |
| MIAMI FL 33126 | | | | | |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy B To Be Filed With Employee's FEDERAL Tax Return**

This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov/efile

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Form **W-2 Wage and Tax Statement** 2022 | | | 7 Social security tips | 1 Wages, tips, other comp. 40012.76 | 2 Federal income tax withheld 4352.32 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code MIAMI DADE COLLEGE | | | 8 Allocated tips | 3 Social security wages 41229.28 | 4 Social security tax withheld 2556.22 |
| 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 | | | 9 | 5 Medicare wages and tips 41229.28 | 6 Medicare tax withheld 597.82 |
| MIAMI FL 33176 | | | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 7.80 |
| e Employee's name, address, and ZIP code | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b DD 5379.12 |
| JESSICA GUASTO | | | b Employer identification number (EIN) 59-1210485 | FRS 1224.32 | 12c |
| 117 NW 42ND AVENUE APT 1008 | REPRINT | | a Employee's social security no. | | 12d |
| MIAMI FL 33126 | | | | | |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy C For EMPLOYEE'S RECORDS (See *Notice to Employee* on back of Copy B.)**

OMB No. 1545-0008

Dept. of the Treasury - IRS

| Form **W-2 Wage and Tax Statement** 2022 | | | 7 Social security tips | 1 Wages, tips, other comp. 40012.76 | 2 Federal income tax withheld 4352.32 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code MIAMI DADE COLLEGE | | | 8 Allocated tips | 3 Social security wages 41229.28 | 4 Social security tax withheld 2556.22 |
| 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 | | | 9 | 5 Medicare wages and tips 41229.28 | 6 Medicare tax withheld 597.82 |
| MIAMI FL 33176 | | | 10 Dependent care benefits | 11 Nonqualified plans | 12a C 7.80 |
| e Employee's name, address, and ZIP code | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b DD 5379.12 |
| JESSICA GUASTO | | | b Employer identification number (EIN) 59-1210485 | FRS 1224.32 | 12c |
| 117 NW 42ND AVENUE APT 1008 | REPRINT | | a Employee's social security no. | | 12d |
| MIAMI FL 33126 | | | | | |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

Dept. of the Treasury - IRS

| Form **W-2 Wage and Tax Statement** 2022 | | | 7 Social security tips | 1 Wages, tips, other comp. 40012.76 | 2 Federal income tax withheld 4352.32 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code MIAMI DADE COLLEGE | | | 8 Allocated tips | 3 Social security wages 41229.28 | 4 Social security tax withheld 2556.22 |
| 11011 SW 104TH STREET OFFICE OF THE CONTROLLER, BUILDING 9 | | | 9 | 5 Medicare wages and tips 41229.28 | 6 Medicare tax withheld 597.82 |
| MIAMI FL 33176 | | | 10 Dependent care benefits | 11 Nonqualified plans | 12a C 7.80 |
| e Employee's name, address, and ZIP code | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b DD 5379.12 |
| JESSICA GUASTO | | | b Employer identification number (EIN) 59-1210485 | FRS 1224.32 | 12c |
| 117 NW 42ND AVENUE APT 1008 | REPRINT | | a Employee's social security no. | | 12d |
| MIAMI FL 33126 | | | | | |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return**
L87
OMB No. 1545-0008
5206
Dept. of the Treasury - IRS

Form **W-2 Wage and Tax Statement**   2023

| | |
|---|---|
| **c** Employer's name, address, and ZIP code | |
| MIAMI DADE COLLEGE | |
| 11011 SW 104TH STREET | |
| OFFICE OF THE CONTROLLER, BUILDING 9 | |
| MIAMI FL 33176 | |

| 7 Social security tips | 1 Wages, tips, other comp. 5504.24 | 2 Federal income tax withheld 506.72 |
|---|---|---|
| 8 Allocated tips | 3 Social security wages 5671.28 | 4 Social security tax withheld 351.62 |
| 9 | 5 Medicare wages and tips 5671.28 | 6 Medicare tax withheld 82.23 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12  C  1.30 |

