UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLIES TO PLAINTIFF'S RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE AND MOTION TO STRIKE PLAINTIFF'S CLAIM FOR BACK PAY DAMAGES**

Defendant, THE CITY OF MIAMI BEACH, FL, a Florida municipality ("City"), through its counsel files its Unopposed Motion for Extension of Time to File Its Replies to Plaintiff's Responses to Defendant's Motions in Limine and Motion to Strike Plaintiff's Claim for Back Pay Damages and in support states the following:

1.    On July 26, 2024, the City filed its Motion to Strike Plaintiff's Claim for Back Pay Damages [DE 86] and its Motions in Limine [DE 87]. Each of the foregoing are collectively referred to herein as "Motions."

2.    On August 9, 2024, Plaintiff filed her responses to the Motions [DE 89, 90] ("Responses").

3.    The City respectfully request a brief extension of time of three (3) days within which to file its Replies to Plaintiff's Responses, making its Replies due on or before Monday, August 19, 2024.

4. Good cause exists for granting this extension.

5. Specifically, undersigned lead counsel Michael Elkins will be out of the jurisdiction on a pre-planned vacation beginning on Thursday, August 15, 2024, through Sunday, August 18, 2024.

6. The majority of the current seven (7) day response period is taken up with previously scheduled matters, and the remainder is taken up with the above-referenced pre-planned vacation.

7. Thus, the City requests this very brief extension to allow for sufficient time to draft the Replies.

8. The City's counsel, Michael Elkins, certifies that he has conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose the relief requested herein.

9. Additionally, this Motion is made in advance of the current response deadline.

10. Thus, there is no delay in seeking this extension.

11. Moreover, granting the relief requested herein will not impact any other deadlines in this case.

12. Finally, undersigned counsel Michael Elkins certifies that this Motion is made in good-faith and is not for purposes of delay.

WHEREFORE, the City respectfully requests that the Court grant this Motion in its entirety making the City's Replies due on or before Monday, August 19, 2024.

Dated: August 13, 2024.

                                        Respectfully submitted,

By: /s/*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
melkins@mlelawfirm.com
**MLE LAW**
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: 954.401.2608
*Co-Counsel for Defendant*

By: /s/*Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811
henryhunnefeld@miamibeachfl.gov

By: /s/*Benjamin J. Braun*
Benjamin J. Braun, Esq.
Florida Bar No. 1017937
benjaminbraun@miamibeachfl.gov

**CITY OF MIAMI BEACH**
**CITY ATTORNEY**
City Attorney's Office
1700 Convention Center Drive
Fourth Floor- Legal Department
Miami Beach, FL 33139
Telephone: 305.673.7470
*Co-Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/Michael L. Elkins*</u>
Michael L. Elkins

## SERVICE LIST

CASE NO.: 1:22-cv-21004-MD

Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*