UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ITS REPLIES TO PLAINTIFF'S
RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE AND MOTION
TO STRIKE PLAINTIFF'S CLAIM FOR BACK PAY DAMAGES**

This cause is before the Court on Defendant's Unopposed Motion for Extension of Time to File Its Replies to Plaintiff's Responses to Defendant's Motions in Limine and Motion to Strike Plaintiff's Claim for Back Pay Damages ("Motion"). The Court, having reviewed the Motion and otherwise being fully advised in the premises determines there is good cause for granting Defendant's Motion. Accordingly, it is:

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant shall file its Replies to Plaintiff's Responses [DE 89, 90] on or before Monday, August 19, 2024.

**DONE AND ORDERED** in Chambers this _ day of _____, 2024.

                                         _____
                                         UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record