UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN/Torres

JESSICA GUASTO,

    Plaintiff,

v.

THE CITY OF MIAMI BEACH, FL,
a Florida municipality, *et al.*,

    Defendants.
_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On July 26, 2024, Defendant, the City of Miami Beach, FL, filed a Motion to Strike Plaintiff, Jessica Guasto's Claim for Back Pay Damages [ECF No. 86 (the "Motion")]. Pursuant to 28 U.S.C. § 636(b), it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 86]** is **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Chambers at the Southern District of Florida on this 9th day of September 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record