UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

# EXHIBIT A

\_\_\_\_\_ Government    __x__ Plaintiff    \_\_\_\_\_ Defendant    \_\_\_\_\_ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | R, UP | Steven Cosner Valentines Day Card to Plaintiff (D.E. 78-1) |
| 2 | | | | R, UP | Steven Cosner Birthday Card to Plaintiff (D.E. 78-2) |
| 3 | | | | R, H, I – Witness is Available, Non-Party Witness | Nicholas Guasto Declaration (D.E. 78-3) |
| 4 | | | | | Steven Cosner 12.28.2020 Email to Plaintiff (D.E. 78-4) |
| 5 | | | | | Plaintiff 12.28.2020 Email to Subordinate Officers (D.E. 78-5) |
| 6 | | | | | Steven Cosner Administrative Action Form (D.E. 78-6) |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | | | | | Miami Beach Police Department's Department Rules and Regulations in effect during December of 2020 (D.E. 78-7) |
| 8 | | | | R, H, UP | Steven Cosner 1.8.21 Email to Michael Elkins (D.E. 78-8) |
| 9 | | | | H | Steven Cosner 1.8.21 Email to A.J. Prieto (D.E. 78-9) |
| 10 | | | | | Defendant's Responses and Objections to Plaintiff's Request for Admissions |
| 11 | | | | R, H | Defendant's Responses and Objections to Plaintiff's Second Request for Production of Documents |
| 12 | | | | R, H | Defendant's Responses and Objections to Plaintiff's Third Request for Production of Documents |
| 13 | | | | | Defendant's Verified Answers and Objections to Plaintiff's Second Set of Interrogatories |
| 14 | | | | | Plaintiff's July 13, 2020 EEOC Charge of Discrimination (D.E. 71-3) |
| 15 | | | | | Richard Clements 1.25.2021 Memorandum to Plaintiff (Guasto 1st RFP Response Vol 1 pp. 12-13) |
| 16 | | | | R | Miami Beach Police Internal Affairs Unit Officer Resume of Plaintiff (Guasto 1st RFP Response Vol. 1 pp. 341 – 343). |
| 17 | | | | | Plaintiff's Trackstar Activity Report 12.27.20 10:00:00 P.M. – 12.28.20 6:59:59 A.M. (Guasto 1st |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | RFP Response Vo1. 2 pp. 16 – 57) |
| 18 | | | | | R, H, UP, I-Settlement Negotiations | Clements 12.14.20 Email to Michael Smith (Guasto 1st RFP Response Vol. 2 p.70) |
| 19 | | | | | R, H, UP | Clements 1.26.21 Email to Michael Smith (Guasto 1st RFP Response Vol. 2 p. 85) |
| 20 | | | | | | A.J. Prieto 1.25.21 Email to Clements, CC'd Michael Elkins (Guasto 1st RFP Response Vol. 2 p. 168) |
| 21 | | | | | R, H | Michael Elkins 1.4.21 Email to Clements (Guasto 1st RFP Response Vol 2 p. 196) |
| 22 | | | | | H, I – Witness is Available, Non-Party Witness | Deposition Transcript of Richard Clements (D.E. 69-16) |
| 23 | | | | | H, I – Witness Is Available, Non-Party Witness | Deposition Transcript of Paul Ozaeta (D.E. 69-23) |
| 24 | | | | | H, I – Witness Is Available, Non-Party Witness | Deposition Transcript of Reginald Lester (D.E. 69-24) |
| 25 | | | | | H, I – Witness Is Available, Non-Party Witness | Deposition Transcript of Steven Cosner (D.E. 69-6) |
| 26 | | | | | | Plaintiff's 2020 W2 Form |
| 27 | | | | | | Plaintiff's 2021 W-2 Form |
| 28 | | | | | | Plaintiff's 2022 W-2 Form |

| 29 | | | | | Plaintiff's 2023 W-2 Form |
| --- | --- | --- | --- | --- | --- |
| 30 | | | | | Impeachment Exhibits |
| 31 | | | | | Any Exhibits Listed on Defendant's Exhibit List |
| 32 | | | | R, H | WhatsApp Message Between Andrea Forero and Plaintiff |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 18, 2024, on all counsel of record on the service list below via e-mail.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**CITY ATTORNEY'S OFFICE OF MIAMI BEACH**
Benjamin Z. Braun
benjaminbraun@miamibeachfl.gov
Florida Bar No.: 1017937
Henry Joseph Hunnefeld
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811
1700 Convention Center Drive
Miami Beach, Florida 33139
Telephone: (305) 673-7470
Facsimile: (877) 673-7002

**MLE LAW**
Michael Lewis Elkins
melkins@mlelawfirm.com
Florida Bar No.: 523781
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: (954) 401-2608

*Counsel for Defendant*