UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

**DEFENDANT'S EXHIBIT LIST – EXHIBIT B TO PRETRIAL STIPULATION**

Defendant, THE CITY OF MIAMI BEACH, FL, (the "City"), through its counsel and pursuant Southern District of Florida Local Rule 16.1(e)(9), and the Court's May 9, 2024, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [DE 59], files its Exhibit List as Exhibit B to the Pretrial Stipulation.

**Expect to Offer**

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | City's Employee Handbook – Bates Nos. City 001087 – 001141 |
| 2 | | | | | Plaintiff's Acknowledgement of Employee Handbook – Bates Nos. City 001220 – 001221 |
| 3 | | | | | City's Personnel Rules – Bates Nos. City 001015 – 001085 |
| 4 | | | | R, UP | Plaintiff's EEOC Charge Dated August 31, 2018 - EEOC Charge No. 510-2018-06495 – DE 69-5 |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | | | | Settlement Agreement Dated September 13, 2019 – DE 69-7 |
| 6 | | | | | | Plaintiff's EEOC Charge Dated July 13, 2020 - EEOC Charge No. 510-2020-04794 – DE 69-9 |
| 7 | | | | | | Composite Exhibit – Emails between Michael Pancier, Michael Elkins, and Eugene Gibbons - Bates Nos. City 001394- 001420 – DE 69-12, pp. 25-51 |
| 8 | | | | | | Internal Affairs Report re: IA Case No. 2020-010 – DE 69-8, pp. 128-229, Bates Nos. City 001572-001673 |
| 9 | | | | | | Settlement Agreement Dated December 18, 2020 – DE 69-15, pp. 1-4, Bates Nos. City 001235-001238 |
| 10 | | | | | | Last Chance Agreement Dated December 18, 2020 – DE 69-15, pp. 5-11 – Bates Nos. City 001240-001246 |
| 11 | | | | | | Plaintiff's Withdrawal of EEOC Charge Dated July 13, 2020, EEOC Charge No. 510-2020-04794 DE 69-12, p. 52 |
| 12 | | | | | | Allegation of Employee Misconduct Form dated Dec. 30, 2020 – DE 69-19 – Bates Nos. City 001250-1251 |
| 13 | | | | | | City's Responses and Objections to Plaintiff's Requests for Admissions |
| 14 | | | | | | Email dated Jan. 25, 2021, from AJ Prieto to Richard Clements and screenshot attachment – DE 69-8, pp. 257-259 |
| 15 | | | | | | January 2021 PowerPoint – DE 69-8, pp. 261-270 |

