UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

### **DEFENDANT'S WITNESS LIST – EXHIBIT D TO PRETRIAL STIPULATION**

Defendant, THE CITY OF MIAMI BEACH, FL, (the "City"), through its counsel and pursuant Southern District of Florida Local Rule 16.1(e)(10), and the Court's May 9, 2024, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [DE 59], files its Witness List as Exhibit D to the Pretrial Stipulation.

### **WITNESS LIST**

**Expect to Present**

1. Richard Clements
   Former Chief of Police
   c/o MLE Law
   1212 NE 16th Terrace
   Fort Lauderdale, FL 33304

2. A.J. Prieto
   Former Commander Internal Affairs
   c/o MLE Law
   1212 NE 16th Terrace
   Fort Lauderdale, FL 33304

3. Michael Smith
   Former Director of Human Resources
   c/o MLE Law
   1212 NE 16th Terrace
   Fort Lauderdale, FL 33304

4. Wayne Jones
   Current Chief of Police
   c/o MLE Law
   1212 NE 16th Terrace
   Fort Lauderdale, FL 33304

5. Marla Alpizar
   Current Director of Human Resources
   c/o MLE Law
   1212 NE 16th Terrace
   Fort Lauderdale, FL 33304

6. Lieutenant Steven Cosner
   City of Miami Beach Police Department
   1100 Washington Ave.
   Miami Beach, FL 33139

7. Sergeant Arley Flaherty
   City of Miami Beach Police Department
   1100 Washington Ave.
   Miami Beach, FL 33139

8. Michael Pancier, Esq.
   9000 Sheridan Street
   #93
   Pembroke Pines, FL 33024

9. Eugene Gibbons, Esq.
   501 East Las Olas Blvd.
   Suite 304
   Fort Lauderdale, FL 33301-2881

10. Detective, Kevin Millan
    City of Miami Beach Police Department
    1100 Washington Ave.
    Miami Beach, FL 33139

**May Call If Need Arises**

11. Plaintiff
    c/o Derek Smith Law Group
    520 Brickell Key Drive
    Suite O-301
    Miami, FL 33131

    May present Plaintiff's testimony via deposition testimony

12. Paul Acosta
    Assistant Chief of Police
    c/o MLE Law
    1212 NE 16th Terrace
    Fort Lauderdale, FL 33304

13. Captain Delvin Brown
    c/o MLE Law
    1212 NE 16th Terrace
    Fort Lauderdale, FL 33304

14. Lieutenant, Paul Ozaeta
    City of Miami Beach Police Department
    1100 Washington Ave.
    Miami Beach, FL 33139

15. Andrea Forero
    Records Custodian
    Miami-Dade College
    c/o Javier Ley-Soto, General Counsel
    Miami-Dade College Office of Legal Affairs
    300 NE 2nd Ave.
    Suite 1453
    Miami, FL 33132

16. Joana Flores
    Records Custodian
    City of Opa-Locka
    3780 Fisherman Street
    4th Floor
    Opa-Locka, FL 33054

    17. Markesha Madison
        Records Custodian
        Universal Protection Service, LLC
        161 Washington Street, Suite 600
        Conshohocken, PA 19428

**Other Potential Witnesses**

    18. Impeachment Witnesses

    19. Rebuttal Witnesses

    20. Anyone Listed on Plaintiff's Witness List

Dated: September 18, 2024.

                                  Respectfully submitted,

                                            By: /s/*Michael L. Elkins*
                                            Michael L. Elkins, Esq.
                                            Florida Bar No. 523781
                                            melkins@mlelawfirm.com
                                            **MLE LAW**
                                            1212 NE 16th Terrace
                                            Fort Lauderdale, FL 33304
                                            Telephone: 954.401.2608
                                            *Co-Counsel for Defendant*

                                            By: /s/*Henry J. Hunnefeld*
                                            Henry J. Hunnefeld, Esq.
                                            Florida Bar No. 343811
                                            henryhunnefeld@miamibeachfl.gov

                                            By: /s/*Benjamin J. Braun*
                                            Benjamin J. Braun, Esq.
                                            Florida Bar No. 1017937
                                            benjaminbraun@miamibeachfl.gov

                                            **CITY OF MIAMI BEACH**
                                            **CITY ATTORNEY**
                                            City Attorney's Office
                                            1700 Convention Center Drive
                                            Fourth Floor- Legal Department
                                            Miami Beach, FL 33139
                                            Telephone: 305.673.7470
                                            *Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF as an attachment to the Parties' Joint Pretrial Stipulation. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<i><u>s/Michael L. Elkins</u></i><br>Michael L. Elkins

## SERVICE LIST

CASE NO.: 1:22-cv-21004-MD

Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*