UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

## DEFENDANT'S DEPOSITION DESIGNATIONS

Defendant, THE CITY OF MIAMI BEACH, FL, (the "City"), through its counsel and pursuant to the Court's May 9, 2024, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [DE 59], files its Deposition Designations.

**Volume I of Plaintiff's Deposition Taken on February 6, 2024 – Volume I of Plaintiff's Deposition Is In The Record at DE 69-17**

Vol. I TR:13-14:15-11[1]

Vol. I TR:30:7-17

Vol. I TR:36:7-16

Vol. I TR:50-51:12-6

Vol. I TR:60:20-21

Vol. I TR:73-74:15-2

---

[1] In citing to deposition transcripts generally, the City uses the citation format "TR:_:_." The "TR" refers to "transcript," the first number(s) after the TR refers to the page number(s) of the transcript and the second number(s) refers to the line number(s) of the transcript.

Vol. I TR:74:3-9

Vol. I TR:105-107:15-22

Vol. I TR:105:8-14

Vol. I TR:107:16-22

Vol. I TR:109-111:7-18

Vol. I TR:113-114:22-19

**Volume II of Plaintiff's Deposition Taken on February 13, 2024 – Volume II of Plaintiff's Deposition Is In The Record at DE 69-22**

Vol. II TR:148-149:4-6

Vol. II TR:156:10-24

Vol. II TR:157:1-19

Vol. II TR:159-160:20-21

Vol. II TR:162-163:9-15

**Volume III of Plaintiff's Deposition Taken on March 15, 2024 – Volume III of Plaintiff's Deposition Is In the Record at DE 69-32**

Vol. III TR:184-186:23-3

Vol. III TR:185-186:10-3

Vol. III TR:187-189:3-2

Vol. III TR:189-203:11-14

Vol. III TR:207-213:12-20

Vol. III TR:213:17-20

Vol. III TR:221-222:14-9

Vol. III TR:222-223:10-7

Dated: September 18, 2024.

Respectfully submitted,

By: /s/*Michael L. Elkins*
Michael L. Elkins, Esq.
Florida Bar No. 523781
melkins@mlelawfirm.com
**MLE LAW**
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: 954.401.2608
*Co-Counsel for Defendant*

By: /s/*Henry J. Hunnefeld*
Henry J. Hunnefeld, Esq.
Florida Bar No. 343811
henryhunnefeld@miamibeachfl.gov

By: /s/*Benjamin J. Braun*
Benjamin J. Braun, Esq.
Florida Bar No. 1017937
benjaminbraun@miamibeachfl.gov

**CITY OF MIAMI BEACH
CITY ATTORNEY**
City Attorney's Office
1700 Convention Center Drive
Fourth Floor- Legal Department
Miami Beach, FL 33139
Telephone: 305.673.7470
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Michael L. Elkins*
Michael L. Elkins

## SERVICE LIST

CASE NO.: 1:22-cv-21004-MD

Daniel J. Barroukh, Esq.
danielb@dereksmithlaw.com
**DEREK SMITH LAW GROUP, PLLC**
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
*Counsel for Plaintiff*