UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

        Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING DEPOSITION DESIGNATIONS**

        Plaintiff, JESSICA GUASTO, ("Plaintiff"), by and through her undersigned counsel and pursuant to the Court's May 9, 2024, Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [D.E. 59], hereby gives notice of filing the following Deposition Designations:

A.    **Steven Cosner's Deposition Taken on May 17, 2024 – Steven Cosner's Deposition Is In The Record at D.E. 69-6**

        Cosner TR:28:12
        Cosner TR:28:16-17
        Cosner TR:31:17-18, 25
        Cosner TR:32:1-2
        Cosner TR:32:7-11
        Cosner TR:33:3, 22
        Cosner TR:34:11-14
        Cosner TR:39:2-12
        Cosner TR:57:6-20
        Cosner TR:57:10-15
        Cosner TR:57:18-20
        Cosner TR:58:22-24
        Cosner TR:59:6
        Cosner TR:64:15-24
        Cosner TR:67:14-15

1

Cosner TR:68:7-9
Cosner TR:75:6-10
Cosner TR:76:5-6
Cosner TR:83:3-7
Cosner TR:83:8-14
Cosner TR:97:13-24
Cosner TR:101:8-15
Cosner TR:115:16-17
Cosner TR:120:20-22
Cosner TR:130:10-20

**B.**     **Paul Ozaeta's Deposition Taken on April 15, 2024 – Paul Ozaeta's Deposition Is In The Record at D.E. 69-23**

Ozaeta TR:24-2
Ozaeta TR:49:2-14
Ozaeta TR:49:15-19
Ozaeta TR:50:2-10

**C.**     **Reggie Lester's Deposition Taken on March 28, 2024 – Reggie Lester's Deposition Is In The Record at D.E. 69-24**

Lester TR:35:19-20
Lester TR:60:9-12
Lester TR:60:15-21

Dated:  Miami, Florida
          September 19, 2024

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being

served on September 19, 2024, on all counsel of record on the service list below via transmission

of Notices of Electronic Filings generated by CM/ECF.

By: *<u>/s/ Daniel J. Barroukh</u>*
Daniel J. Barroukh, Esq.

## <u>SERVICE LIST</u>

**CITY ATTORNEY'S OFFICE OF MIAMI BEACH**
Benjamin Z. Braun
benjaminbraun@miamibeachfl.gov
Florida Bar No.: 1017937
Henry Joseph Hunnefeld
henryhunnefeld@miamibeachfl.gov
Florida Bar No. 343811
1700 Convention Center Drive
Miami Beach, Florida 33139
Telephone: (305) 673-7470
Facsimile: (877) 673-7002

**MLE LAW**
Michael Lewis Elkins
melkins@mlelawfirm.com
Florida Bar No.: 523781
1212 NE 16th Terrace
Fort Lauderdale, FL 33304
Telephone: (954) 401-2608

*Counsel for Defendant*