UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN/Torres

JESSICA GUASTO,

    Plaintiff,

v.

THE CITY OF MIAMI BEACH, FL,
a Florida municipality,

    Defendants.
_____/

### ORDER CONTINUING CALENDAR CALL AND TRIAL

**THIS CAUSE** is before the Court *sua sponte*. Being fully advised, in light of other trials ahead of the instant case on the same trial calendar, considering the pending motions that need resolution before the trial of this case (*see* ECF No. 70, 85, 87), it is hereby

**ORDERED** as follows:

1. The Calendar Call presently set for Tuesday, October 1, 2024 at 1:30 p.m. is **CANCELED** until further Order of the Court.

2. The Trial presently set to commence during the Court's two-week trial calendar beginning Monday, October 7, 2024, is hereby **CANCELED** until further Order of the Court.

The Court will set a new Calendar Call and Trial date, as well as a hearing on pending motions, if necessary, by separate Order.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 30th day of September, 2024.

                                          MELISSA DAMIAN
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record