UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN

**JESSICA GUASTO**,

    Plaintiff,

v.

**THE CITY OF MIAMI BEACH, FL,**

    Defendant.

_____/

**<u>FINAL JUDGMENT</u>**

    **THIS CAUSE** having come before the Court for consideration of Defendant, The City of Miami Beach, FL's ("Defendant"), Fully Dispositive Motion for Summary Judgment [ECF No. 70] and said Motion having been granted by separate Order as to the remaining Counts of the Complaint [ECF No. 108], it is hereby

    **ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in favor of Defendant, The City of Miami Beach, FL, and against Plaintiff, Jessica Guasto. Plaintiff shall take nothing by this action and Defendant shall go hence without day. The Court reserves jurisdiction to consider post-trial motions, if any.

    **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of February, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record