UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN

**JESSICA GUASTO**

    Plaintiff,

**THE CITY OF MIAMI BEACH, FL**

    Defendant.

_____/

**NOTICE OF APPEAL**

Plaintiff, under 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and Rule 4(a)(1)(A), files this notice of appeal and appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment [DE 110] and all other orders in this case.

                                                Respectfully submitted,

                                                <u>/s/ Michael J Ellis</u>
                                                Michael J Ellis
                                                Fla. Bar No. 1025056
                                                Samuel Alexander, B.C.S.
                                                Fla. Bar No. 1007757
                                                **Alexander Appellate Law P.A.**
                                                1022 Park Street, Suite 206
                                                Jacksonville, FL 32204
                                                (689) 259-5010
                                                michael@alexanderappeals.com
                                                samuel@alexanderappeals.com
                                                service@alexanderappeals.com
                                                *Appellate Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that the parties listed below were served electronically on March 24, 2025.

| | |
|---|---|
| Daniel J. Barroukh, Esq.<br>danielb@dereksmithlaw.com<br>**DEREK SMITH LAW GROUP, PLLC**<br>520 Brickell Key Drive<br>Suite O-301<br>Miami, FL 33131<br><br>*Plaintiff's Trial Counsel* | Henry J. Hunnefeld, Esq.<br>Florida Bar No. 343811<br>henryhunnefeld@miamibeachfl.gov<br>Benjamin J. Braun, Esq.<br>Florida Bar No. 1017937<br>benjaminbraun@miamibeachfl.gov<br>**CITY OF MIAMI BEACH**<br>**CITY ATTORNEY**<br>City Attorney's Office<br>1700 Convention Center Drive<br>Fourth Floor- Legal Department<br>Miami Beach, FL 33139<br>Telephone: 305.673.7470<br><br>Michael L. Elkins, Esq.<br>Florida Bar No. 523781<br>melkins@mlelawfirm.com<br>**MLE LAW**<br>1212 NE 16th Terrace<br>Fort Lauderdale, FL 33304<br>Telephone: 954.401.2608<br>Co-Counsel for Defendant<br><br>*Defendant's Trial Counsel* |