# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2025

Daniel Jordan Barroukh
Derek Smith Law Group, PLLC
520 BRICKELL KEY DR STE O-301
MIAMI, FL 33131

Michael Ellis
Alexander Appellate Law PA
1022 PARK ST STE 206
JACKSONVILLE, FL 32204



Appeal Number: 25-10987-A
Case Style: Jessica Guasto v. The City of Miami Beach, Florida, et al
District Court Docket No: 1:22-cv-21004-MD

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **03/25/2025**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN

**JESSICA GUASTO**

    Plaintiff,

**THE CITY OF MIAMI BEACH, FL**

    Defendant.

_____/

**NOTICE OF APPEAL**

    Plaintiff, under 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and Rule 4(a)(1)(A), files this notice of appeal and appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment [DE 110] and all other orders in this case.

    Respectfully submitted,

/s/ Michael J Ellis
Michael J Ellis
Fla. Bar No. 1025056
Samuel Alexander, B.C.S.
Fla. Bar No. 1007757
**Alexander Appellate Law P.A.**
1022 Park Street, Suite 206
Jacksonville, FL 32204
(689) 259-5010
michael@alexanderappeals.com
samuel@alexanderappeals.com
service@alexanderappeals.com
*Appellate Counsel for Plaintiff*