## EXHIBIT A

**Court Reporter and Videographer Appearance Fees and Transcript Costs**

| DESCRIPTION | INVOICE DATE | AMOUNT | BASIS |
|---|---|---|---|
| Invoice No: 7184337 Transcript of Day 1 of Plaintiff's deposition, including attendance of court reporter, exhibits, court reporter expenses, logistics, processing and electronic files | Feb. 19, 2024 | $1,719.75 | 28 U.S.C. § 1920(2) |
| Invoice No. 200136 Transcript of Day 2 of Plaintiff's deposition, including attendance of court reporter | Mar. 3, 2024 | $324.50 – Excludes CC fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200198 Transcript of Day 3 of Plaintiff's deposition, including attendance of court reporter | Mar. 27, 2024 | $501.50 – Excludes CC fee | 28 U.S.C. § 1920(2) |
| Invoice No. 44395 Transcript of Richard Clements | May 15, 2025 | $929.90 | 28 U.S.C. § 1920(2) |
| Invoice No. 44635 Transcript of Steven Cosner | May 24, 2024 | $1,835.71 | 28 U.S.C. § 1920(2) |
| Invoice No. 200224 Transcript and appearance fee for depositions of Arly Flaherty and Reggie Lester | April 16, 2024 | $1,014.5 – Excluding CC Fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200420 Transcript and appearance fee for deposition of Andrea Forero | July 23, 2024 | $389.00 – Excluding Interest and CC Fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200259 Transcript and appearance fee for deposition of Eugene Gibbons | May 4, 2024 | $287.00 – Excluding CC Fee | 28 U.S.C. § 1920(2) |

| | | | |
|---|---|---|---|
| Invoice No. 200261 Transcript and appearance fee for deposition of Kevin Millan | May 6, 2024 | $396.50 – Excluding CC Fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200243 Transcript and appearance fee for deposition of Nick Guasto | April 26, 2024 | $468.50 – Excluding CC Fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200230 Transcript and appearance fee for depositions of Paul Ozaeta and Michael Pancier | April 20, 2024 | $707.00 – Excluding CC Fee | 28 U.S.C. § 1920(2) |
| Invoice No. 200235 Transcript and appearance fee for deposition of Plaintiff's Expert Witness – Dr. Paul Mason | April 25, 2024 | $762.60 | 28 U.S.C. § 1920(2) |
| Videographer for Days 1, 2, and 3 Plaintiff's Deposition – Appearance Fees Only – Did not order video | Feb. 12, 2024 – Inv. 7174491<br><br>Feb. 13, 2024 – Inv. 1076<br><br>Mar. 15, 2024- Inv. 1083 | $1,352.00 – Day 1<br><br>$395.00 – Day 2<br><br>$400.00 – Day 3 | 28 U.S.C. § 1920(2) |
| **TOTAL** | | **$11,483.46** | |

**Service of Process Fees For Subpoenas for Depositions and Records**

| DESCRIPTION | INVOICE DATE | AMOUNT | BASIS |
|---|---|---|---|
| Invoice No. FIS-2024002378 Subpoena for Records to City of Opa Locka | Mar. 13, 2024 | $80.00 – Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002377 Subpoena for Records to Miami-Dade College | Apr. 1, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002376 Subpoena for Records to Giordano Protection Services | Apr. 15, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002813 Subpoena for Records to Universal Protection Service, LLC | Mar. 26, 2024 | $115.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002809 Subpoena for Deposition to Eugene Gibbons | Mar. 27, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002808 Subpoena for Deposition to Michael Pancier | Mar. 26, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002807 Subpoena for Deposition for New Date to Nicholas Guasto | Mar. 28, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002806 Subpoena for Deposition for New Date to Paul Ozaeta | Mar. 28, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002624 Subpoena for Deposition to Reggie Lester | Mar. 19, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002623 Initial Subpoena for | Mar. 19, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |

| | | | |
|---|---|---|---|
| Deposition to Paul Ozaeta – Not available for date for original deposition | | | |
| Invoice No. FIS-2024002622 Subpoena for Deposition to Arly Flaherty | Mar. 19, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002620 Subpoena for Deposition to Kevin Millan | Mar. 19, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024002619 Initial Subpoena for Deposition to Nicholas Guasto – Not available for date for original deposition | Mar. 19, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024006410 Subpoena for Deposition to Andrea Forero | Jul. 22, 2024 | $340.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| **TOTAL** | | **$910.00** | |

4

**Service of Process Fees for Trial Subpoenas**

| DESCRIPTION | INVOICE DATE | AMOUNT | BASIS |
|---|---|---|---|
| Invoice No. FIS-2024008555 Records Custodian for Universal Protection Services, LLC | Sept. 11, 2024 | $115.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008547 Steven Cosner | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008546 Kevin Millan | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008545 Paul Ozaeta | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008544 Andrea Forero-Records Custodian for Miami-Dade College | Sept. 17, 2024 | $160.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008543 Arly Flaherty | Oct. 4, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008542 Custodian of Records City of Opa Locka | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008541 Michael Pancier | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| Invoice No. FIS-2024008540 Eugene Gibbons | Sept. 11, 2024 | $80.00 - Reduced to $65.00 Pursuant to 28 C.F.R. 0.114(a)(3) | 28 U.S.C. §1920(1) |
| **TOTAL** | | **$585.00** | |

**Witness Fees**

| DESCRIPTION | INVOICE DATE | AMOUNT | BASIS |
|---|---|---|---|
| Witness fee for Plaintiff's Expert Witness for Deposition | Apr. 22, 2024 | $800.00 reduced to $40.00 | 28 U.S.C. §1920(3)<br><br>and<br><br>28 U.S.C. §1921(b) |
| Witness fee for Michael Pancier | Apr. 4, 2024 | $40.00 – Paid Via Zelle | 28 U.S.C. §1920(3)<br><br>and<br><br>28 U.S.C. §1921(b) |
| **TOTAL** | | **$80.00** | |