## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael L. Elkins | Invoice #: | **7184337** |
|---|---|---|---|
| | MLE Law | **Invoice Date:** | **2/19/2024** |
| | 1212 Northeast 16th Terrace | **Balance Due:** | **$1,719.75** |
| | Fort Lauderdale, FL, 33304 | | |

| **Case: Guasto, Jessica v. City Of Miami Beach (1:22cv21004DPG)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6337940   |   Job Date: 2/6/2024   |   Delivery: Normal

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Michael L. Elkins |
| Scheduling Atty: | Michael L. Elkins | MLE Law |

| **Witness: 9am Jessica Guasto** | **Amount** |
|---|---|
| Transcript Services | $963.00 |
| Professional Attendance | $545.00 |
| Exhibits | $24.75 |
| Logistics, Processing & Electronic Files | $151.00 |
| **Non Witness Specific Charges** | **Amount** |
| Expenses | $36.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,719.75** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,719.75** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7184337**

**Invoice Date:  2/19/2024**

**Balance Due:  $1,719.75**

Pay by Credit Card: www.veritext.com

224444



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**   **200136**
Invoice Date:   03/03/2024

---

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): JESSICA GUASTO SALABARRIA
Attendance Date: 02/13/2024, 10:00 a.m.
Reporter: TAMARA MASCI TANNEN

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 10:00-11:00 | 125.00 |
| 0.5 | Deposition Appearance Fee (Each add'l hour)11:00-11:11 | 37.50 |
| 36 | Original & 1 Transcript VOL. 2 PAGES 142-177 | 162.00 |
| | **Transcript emailed on 3/3/24** | |

| | |
|---|---|
| Invoice Total: | 324.50 |
| Credit Card Fee: | 12.98 |

| | |
|---|---|
| Total Amount Due If Paying By Credit Card: | 337.48 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**   **200198**
Invoice Date:   03/27/2024

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): JESSICA GUASTO
Attendance Date: 03/15/2024, 10:00 a.m.
Reporter: TAMARA MASCI TANNEN

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 10:00-11:00 | 125.00 |
| 1 | Deposition Appearance Fee (Each add'l hour) | 75.00 |
| 67 | Original & 1 Transcript (VOL. 3 PAGES 178-244) | 301.50 |
| | **Exhibits emailed 3/27/24** | |
| | **Transcript emailed on 3/27/24** | |

Invoice Total:   501.50
Credit Card Fee:   20.06

Total Amount Due If Paying By Credit Card:   521.56

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44395 | 5/15/2024 | 28190 |
| **Job Date** | **Case No.** | |
| 4/23/2024 | 1:22-CV-21004-DPG | |
| **Case Name** | | |
| Jessica Guasto v. The City of Miami Beach, FL, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Lewis Elkins
MLE Law
1212 Northeast 16th Terrace

Fort Lauderdale, FL 33304

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Richard M. Clements

929.90

**TOTAL DUE  >>>**   **$929.90**

AFTER 6/14/2024  PAY   $1,069.39

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

Michael Lewis Elkins
MLE Law
1212 Northeast 16th Terrace

Fort Lauderdale, FL 33304

| | | | |
|---|---|---|---|
| Job No. | : 28190 | BU ID | : B |
| Case No. | : 1:22-CV-21004-DPG | | |
| Case Name | : Jessica Guasto v. The City of Miami Beach, FL, et al. | | |
| Invoice No. | : 44395 | Invoice Date | : 5/15/2024 |
| **Total Due** | : **$929.90** | | |

AFTER 6/14/2024  PAY  $1,069.39

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Everest Court Reporting**
         **12 Penns Trail**
         **Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44635 | 5/24/2024 | 28982 |
| **Job Date** | **Case No.** | |
| 5/17/2024 | 1:22-CV-21004-DPG | |
| **Case Name** | | |
| Jessica Guasto v. The City of Miami Beach, FL, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Lewis Elkins
MLE Law
1212 Northeast 16th Terrace

Fort Lauderdale, FL 33304

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Steve Cosner

1,835.71

**TOTAL DUE  >>>**          **$1,835.71**

AFTER 6/23/2024  PAY          $2,111.07

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

---

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

Michael Lewis Elkins
MLE Law
1212 Northeast 16th Terrace

Fort Lauderdale, FL 33304

Job No.    : 28982        BU ID     : B
Case No.   : 1:22-CV-21004-DPG
Case Name : Jessica Guasto v. The City of Miami Beach, FL, et al.
Invoice No. : 44635      Invoice Date : 5/24/2024
**Total Due**  : **$1,835.71**
AFTER 6/23/2024  PAY  $2,111.07

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:        Phone#: | | | |
| Billing Address: | | | |
| Zip:      Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Everest Court Reporting**
            **12 Penns Trail**
            **Newtown, PA 18940**



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**   **200224**
Invoice Date:   04/16/2024

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): ARLEY FLAHERTY, 9:00; REGGIE LESTER, 12:00
Attendance Date: 03/28/2024, 9:00 a.m.
Reporter: TIMOFEY GARBUZ

