## INVOICE

Invoice #FIS-2024002378
3/13/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
633 S. Andrews Ave
Suite 500
Fort Lauderdale, FL 33301

**Case Number: Southern 1:22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/12/2024   Served: 3/13/2024 12:40 pm  .PUBLIC AGENCY
To be served on: City of Opa Locka Custodian of Records: Joanna Flores

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/14/2024     CC **006)     Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



**INVOICE**

Invoice #FIS-2024002377
4/1/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Original Date: 3/14/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 1:22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/12/2024   Served: 3/14/2024 4:25 pm  .CORPORATE
To be served on: College Legal Counsel Office of Legal Affairs-Miami Dade College

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| 4/2/2024          CC **006)          Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the
invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per
month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees
to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to
the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

## INVOICE



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024002376
4/15/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 1:22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/12/2024   Non-Served: 4/15/2024  .NON-SERVE - COMMENTS
To be served on: Giordano Protection Services, LLC Registered Agent: Jeffrey S. Giordano

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 4/16/2024        CC **006)              Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

**Comments pertaining to this invoice:**
Attempted service at 250 NW 23rd Street #305, Miami, FL 33127.

3/13/24 @ 7:43 PM-Did not get an answer at the door. No noise or activity seen.

3/14/24 @ 10:50 AM- Did not get an answer at the door. No noise or activity seen.

3/16/24 @ 2:32 PM- Did not get an answer at the door. No noise or activity seen.

3/19/24 @ 4:48 PM- Did not get an answer at the door. No noise or activity seen

3/21/24 @ 1:20 PM-Did not get an answer at the door. No noise or activity seen. Server spoke to the neighbor who had no information.

3/23/24 @ 12:49 PM- Did not get an answer at the door. No noise or activity seen.

3/25/24 @  6:22 PM- Did not get an answer at the door. No noise or activity seen.

**INVOICE**                                                                                            **4/15/2024**

3/28/24 @ 6:38 PM- Did not get an answer at the door. No noise or activity seen.

3/29/24 @ 7:31 PM- Did not get an answer at the door. No noise or activity seen.

3/30/24 @ 1:16 PM- Did not get an answer at the door. No noise or activity seen. No answer at the neighbors.

4/2/24 @ 4:52 PM- Did not get an answer at the door. No noise or activity seen.

4/9/24 @ 7:26 AM- Did not get an answer at the door. No noise or activity seen.

4/12/24 @ 6:07 PM- Did not get an answer at the door. No noise or activity seen.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

## INVOICE

Invoice #FIS-2024002813
3/26/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO, f/k/a Jessica Salabarria,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/25/2024   Served: 3/26/2024 9:05 am  .LIMITED LIABILITY COMPANY
To be served on: UNIVERSAL PROTECTION SERVICE, LLC c/o Registered Agent Corporation Service
Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee - Send Away - TALLAHASSEE, FL RUSH | 1.00 | 115.00 | 115.00 |
| TOTAL CHARGED: | | | $115.00 |
| | | | |
| 3/27/2024        CC **006)        Final Payment | | | 115.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

## INVOICE

Invoice #FIS-2024002809
3/27/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO, f/k/a Jessica Salabarria,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/25/2024   Served: 3/27/2024 11:54 am  .AUTHORIZED
To be served on: Eugene Gibbins c/o Buschel & Gibbons, P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| 3/28/2024      CC **006)      Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

**Comments pertaining to this invoice:**
Jane Doe did not provide her name.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the
invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per
month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees
to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to
the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Invoice #FIS-2024002808
3/26/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO, f/k/a Jessica Salabarria,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/25/2024   Served: 3/26/2024 12:58 pm  .INDIVIDUAL/PERSONAL
To be served on: Michael Pancier c/o Law Offices of Michael Pancier, P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| 3/27/2024        CC **006)        Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

## INVOICE



Invoice #FIS-2024002807
3/28/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO, f/k/a Jessica Salabarria,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/25/2024   Served: 3/28/2024 12:50 pm  .LAW ENFORCEMENT OFFICER
To be served on: Officer Nicholas Guasto c/o Miami Beach Police Dept. Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/29/2024       CC **006)          Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



**INVOICE**

Invoice #FIS-2024002806
3/28/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO, f/k/a Jessica Salabarria,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/25/2024   Served: 3/28/2024 12:50 pm  .LAW ENFORCEMENT OFFICER
To be served on: Lieutenant Paul Ozaeta c/o Miami Beach Police Dept. Court Services Unit

