April 22, 2024

Daniel J. Barroukh, Esq.
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

Dear Mr. Barroukh,

    Please pass this letter on to opposing counsel. It is the bill for my deposition in the Salabarria case. I charge a flat fee for depositions that last under two hours of $800. That is what is presently due.

Sincerely,

*Paul M. Mason, Ph.D.*

Paul M. Mason, Ph.D.



Date:8/12/2024 10:42 AM 8/12/2024
Teller Number:2595
Location ID:6070



MLE LAW LLC
1212 NE 16TH TER
FORT LAUDERDALE FL 33304-2323

# Your account statement
For 04/30/2024

**Contact us**

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

■ ███████████ BUSINESS CHECKING ███████████

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/29/2024 | ███ |
| Checks | ███ |
| Other withdrawals, debits and service charges | ███ |
| Deposits, credits and interest | ███ |
| Your new balance as of 04/30/2024 | ███ |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| /04 | ZELLE BUSINESS PAYMENT TO Michael Pancier PAYMENT ID BBT226478717 | 40.00 |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

continued