UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN/D'Angelo

**JESSICA GUASTO**,

    Plaintiff,

v.

**THE CITY OF MIAMI BEACH, FL**,

    Defendants.

_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On April 7, 2025, Defendant, The City of Miami Beach, FL ("Defendant"), filed a Motion to Tax Costs [ECF No. 115 (the "Motion")]. Pursuant to 28 U.S.C. § 636(b), it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 115]** is **REFERRED** to United States Magistrate Judge Ellen F. D'Angelo to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 9th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record