UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21004-MD

**JESSICA GUASTO**,

    Plaintiff,

vs.

**THE CITY OF MIAMI BEACH, FL**,
a Florida municipality,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY
TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TAX COSTS**

This cause is before the Court on Defendant's Unopposed Motion for Extension of Time to File Its Reply to Plaintiff's Response to Defendant's Motion to Tax Costs ("Motion"). The Court, having reviewed the Motion and otherwise being fully advised in the premises determines there is good cause for granting Defendant's Motion. Accordingly, it is:

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant shall file its Reply to Plaintiff's Response to its Motion to Tax Costs on or before May 2, 2025.

**DONE AND ORDERED** in Chambers this _ day of _____ 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record