UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21004-CIV-DAMIAN/D'ANGELO

JESSICA GUASTO,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH, FLORIDA,
a Florida municipality,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** is before the Court on Defendant The City of Miami Beach, Florida's Unopposed Motion for Extension of Time to File Its Reply to Plaintiff's Response to Defendant's Motion to Tax Costs filed on April 23, 2025 (DE 119).[1] Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, for good cause shown, it is hereby

**ORDERED and ADJUDGED** that:

The Motion (DE 119) is **GRANTED**. Defendant The City of Miami Beach, Florida shall have until May 2, 2025 to file its reply.

**DONE and ORDERED** in Chambers in Miami, Florida on this 23rd day of April, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record

---

[1] Defendant's Motion to Tax Costs was referred to the undersigned Magistrate Judge to take all necessary and proper action as required by law (DE 116).