**e** Employee's name, address, and ZIP code   Suff.

JESSICA GUASTO
117 NW 42ND AVENUE    REPRINT
APT 1008
MIAMI FL 33126

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other 251.34 | 12b DD 913.36 |
|---|---|---|
| **b** Employer identification number (EIN) 59-1210485 | | 12c |
| **a** Employee's social security no. | | 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy B To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.
OMB No. 1545-0008                                   Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov/efile

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Form **W-2 Wage and Tax Statement**   2023

| | |
|---|---|
| **c** Employer's name, address, and ZIP code | |
| MIAMI DADE COLLEGE | |
| 11011 SW 104TH STREET | |
| OFFICE OF THE CONTROLLER, BUILDING 9 | |
| MIAMI FL 33176 | |

| 7 Social security tips | 1 Wages, tips, other comp. 5504.24 | 2 Federal income tax withheld 506.72 |
|---|---|---|
| 8 Allocated tips | 3 Social security wages 5671.28 | 4 Social security tax withheld 351.62 |
| 9 | 5 Medicare wages and tips 5671.28 | 6 Medicare tax withheld 82.23 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12  C  1.30 |

**e** Employee's name, address, and ZIP code   Suff.

JESSICA GUASTO
117 NW 42ND AVENUE    REPRINT
APT 1008
MIAMI FL 33126

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other 251.34 | 12b DD 913.36 |
|---|---|---|
| **b** Employer identification number (EIN) 59-1210485 | | 12c |
| **a** Employee's social security no. | | 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy C For EMPLOYEE'S RECORDS (See *Notice to Employee* on back of Copy B.)

OMB No. 1545-0008                                   Dept. of the Treasury - IRS

---

Form **W-2 Wage and Tax Statement**   2023

| | |
|---|---|
| **c** Employer's name, address, and ZIP code | |
| MIAMI DADE COLLEGE | |
| 11011 SW 104TH STREET | |
| OFFICE OF THE CONTROLLER, BUILDING 9 | |
| MIAMI FL 33176 | |

| 7 Social security tips | 1 Wages, tips, other comp. 5504.24 | 2 Federal income tax withheld 506.72 |
|---|---|---|
| 8 Allocated tips | 3 Social security wages 5671.28 | 4 Social security tax withheld 351.62 |
| 9 | 5 Medicare wages and tips 5671.28 | 6 Medicare tax withheld 82.23 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a  C  1.30 |

**e** Employee's name, address, and ZIP code   Suff.

JESSICA GUASTO
117 NW 42ND AVENUE    REPRINT
APT 1008
MIAMI FL 33126

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other 251.34 | 12b DD 913.36 |
|---|---|---|
| **b** Employer identification number (EIN) 59-1210485 | | 12c |
| **a** Employee's social security no. | | 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008                                   Dept. of the Treasury - IRS

---

Form **W-2 Wage and Tax Statement**   2023

| | |
|---|---|
| **c** Employer's name, address, and ZIP code | |
| MIAMI DADE COLLEGE | |
| 11011 SW 104TH STREET | |
| OFFICE OF THE CONTROLLER, BUILDING 9 | |
| MIAMI FL 33176 | |

| 7 Social security tips | 1 Wages, tips, other comp. 5504.24 | 2 Federal income tax withheld 506.72 |
|---|---|---|
| 8 Allocated tips | 3 Social security wages 5671.28 | 4 Social security tax withheld 351.62 |
| 9 | 5 Medicare wages and tips 5671.28 | 6 Medicare tax withheld 82.23 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a  C  1.30 |

**e** Employee's name, address, and ZIP code   Suff.

JESSICA GUASTO
117 NW 42ND AVENUE
APT 1008    REPRINT
MIAMI FL 33126

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other 251.34 | 12b DD 913.36 |
|---|---|---|
| **b** Employer identification number (EIN) 59-1210485 | | 12c |
| **a** Employee's social security no. | | 12d |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

L87        OMB No. 1545-0008        5206        Dept. of the Treasury - IRS