|    |   |   |   |   |       |                                                                                                                    |
|----|---|---|---|---|-------|--------------------------------------------------------------------------------------------------------------------|
| 16 |   |   |   |   | H, UP | November 2020 PowerPoint – DE 69-8, pp. 11-125 – Bates Nos. City 001767-001882                                     |
| 17 |   |   |   |   |       | January 25, 2021, Memorandum from Richard Clements to Plaintiff – DE 69-27 – Bates Nos. City 001253 - 001267       |
| 18 |   |   |   |   | R, UP | Plaintiff's February 19, 2021, Grievance – DE 69-29 – Bates Nos. City 001269-001270                                |
| 19 |   |   |   |   |       | Administrative Action Form – DE 69-6, pp. 87-89                                                                    |
| 20 |   |   |   |   |       | Plaintiff's Responses to Defendant's Interrogatories                                                               |
| 21 |   |   |   |   | H, UP | Miami Dade College Memorandum Dated December 16, 2022 – DE 86-2, pp. 2-6 – Bates Nos. City 001382-001386           |
| 22 |   |   |   |   | R, UP | Plaintiff's Resignation from Miami Dade College Dated December 19, 2022 – DE 86-2, p. 7 – Bates No. City 001387    |
| 23 |   |   |   |   | R, UP | Miami Dade College Request for Personnel Action – DE 86-2, p. 8 – Bates No. City 001388                            |
| 24 |   |   |   |   |       | Miami Dade College Payroll Records – DE 86-2, pp. 9-11, Bates Nos. City 001389 - 001391                            |
| 25 |   |   |   |   |       | Declaration of Records Custodian of Allied Universal – DE 86-2, p. 12 – Bates No. City 001674                      |
| 26 |   |   |   |   | R, UP | Letter from Allied Universal Records Custodian – DE 86-2, pp. 13-14 – Bates Nos. City 001675 – 001676              |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | | | | | R, UP | Allied Universal Personnel Action Notice – DE 86-2, pp. 15-17 – Bates Nos. City 001677 – 001679 |
| 28 | | | | | R, H, A | Allied Universal Coaching Counseling Disciplinary Notices – DE 86-2, pp. 18-19 – Bates Nos. City 001680 – 001681 |
| 29 | | | | | R, H, A | Allied Universal Personnel Action Notice – DE 86-2, pp. 20-21 – Bates Nos. City 001682 – 001683 |
| 30 | | | | | | Allied Universal Payroll Records – DE 86-2, pp. 25-28, 30 – Bates Nos. City 001687 – 001690, 001692 |
| 31 | | | | | R, UP | City of Opa-Locka Letter of Termination – DE 86-2, p. 32 – Bates No. City 001895 |
| 32 | | | | | R, UP | City of Opa-Locka Memorandum Recommending Termination – DE 86-2, pp. 33-34 – Bates Nos. City 001896-001897 |
| 33 | | | | | R, UP | City of Opa-Locka Written Reprimand – DE 86-2, pp. 35-38 – Bates Nos. City 001898 – 001901 |
| 34 | | | | | | City of Opa-Locka Payroll Records – DE 86-2, pp. 74-78 – Bates Nos. City 002072 – 002076 |
| 35 | | | | | | Plaintiff's 2022 Tax Return – Plaintiff Bates Nos. JG 000001 – 000007 |
| 36 | | | | | | Cosner Email to Plaintiff Dated Dec. 28, 2020 – DE 69-6, pp. 139-140 |
| 37 | | | | | | Plaintiff's Email to Squad Dated Dec. 28, 2020 – DE 69-6, pp. 142-143 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 38 | | | | | Richard Ocejo Email to Cosner Dated Dec. 28, 2020 – DE 69-6, p. 144 |
| 39 | | | | | Composite Exhibit Cosner Dec. 28, 2020 Text Messages and Call Logs – Bates Nos. City 001520 – 001529 |
| 40 | | | | | TrackStar Detail Report – Bates Nos. City 001530 – 001571 |
| 41 | | | | | SOP #010A – Bates Nos. 001421 – 001449 |
| 42 | | | | | SOP #010B – Bates Nos. 001450 – 001470 |
| 43 | | | | | Police Department Organizational Chart – Bates No. City 001223 |

**May Offer If Need Arises**

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 44 | | | | | List of Active and Non-Active Last Chance Agreements – Bates Nos. City 001955 - 001966 |
| 45 | | | | | March 15, 2022, Human Resources Internal Investigation Report re: Rosa Carvajal – Bates Nos. City 001961 – 002060 |
| 46 | | | | | City's Department Rules and Regulations – Bates Nos. City 002077 – 002136 |
| 47 | | | | R, UP | Arbitration Opinion and Award Dated Aug. 24, 2016 – Bates Nos. 001930 - 001954 |

**Other Potential Exhibits**

1. Impeachment Exhibits

2. Any Exhibits Listed on Plaintiff's Exhibit List

Dated: September 18, 2024.

                        Respectfully submitted,

By: /s/*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
melkins@mlelawfirm.com
**MLE LAW**
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: 954.401.2608
*Co-Counsel for Defendant*

By: /s/*Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811
henryhunnefeld@miamibeachfl.gov

By: /s/*Benjamin J. Braun*
Benjamin J. Braun, Esq.
Florida Bar No. 1017937
benjaminbraun@miamibeachfl.gov

**CITY OF MIAMI BEACH**
**CITY ATTORNEY**
City Attorney's Office
1700 Convention Center Drive
Fourth Floor- Legal Department
Miami Beach, FL 33139
Telephone: 305.673.7470
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF as an attachment to the Parties' Joint Pretrial Stipulation. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<em>s/Michael L. Elkins</em><br>Michael L. Elkins

## SERVICE LIST

CASE NO.: 1:22-cv-21004-MD

Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*