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 9:00-10:00 | 125.00 |
| 4 | Deposition Appearance Fee (Each add'l hour)10:00-1:50 | 300.00 |
| 54 | Original & 1 Transcript (SGT. ARLEY FLAHERTY) | 243.00 |
| 77 | Original & 1 Transcript (SGT. REGINALD LESTER) | 346.50 |
| | **Transcript emailed on 4/16/24** | |
| | **Exhibits emailed on 4/16/24** | |

Invoice Total:   1014.50
Credit Card Fee:   40.58

Total Amount Due If Paying By Credit Card:   1055.08

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:** **200420**
Invoice Date:   07/23/2024
**Past Due**

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): ANDREA FORERO
Attendance Date: 07/23/2024, 10:00 a.m.
Reporter: TAMARA MASCI TANNEN

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee | 125.00 |
| 24 | Original & 1 Transcript | 108.00 |
| 24 | Additional Per Page Rate - OVERNIGHT | 156.00 |
| | **Transcript emailed on 7/23/24** | |
| | **Exhibits emailed on 7/23/24** | |

| | |
|---|---|
| Invoice Total: | 389.00 |
| Interest: | 33.38 |
| **Total Without CC Fee:** | **422.38** |
| Credit Card Fee: | 16.90 |
| Total Amount Due **If Paying By Credit Card**: | 439.28 |

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

If there are any concerns regarding this invoice, please call 954.523.5326 or send an email to
Coastalreportinginc@gmail.com.

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:** **200259**
Invoice Date:  05/04/2024

In Re:  JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): EUGENE GIBBONS, 9:00
Attendance Date: 04/18/2024, 9:00 a.m.
Reporter: TIMOFEY GARBUZ

| Qty | Description | Amount |
|---|---|---|
| 36 | Original & 1 Transcript | 162.00 |
| 1 | Deposition Appearance Fee 9:00-9:41 AM | 125.00 |
| | **Transcript emailed on 5/4/24** | |
| | **Exhibits emailed on 5/4/24** | |

Invoice Total:  287.00
Credit Card Fee:  11.48

Total Amount Due If Paying By Credit Card:  298.48

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**   **200261**
Invoice Date:   05/06/2024

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): KEVIN MILLAN
Attendance Date: 03/29/2024, 9:00 a.m.
Reporter: TIMOFEY GARBUZ

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 9:00-10:00 | 125.00 |
| 0.5 | Deposition Appearance Fee (Each add'l hour) 10:00-10:16 | 37.50 |
| 52 | Original & 1 Transcript | 234.00 |
| | **Transcript emailed on 5/6/24** | |

| | |
|---|---|
| Invoice Total: | 396.50 |
| Credit Card Fee: | 15.86 |
| Total Amount Due If Paying By Credit Card: | 412.36 |

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**    **200243**
Invoice Date:   04/26/2024

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): NICHOLAS GUASTO
Attendance Date: 04/23/2024, 9:00 a.m.
Reporter: SUSAN BARNARD

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 9:00-10:00 | 125.00 |
| 0.5 | Deposition Appearance Fee (Each add'l hour) | 37.50 |
| 68 | Original & 1 Transcript | 306.00 |
| | **Transcript emailed on 4/26/24** | |
| | **Exhibits emailed on 4/26/24** | |

Invoice Total:   468.50
Credit Card Fee:   18.74

Total Amount Due If Paying By Credit Card:   487.24

---

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:**     **200230**
Invoice Date:    04/20/2024

In Re:    JESSICA GUASTO V CITY OF MIAMI BEACH
          Witness(s): PAUL OZAETA, 1:00; MICHAEL PANCIER, 3:30
          Attendance Date: 04/15/2024, 1:00 p.m.
          Reporter: TIMOFEY GARBUZ

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 1:00-2:00 | 125.00 |
| 2 | Deposition Appearance Fee (Each add'l hour) 2:00-4:00 | 150.00 |
| 21 | Original & 1 Transcript (MICHAEL PANCIER, ESQ.) | 94.50 |
| 75 | Original & 1 Transcript (LT. PAUL OZAETA) | 337.50 |
| | **Transcript emailed on 4/26/24** | |
| | **Exhibits emailed on 4/26/24** | |

Invoice Total:    707.00
Credit Card Fee:    28.28

Total Amount Due If Paying By Credit Card:    735.28

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



COASTAL REPORTING, INC.
P.O. BOX 812451
BOCA RATON, FL 33481
954.523.5326

# INVOICE

MLE LAW
ATTN: MICHAEL L. ELKINS, ESQ.
1212 NE 16TH TERRACE
FORT LAUDERDALE, FL  33304

**Invoice Number:** **200235**
Invoice Date:   04/25/2024

In Re:   JESSICA GUASTO V CITY OF MIAMI BEACH
Witness(s): DR. PAUL MASON
Attendance Date: 04/19/2024, 10:00 a.m.
Reporter: SUSAN BARNARD

| Qty | Description | Amount |
|---|---|---|
| 1 | Deposition Appearance Fee 10:00-11:00 | 125.00 |
| 1 | Deposition Appearance Fee (Each add'l hour) 11:00-11:36AM | 75.00 |
| 58 | Original & 1 Transcript | 261.00 |
| 58 | Additional Per Page Rate - 3-DAY | 301.60 |
| | **Transcript emailed on 4/24/24** | |
| | **Exhibits emailed on 4/25/24** | |

Invoice Total:   762.60
Credit Card Fee:    30.50

Total Amount Due If Paying By Credit Card:    793.10

We Appreciate Your Business!