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| 3/29/2024      CC **006)      Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

# <u>INVOICE</u>



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024002624
3/19/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/19/2024   Served: 3/19/2024 11:55 am  .AUTHORIZED
To be served on: Sergeant Reggie Lester, c/o Miami Beach Police Dept.-Court Services Unit

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/20/2024        CC **006)        Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

<u>Terms</u>: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. <u>Billing terms</u>: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

# INVOICE



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024002623
3/19/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/19/2024   Served: 3/19/2024 11:55 am  .AUTHORIZED
To be served on: Lieutenant Paul Ozaeta, c/o Miami Beach Police Dept.-Court Services Unit

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/20/2024        CC **006)                Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

# INVOICE

Invoice #FIS-2024002622
3/19/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/19/2024   Served: 3/19/2024 11:55 am .AUTHORIZED
To be served on: Sergeant Arley Flaherty c/o Miami Beach Police Dept.-Court Services Unit

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/20/2024        CC **006)        Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024002620
3/19/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/19/2024   Served: 3/19/2024 11:55 am  .AUTHORIZED
To be served on: Officer Kevin Millan c/o Miami Beach Police Dept.-Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/20/2024       CC **006)       Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



## INVOICE

Invoice #FIS-2024002619
3/19/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-DPG**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**CITY OF MIAMI BEACH,**

Received: 3/19/2024    Served: 3/19/2024 11:55 am  .AUTHORIZED
To be served on: Officer Nicholas Guasto c/o Miami Beach Police Dept.-Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |
| | | | |
| 3/20/2024        CC **006)        Final Payment | | | 80.00 |
| **BALANCE DUE:** | | | **$0.00** |

### Thank you for your business!

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024006701
7/11/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 1:22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO, a/k/a JESSICA SALABARRIA,**

Defendant:
**THE CITY OF MIAMI BEACH,**

ANDREA FORERO-Comprehensive Report to obtain home address for service of process

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Locate | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |
| 7/12/2024   CC **006)   Final Payment | | | 125.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## INVOICE

Invoice #FIS-2024006410
7/22/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 1:22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO, a/k/a JESSICA SALABARRIA,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 7/2/2024   Served: 7/22/2024 10:10 am  .INDIVIDUAL/PERSONAL - ALT. AD
To be served on: Andrea Forero Miami-Dade College- Office of Legal Affairs

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| WAIT TIME | 3.00 | 60.00 | 180.00 |
| Second Address - 1780 West 49 St, #1108, Hialeah, FL RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $340.00 |

**BALANCE DUE:** $340.00

**Comments pertaining to this invoice:**
Service was attempted by Lazaro Ordaz (CPS #2319) on 7/3/24 @ 2:29 pm at the given address: 300 NE 2nd Ave., Suite 1453, Miami, FL 33132 - Server spoke with Nanette Orange, who advised Andrea Forero does not work at this location. They could not accept service because Miami Dade College is not a party in the case. They said Andrea works at 1780 West 49th Street, #1108, Hialeah, FL 33012.

Attempted by Alina Nunez (CPS #2320) on 7/5/24 @ 3:58 pm at this 2nd address - The administration office was closed until Monday, July 8th.

Attempted by Alina Nunez on 7/9/24 @ 3:33 pm at 2nd address - Subject was not in and was paged twice by the registrar.

Attempted by Alina Nunez on 7/11/24 @ 3:10 pm at 2nd address - Subject was not in.

Attempted by Alina Nunez on 7/15/24 @ 11:34 am at 2nd address - Maria/registrar advised subject was not in.

On 7/18, server (Alina Nunez) called phone number provided more than three times throughout the day but did not get a response.