**PAYMENT DUE UPON RECEIPT**

**To Insure Proper Credit, Please Enclose One Copy Of This Invoice
With Payment and/or Include the Invoice Number on Your Check.**

If you wish to use Zelle, please Zelle to Coastalreportinginc@gmail.com

To Pay Online, click here: PAY NOW

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 84-1696814

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

**Veritext, LLC - Florida Region**

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael L. Elkins | | | |
| --- | --- | --- | --- | --- |
| | MLE Law | | **Invoice #:** | **7174491** |
| | 1212 Northeast 16th Terrace | | **Invoice Date:** | **2/12/2024** |
| | Fort Lauderdale, FL, 33304 | | **Balance Due:** | **$1,352.00** |

| **Case: Guasto, Jessica v. City of Miami Beach (1:22cv21004DPG)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 6337940   |   Job Date: 2/6/2024   |   Delivery: None

| Location: | Miami, FL |
| --- | --- |
| Billing Atty: | Michael L. Elkins |
| Scheduling Atty: | Michael L. Elkins | MLE Law |

| Witness: 9am Jessica Guasto | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Video - Initial Services | 1.00 | $350.00 | $350.00 |
| Video - Additional Hours | 6.00 | $150.00 | $900.00 |
| Video - Media and Cloud Services | 3.00 | $34.00 | $102.00 |

| Notes: | | Invoice Total: | $1,352.00 |
| --- | --- | --- | --- |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,352.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7174491**

**Invoice Date:   2/12/2024**

**Balance Due:   $1,352.00**

224444

Coastal Video

# Invoice

| Date | Invoice # |
|---|---|
| 2/13/2024 | 1076 |

**Bill To**

MICHAEL ELKINS, ESQ.
1213 S.E. 3RD AVENUE
FT. LAUDERDALE, FL 33316-1905

| PROJECT: | **Terms** | Project |
|---|---|---|
| | Due on receipt | |

| Description | Amount |
|---|---|
| **Style:  GUASTO VS. CITY OF MIAMI BEACH** | |
| **Case No:  1:22-CV-21004-DPG** | |
| **Date of Service:  FEBRUARY 13, 2024** | |
| **Location: VIDEOCONFERENCE ZOOM** | |
| **Subject:  JESSICA GUASTO** | |
| **Hours:  Two HR MINIMUM** | 395.00 |
| **Video Tech:  EC** | 0.00 |
| **Ref:  COASTAL** | |
| **HOLDING MPEG FILES IN OUR OFFICE IN CASE YOU ORDER IN THE FUTURE** | |
| **FEDERAL TAX # 22-3947219** | |

| | |
|---|---|
| | **Total** $395.00 |

If balance owed on this invoice is not paid in full within 30 days from the date hereof, Customer agrees that Coastal Video Inc., shall charge interest at the rate of 18% annum, or 1.5% per month on the then remaining unpaid balance.
In the event of non-payment by customer of all or any part of this invoice/contract, the customer agrees that it, he/she will be responsible for all costs of collection.

Coastal Video

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/15/2024 | 1083 |

**Bill To**

MICHAEL L. ELKINS, ESQ.
MLE LAW, PLLC
1213 NE 16TH TERRACE
FT. LAUDERDALE, FL 33304

| PROJECT: | **Terms** | Project |
|----------|-----------|---------|
|  | Due on receipt |  |

| Description | Amount |
|-------------|--------|
| **Style:  JESSICA GAUSTO VS. CITY OF MIAMI BEACH**<br><br>**Case No:  1:22-CV-21004-DPG**<br><br>**Date of Service:  MARCH 15, 2024**<br><br>**Location:  TELECONFERENCE VIA ZOOM**<br><br>**Subject:  JESSICA GAUSTO**<br><br>**Hours:  Two**<br><br>**Video Tech:  ML**<br><br>**Ref:  COASTAL**<br>**(HOLDING MPEGS IN OUR OFFICE IF YOU WANT TO REQUEST THEM)** | 400.00<br><br><br><br><br><br>0.00 |
| **FEDERAL TAX # 22-3947219** | **Total**     $400.00 |

If balance owed on this invoice is not paid in full within 30 days from the date hereof, Customer agrees that Coastal Video Inc., shall charge interest at the rate of 18% annum, or 1.5% per month on the then remaining unpaid balance.
In the event of non-payment by customer of all or any part of this invoice/contract, the customer agrees that it, he/she will be responsible for all costs of collection.