**INVOICE**                                                                                    **7/22/2024**

Served on 7/22/24 @ 10:10 am at 2nd address. Server waited 3 hours.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Invoice #FIS-2024008555
9/11/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 9:30 am  .LIMITED LIABILITY COMPANY
To be served on: Records Custodian Markesha Madison of Universal Protection Service, LLC c/o Registered Agent
Corporation Service Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee - Send Away - TALLAHASSEE, FL RUSH | 1.00 | 115.00 | 115.00 |
| TOTAL CHARGED: | | | $115.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$115.00** |

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will
be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%)
will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay
all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the
aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

## INVOICE

Invoice #FIS-2024008547
9/11/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024    Served: 9/11/2024 11:25 am  .LAW ENFORCEMENT OFFICER
To be served on: Lieutenant Steven Cosner c/o Miami Beach Police Department Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$80.00** |

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice
will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR
18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to
pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the
aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## INVOICE

Invoice #FIS-2024008546
9/11/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 11:25 am  .AUTHORIZED
To be served on: Kevin Millan c/o Miami Beach Police Department Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

Invoice #FIS-2024008545
9/11/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 11:25 am  .LAW ENFORCEMENT OFFICER
To be served on: Lieutenant Paul Ozaeta c/o Miami Beach Police Department Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# INVOICE



Invoice #FIS-2024008544
9/17/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/17/2024 10:45 am  .INDIVIDUAL/PERSONAL - ALT. AD
To be served on: Andrea Forero c/o Javier Ley-Soto, General Counsel Miami-Dade College Office of Legal Affairs

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| Second Address - 1780 West 49th St., #1108, Hialeah, FL RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $160.00 |

**BALANCE DUE:** **$160.00**

**Comments pertaining to this invoice:**
Service was attempted by Lazaro Ordaz (CPS #2319) on 9/11/24 @ 4:35 pm at the given address: 300 NE 2nd Ave., Suite 1453, Miami, FL 33132 - Nanette Orange in the legal department advised they could not accept service because the subject does not work at this address. They can be found at 1780 West 49th St., #1108, Hialeah, FL 33012.

Served by Frank Trujillo (CPS #1284) at this 2nd address.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



## INVOICE

Invoice #FIS-2024008543
10/4/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Non-Served: 10/4/2024  .NON-SERVE - COMMENTS
To be served on: Sergeant Arley Flaherty c/o Miami Beach Police Department Court Services Unit

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

**Comments pertaining to this invoice:**
Attempted on 9/11/24 @ 11:49 am at the given address: 1100 Washington Avenue, Miami Beach, FL 33139 - Erica Williams/liaison advised they could not accept the subpoena because the officer no longer works in their department.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

## INVOICE

Invoice #FIS-2024008542
9/11/2024

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 12:01 pm  .CORPORATE
To be served on: Custodian of Records City of Opa Locka Joana Flores

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** **$80.00**

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## INVOICE

Invoice #FIS-2024008541
9/11/2024



Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 1:08 pm  .INDIVIDUAL/PERSONAL
To be served on: Michael Pancier

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$80.00** |

<u>Terms</u>: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice will be deemed accepted. <u>Billing terms</u>: Net 30. After 60 days past due a finance charge of 1.5% per month (APR 18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



## INVOICE

Invoice #FIS-2024008540
9/11/2024

Proprocessservers.com
800 W. Cypress Creek Rd.
Suite 390
Fort Lauderdale
FL 33309
(954)566-2523

**Send Payments To:**
**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**Phone: (954) 566-2523**
**E.I.N. 65-1063838**

Michael L. Elkins, Esq.
MLE LAW
1212 NE 16th Terrace
Fort Lauderdale, FL 33304

**Case Number: Southern 22-CV-21004-MD**

Plaintiff:
**JESSICA GUASTO,**

Defendant:
**THE CITY OF MIAMI BEACH,**

Received: 9/10/2024   Served: 9/11/2024 4:53 pm  .CORPORATE
To be served on: EUGENE GIBBONS BUSCHELL GIBBONS, P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SUBPOENA - RUSH | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$80.00** |

**Comments pertaining to this invoice:**
Amanda did not provide her last name.

Terms: Prepayment. Price list outlines all fees and charges. Invoices not objected to within 30 days of the invoice
will be deemed accepted. Billing terms: Net 30. After 60 days past due a finance charge of 1.5% per month (APR
18%) will be charged on all amounts past due.

Payments can be made by visiting https://fis.sopstatus.com.
Any invoice which becomes 120 days past due may be subject to collection. The purchaser of services agrees to
pay all costs associated with collection, including any or all attorney's fees and court fees. Any exceptions to the
aforementioned must be approved and agreed to by the owner, in writing.

MasterCard, Visa, American Express, Discover and PayPal accepted.

Visit website: www.proprocessservers.com to view your Affidavits
Like us on www.Facebook.com/proprocessservers1